IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM<br><br>        Plaintiff,<br>  v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>        Defendants.                  / | NO. CV 08-00342 CW<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY DOCKET NOS. 1 AND 2.** |

On January 17, 2008, counsel for Plaintiff filed a Complaint, docket #1, and a Certificate of Interested Entities, docket #2, manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff should submit the Complaint, docket #1, and the Certificate of Interested Entities, docket #2, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Dated: February 19, 2008                            Cynthia Lenahan
                                                                     Deputy Clerk