| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. (949) 833-7800 | FOR COURT USE ONLY |
|---|---|---|
| NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP<br>JOHN J. FLYNN III   SB# 76419<br>18101 VON KARMAN #1800<br>IRVINE, CA 92612 | | |
| ATTORNEY FOR (NAME): SPRINT SPECTRUM, L.P. ET AL | REFERENCE NUMBER<br>0T270593-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, NORTHERN DIST. OF CA
1300 CLAY STREET
OAKLAND, CA 94604

SHORT NAME OF CASE
SPRINT SPECTRUM, L.P. ET AL vs. COUNTY OF SAN MATEO, ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0800342 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING
INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE;
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**Name of Defendant:** COUNTY OF SAN MATEO
**Person Served:** COUNTY CLERK
**Title:** AGENT FOR SERVICE

**Date of Delivery:** 02/08/08
**Time of Delivery:** 03:50 pm

**Place of Service:** 555 COUNTY CENTER, 1ST FLOOR
REDWOOD CITY, CA 94063        (Business)

**Date of Mailing:** 02/12/08
**Place of Mailing:** SAN FRANCISCO

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants
dwelling, house, usual place of abode, usual place of business, or usual mailing address other
than a U.S. Postal Service Post Office Box, in the presence of a competent member of the
household or a person apparently in charge of his or her office, place of business, or usual
mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who
was informed of the contents thereof, and by mailing copies of the documents (By First-Class
Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**   [X] Federal Rules of Civil Procedure

[ ] California Code of Civil Procedure

**Fee for service:** $ 118.03

[X] Registered: SAN FRANCISCO County,
Number: 2007-0001030
Attorney's Diversified Services
1453 Mission Street, Ste 510
San Francisco, CA 94103
415-437-6177
Client File # 030769-2187
PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct
and that this declaration was executed
on: February 22, 2008
at: San Francisco, California.

Signature: *[signed]*
Name: BLANCA SOLIS
Title: REGISTERED PROCESS SERVER