| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. (949) 833-7800 | FOR COURT USE ONLY |
|---|---|---|
| NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP<br>JOHN J. FLYNN III   SB# 76419<br>18101 VON KARMAN #1800<br>IRVINE, CA 92612 | | |
| ATTORNEY FOR (NAME): SPRINT SPECTRUM, L.P. ET AL | REFERENCE NUMBER<br>OT270593-05 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, NORTHERN DIST. OF CA<br>1300 CLAY STREET<br>OAKLAND, CA 94604 | | |
| SHORT NAME OF CASE<br>SPRINT SPECTRUM, L.P. ET AL vs. COUNTY OF SAN MATEO, ET AL | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0800342 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**Name of Defendant:** RICH GORDON, IN HIS OFFICIAL CAPACITY AS BOARD MEMBER OF THE BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO
**Person Served:** COUNTY CLERK
**Title:** AGENT FOR SERVICE

**Date of Delivery:** 02/08/08
**Time of Delivery:** 03:50 pm

**Place of Service:** 555 COUNTY CENTER, 1ST FLOOR
REDWOOD CITY, CA 94063    (Business)

**Date of Mailing:** 02/12/08
**Place of Mailing:** SAN FRANCISCO

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**   ☒ Federal Rules of Civil Procedure
                         ☐ California Code of Civil Procedure

**Fee for service:**  $ 43.91

☒ Registered: SAN FRANCISCO County,
  Number: 2007-0001030
  Attorney's Diversified Services
  1453 Mission Street, Ste 510
  San Francisco, CA 94103
  415-437-6177
  Client File # 030769-2187

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: February 22, 2008
at: San Francisco, California.

Signature: Blanca Solis
Name: BLANCA SOLIS
Title: REGISTERED PROCESS SERVER