1 | MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
Timothy Fox, Deputy (SBN 190084)
2 | Hall of Justice and Records
400 County Center, 6th Floor
3 | Redwood City, CA  94063
Telephone: (650) 363-4762
4 | Fax:  (650) 363-4034
E-mail: tfox@co.sanmateo.ca.us

Attorneys for Defendants COUNTY OF SAN MATEO;
BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO;
MARK CHURCH; JERRY HILL; RICH GORDON;
ROSE GIBSON; and ADRIENNE TISSIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P.; SPRINT SPECTRUM REALTY COMPANY, L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO; MARK CHURCH; JERRY HILL; RICH GORDON; ROSE GIBSON; ADRIENNE TISSIER; and DOES 1 through 10, <br><br> Defendants. | Case No. C-08-00342 CW <br><br> **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> TRIAL DATE:  None |

– 1 –
STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT

– 2 –

1  The parties have agreed to extend the time for the defendants to file any response to the
2  Complaint in this matter. Defendant County of San Mateo and all individual defendants as to whom
3  service has either been effectuated or waived shall have to and including **March 13, 2008** to file a
4  response to the Complaint.

5  IT IS SO STIPULATED.

6  DATED: February 28, 2008                          THOMAS F. CASEY III, COUNTY COUNSEL

8                                                   By: /s/ _____
                                                        TIMOTHY FOX, Deputy

                                                    Attorneys for Defendants

11 DATED: February 28, 2008                          NOSSAMAN, GUTHNER, KNOX & ELLIOTT, L.L.P.

14                                                   By: /s/ _____
                                                        JOHN J. FLYNN III

                                                    Attorneys for Plaintiffs

17  IT IS SO ORDERED.
18 DATED:

20                                                   _____
                                                    Hon. CLAUDIA WILKEN
                                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT