1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   Timothy Fox, Deputy (SBN 190084)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4762
4  Fax:  (650) 363-4034
   E-mail: tfox@co.sanmateo.ca.us
5
   Attorneys for Defendants COUNTY OF SAN MATEO;
6  BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO;
   MARK CHURCH; JERRY HILL; RICH GORDON;
7  ROSE GIBSON; and ADRIENNE TISSIER

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SPRINT SPECTRUM L.P.; SPRINT SPECTRUM REALTY COMPANY, L.P.,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO; MARK CHURCH; JERRY HILL; RICH GORDON; ROSE GIBSON; ADRIENNE TISSIER; and DOES 1 through 10,<br><br>    Defendants. | Case No. C-08-00342 CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>TRIAL DATE:  None |

– 1 –
STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT

1  The parties have agreed to extend the time for the defendants to file any response to the
2  Complaint in this matter.  Defendant County of San Mateo and all individual defendants as to whom
3  service has either been effectuated or waived shall have to and including **March 13, 2008** to file a
4  response to the Complaint.

5  IT IS SO STIPULATED.

6  DATED:  February 28, 2008               THOMAS F. CASEY III, COUNTY COUNSEL

8                                          By: /s/_____
                                                TIMOTHY FOX, Deputy

                                            Attorneys for Defendants

11 DATED:  February 28, 2008               NOSSAMAN, GUTHNER, KNOX & ELLIOTT, L.L.P.

                                            By: /s/_____
                                                JOHN J. FLYNN III

                                            Attorneys for Plaintiffs

17  IT IS SO ORDERED.
18 DATED:    3/10/08

                                            _____
                                            Hon. CLAUDIA WILKEN
                                            United States District Judge

– 2 –
STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT