1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   Timothy Fox, Deputy (SBN 190084)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4762
4  Fax:  (650) 363-4034
   E-mail: tfox@co.sanmateo.ca.us
5
   Attorneys for Defendants COUNTY OF SAN MATEO;
6  BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO;
   MARK CHURCH; JERRY HILL; RICH GORDON;
7  ROSE GIBSON; and ADRIENNE TISSIER

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 SPRINT SPECTRUM L.P.; SPRINT SPECTRUM
   REALTY COMPANY, L.P.,                              Case No. C-08-00342 CW
12
                Plaintiffs,                           **STIPULATION AND [PROPOSED] ORDER
13                                                    RE: RENOTICING MOTION TO DISMISS
        vs.                                           AND SETTING BRIEFING SCHEDULE**
14
   COUNTY OF SAN MATEO; BOARD OF                      DATE:         April 17, 2008
15 SUPERVISORS FOR THE COUNTY OF SAN                  TIME:         2:00 p.m.
   MATEO; MARK CHURCH; JERRY HILL; RICH               TRIAL DATE:  None
16 GORDON; ROSE GIBSON; ADRIENNE TISSIER;
   and DOES 1 through 10,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

– 1 –
STIPULATION AND [PROPOSED] ORDER RE: RENOTICING MOTION TO DISMISS AND SETTING
BRIEFING SCHEDULE

– 2 –

1  The parties have agreed to continue the hearing date for the Motion to Dismiss filed by
2  defendants, presently set for hearing on April 17, 2008 at 2:00 p.m for the new date and time of **May 8,**
3  **2008** at 2:00 p.m.  The parties have further agreed that plaintiffs may file their **opposition papers on or**
4  **before April 17, 2008** pursuant to Civil L.R. 7-3(a), and defendants may file their **reply papers on or**
5  **before April 24, 2008** pursuant to Civil L.R. 7-3(d).

6  IT IS SO STIPULATED.

7  DATED: March 27, 2008                                 THOMAS F. CASEY III, COUNTY COUNSEL

9  By: /s/_____
     TIMOTHY FOX, Deputy

     Attorneys for Defendants

12 DATED: March 27, 2008                                 NOSSAMAN, GUTHNER, KNOX & ELLIOTT, L.L.P.

15 By: /s/_____
     JOHN J. FLYNN III

     Attorneys for Plaintiffs

18 IT IS SO ORDERED.
19 DATED:

21 Hon. CLAUDIA WILKEN
   United States District Judge

– 2 –
STIPULATION AND [PROPOSED] ORDER RE: RENOTICING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE