1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   Timothy Fox, Deputy (SBN 190084)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4762
4  Fax:  (650) 363-4034
   E-mail: tfox@co.sanmateo.ca.us
5
   Attorneys for Defendants COUNTY OF SAN MATEO;
6  BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO;
   MARK CHURCH; JERRY HILL; RICH GORDON;
7  ROSE GIBSON; and ADRIENNE TISSIER

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 | SPRINT SPECTRUM L.P.; SPRINT SPECTRUM REALTY COMPANY, L.P., | Case No. C-08-00342 CW |
12 | Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER RE: RENOTICING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE** |
13 | vs. | |
14 | COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO; MARK CHURCH; JERRY HILL; RICH GORDON; ROSE GIBSON; ADRIENNE TISSIER; and DOES 1 through 10, | DATE:   April 17, 2008 TIME:   2:00 p.m. TRIAL DATE: None |
15 | Defendants. | |

(Lines 19–28 blank)

– 1 –
STIPULATION AND [PROPOSED] ORDER RE: RENOTICING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE

– 2 –

1  The parties have agreed to continue the hearing date for the Motion to Dismiss filed by
2  defendants, presently set for hearing on April 17, 2008 at 2:00 p.m for the new date and time of **May 8,**
3  **2008** at 2:00 p.m. The parties have further agreed that plaintiffs may file their **opposition papers on or**
4  **before April 17, 2008** pursuant to Civil L.R. 7-3(a), and defendants may file their **reply papers on or**
5  **before April 24, 2008** pursuant to Civil L.R. 7-3(d).

6  IT IS SO STIPULATED.

7  DATED: March 27, 2008                          THOMAS F. CASEY III, COUNTY COUNSEL

9                                                 By: /s/
                                                       TIMOTHY FOX, Deputy

                                                   Attorneys for Defendants

12  DATED: March 27, 2008                         NOSSAMAN, GUTHNER, KNOX & ELLIOTT, L.L.P.

15                                                By: /s/
                                                       JOHN J. FLYNN III

                                                   Attorneys for Plaintiffs

18  IT IS SO ORDERED.
19  DATED: 3/28/08

                                                   [signature]

21                                                 Hon. CLAUDIA WILKEN
                                                   United States District Judge

– 2 –
STIPULATION AND [PROPOSED] ORDER RE: RENOTICING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE