IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN MATEO,<br><br>    Defendant.<br>_____/ | No. C 08-00342 CW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

    Notice is hereby given that the case management conference, previously set for April 22, 2008, is continued to May 8, 2008, at 2:00 p.m., to be heard along with Defendants' Motion to Dismiss Complaint, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. A joint Case Management Statement will be due one week prior to the conference.

Dated:    3/28/08

                                                       SHEILAH CAHILL
                                                       Deputy Clerk