UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
SPRINT SPECTRUM L.P., and
Sprint Spectrum Realty
Company, L.P.                          Case No. C-08-00342 CW
                Plaintiff(s),

         v.                            ADR CERTIFICATION BY PARTIES
                                       AND COUNSEL
COUNTY OF SAN MATEO; BOARD
OF SUPERVISORS OF THE COUNTY
OF SAN MATEO; et al.
                Defendant(s).
_____/
```

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/9/08

[Party] CORP. COUNSEL
S.S.L.P. & S.S.R.C.L.P.

Dated: 4-9-08

[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05                                                                 NDC-17A