1  JOHN J. FLYNN III (SBN 76419)
   BENJAMIN Z. RUBIN (SBN 249630)
2  Nossaman, Guthner, Knox & Elliott, LLP
   18101 Von Karman Avenue, Suite 1800
3  Irvine, California 92612-0177
   Telephone:  (949) 833-7800
4  Facsimile:   (949) 833-7878
   jflynn@nossaman.com
5  brubin@nossaman.com

6

7  Attorneys for Plaintiffs
   SPRINT PCS ASSETS, L.L.C., a Delaware limited liability
   company, wholly-owned by SPRINT TELEPHONY PCS, L.P.,
8  a Delaware limited partnership

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| SPRINT SPECTRUM L.P.; SPRINT SPECTRUM REALTY COMPANY, L.P., | Case No. C-08-00342 CW |
|---|---|
| Plaintiffs, | **STIPULATION RENOTICING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE** |
| vs. | |
| COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO; MARK CHURCH; JERRY HILL; RICH GORDON; ROSE GIBSON; ADRIENNE TISSIER; and DOES 1 through 10, | DATE:              May 8, 2008<br>TIME:              2:00 p.m.<br>TRIAL DATE:  None |
| Defendants. | |

– 1 –
STIPULATION RENOTICING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE

The parties have agreed to continue the hearing date for the Motion to Dismiss filed by defendants, presently set for hearing on May 8, 2008 at 2:00 p.m for the new date and time of **May 22, 2008** at 2:00 p.m.  The parties have further agreed that plaintiffs may file their **opposition papers on or before May 1, 2008** pursuant to Civil L.R. 7-3(a), and defendants may file their **reply papers on or before May 8, 2008** pursuant to Civil L.R. 7-3(d).

IT IS SO STIPULATED.

DATED:  April 10, 2008    COUNTY COUNSEL FOR THE COUNTY OF SAN MATEO


By: /s/_____
     MICHAEL P. MURPHY, County Counsel

     Attorneys for Defendants


DATED:  April 10, 2008    NOSSAMAN, GUTHNER, KNOX & ELLIOTT, L.L.P.


By: /s/_____
     BENJAMIN Z. RUBIN

     Attorneys for Plaintiffs

1  JOHN J. FLYNN III (SBN 76419)
   BENJAMIN Z. RUBIN (SBN 249630)
2  Nossaman, Guthner, Knox & Elliott, LLP
   18101 Von Karman Avenue, Suite 1800
3  Irvine, California 92612-0177
   Telephone:  (949) 833-7800
4  Facsimile:   (949) 833-7878
   jflynn@nossaman.com
5  brubin@nossaman.com

6
   Attorneys for Plaintiffs
7  SPRINT PCS ASSETS, L.L.C., a Delaware limited liability
   company, wholly-owned by SPRINT TELEPHONY PCS, L.P.,
8  a Delaware limited partnership

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| SPRINT SPECTRUM L.P.; SPRINT SPECTRUM REALTY COMPANY, L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO; MARK CHURCH; JERRY HILL; RICH GORDON; ROSE GIBSON; ADRIENNE TISSIER; and DOES 1 through 10, <br><br> Defendants. | Case No. C-08-00342 CW <br><br> **[PROPOSED] ORDER RENOTICING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE** <br><br> DATE:             May 8, 2008 <br> TIME:              2:00 p.m. <br> TRIAL DATE:  None |

– 1 –
[PROPOSED] ORDER RENOTICING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE

1  Based on the stipulation of the parties, the Court continues the hearing date for the
2  Motion to Dismiss filed by defendants, presently set for hearing on May 8, 2008 at 2:00
3  p.m for the new date and time of **May 22, 2008** at 2:00 p.m.  Plaintiffs may file their
4  **opposition papers on or before May 1, 2008** pursuant to Civil L.R. 7-3(a), and
5  defendants may file their **reply papers on or before May 8, 2008** pursuant to Civil L.R.
6  7-3(d).
7  IT IS SO ORDERED.
8  DATED:

Hon. CLAUDIA WILKEN
United States District Judge

– 2 –
[PROPOSED] ORDER RENOTICING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE