UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SPRINT SPECTRUM L.P., and Sprint
Spectrum Realty Company, L.P.

CASE NO. C-08-00342 CW

Plaintiff(s),

v.

COUNTY OF SAN MATEO; BOARD OF
SUPERVISORS OF THE COUNTY OF SAN
MATEO; et al.

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

[X] have not yet reached an agreement to an ADR process

[ ] request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   May 8, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| John J. Flynn III | Sprint Spectrum L.P., et al. | (949) 477-7634 | jflynn@nossaman.com |
| Timothy Fox | County of San Mateo, et al. | (650) 363-4456 | tfox@co.sanmateo.ca.us |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: April 10, 2008

Attorney for Plaintiff
Sprint Spectrum L.P.

Dated: April 10, 2008

Attorney for Defendant
County of San Mateo

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

NDC-17