JOHN J. FLYNN III (SBN 76419)
BENJAMIN Z. RUBIN (SBN 249630)
Nossaman, Guthner, Knox & Elliott, LLP
18101 Von Karman Avenue, Suite 1800
Irvine, California 92612-0177
Telephone:  (949) 833-7800
Facsimile:   (949) 833-7878
jflynn@nossaman.com
brubin@nossaman.com

Attorneys for Plaintiffs
SPRINT PCS ASSETS, L.L.C., a Delaware limited liability company, wholly-owned by SPRINT TELEPHONY PCS, L.P., a Delaware limited partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P.; SPRINT SPECTRUM REALTY COMPANY, L.P.,<br><br>             Plaintiffs,<br><br>     vs.<br><br>COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO; MARK CHURCH; JERRY HILL; RICH GORDON; ROSE GIBSON; ADRIENNE TISSIER; and DOES 1 through 10,<br><br>             Defendants. | Case No. C-08-00342 CW<br><br>**STIPULATION RENOTICING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE**<br><br>DATE:          May 8, 2008<br>TIME:           2:00 p.m.<br>TRIAL DATE:  None |

– 1 –
STIPULATION RENOTICING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE

– 2 –

1      The parties have agreed to continue the hearing date for the Motion to Dismiss filed
2  by defendants, presently set for hearing on May 8, 2008 at 2:00 p.m for the new date and
3  time of **June 19, 2008** at 2:00 p.m.  The parties have further agreed that plaintiffs may file
4  their **opposition papers on or before May 29, 2008** pursuant to Civil L.R. 7-3(a), and
5  defendants may file their **reply papers on or before June 5, 2008** pursuant to Civil L.R.
6  7-3(d).

    IT IS SO STIPULATED.

DATED:  April 16, 2008                    COUNTY COUNSEL FOR THE
                                          COUNTY OF SAN MATEO


                                          By: /s/_____
                                              TIMOTHY FOX, Deputy

                                          Attorneys for Defendants


DATED:  April 16, 2008                    NOSSAMAN, GUTHNER, KNOX &
                                          ELLIOTT, L.L.P.


                                          By: /s/_____
                                              BENJAMIN Z. RUBIN

                                          Attorneys for Plaintiffs

– 2 –
STIPULATION RENOTICING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE

JOHN J. FLYNN III (SBN 76419)
BENJAMIN Z. RUBIN (SBN 249630)
Nossaman, Guthner, Knox & Elliott, LLP
18101 Von Karman Avenue, Suite 1800
Irvine, California 92612-0177
Telephone:  (949) 833-7800
Facsimile:   (949) 833-7878
jflynn@nossaman.com
brubin@nossaman.com

Attorneys for Plaintiffs
SPRINT PCS ASSETS, L.L.C., a Delaware limited liability company, wholly-owned by SPRINT TELEPHONY PCS, L.P., a Delaware limited partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P.; SPRINT SPECTRUM REALTY COMPANY, L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO; MARK CHURCH; JERRY HILL; RICH GORDON; ROSE GIBSON; ADRIENNE TISSIER; and DOES 1 through 10, <br><br> Defendants. | Case No. C-08-00342 CW <br><br> **[PROPOSED] ORDER RENOTICING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE** <br><br> DATE:   May 8, 2008 <br> TIME:   2:00 p.m. <br> TRIAL DATE:  None |

– 2 –

Based on the stipulation of the parties, the Court continues the hearing date for the Motion to Dismiss filed by defendants, presently set for hearing on May 8, 2008 at 2:00 p.m. for the new date and time of **June 19, 2008** at 2:00 p.m.  Plaintiffs may file their **opposition papers on or before May 29, 2008** pursuant to Civil L.R. 7-3(a), and defendants may file their **reply papers on or before June 5, 2008** pursuant to Civil L.R. 7-3(d).

Additionally, the Court continues the case management conference, previously set for May 8, 2008, to **June 19, 2008**, at 2:00 p.m., to be heard along with defendants' Motion to Dismiss, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint case management statement will be due one week prior to the conference.

IT IS SO ORDERED.

DATED:

_____
Hon. CLAUDIA WILKEN
United States District Judge