JOHN J. FLYNN III (SBN 76419)
BENJAMIN Z. RUBIN (SBN 249630)
Nossaman, Guthner, Knox & Elliott, LLP
18101 Von Karman Avenue, Suite 1800
Irvine, California 92612-0177
Telephone: (949) 833-7800
Facsimile:   (949) 833-7878
jflynn@nossaman.com
brubin@nossaman.com

Attorneys for Plaintiffs
SPRINT PCS ASSETS, L.L.C., a Delaware limited liability company, wholly-owned by SPRINT TELEPHONY PCS, L.P., a Delaware limited partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SPRINT SPECTRUM L.P.; SPRINT SPECTRUM REALTY COMPANY, L.P.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO; MARK CHURCH; JERRY HILL; RICH GORDON; ROSE GIBSON; ADRIENNE TISSIER; and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. C-08-00342 CW<br><br>**ORDER RENOTICING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE**<br><br>DATE:　　　　May 8, 2008<br>TIME:　　　　2:00 p.m.<br>TRIAL DATE: None |
|---|---|

1      Based on the stipulation of the parties, the Court continues the hearing date for the Motion to Dismiss filed by defendants, presently set for hearing on May 8, 2008 at 2:00 p.m. for the new date and time of **June 19, 2008** at 2:00 p.m.  Plaintiffs may file their **opposition papers on or before May 29, 2008** pursuant to Civil L.R. 7-3(a), and defendants may file their **reply papers on or before June 5, 2008** pursuant to Civil L.R. 7-3(d).

     Additionally, the Court continues the case management conference, previously set for May 8, 2008, to **June 19, 2008**, at 2:00 p.m., to be heard along with defendants' Motion to Dismiss, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint case management statement will be due one week prior to the conference.

     IT IS SO ORDERED.

DATED:  4/18/08

*[signature]*

Hon. CLAUDIA WILKEN
United States District Judge