1  JOHN J. FLYNN III (SBN 76419)
   Nossaman, Guthner, Knox & Elliott, LLP
2  18101 Von Karman Avenue, Suite 1800
   Irvine, California 92612-0177
3  Telephone:  (949) 833-7800
   Facsimile:   (949) 833-7878
4  jflynn@nossaman.com

5  Attorneys for Plaintiffs
   SPRINT SPECTRUM L.P., a Delaware limited partnership;
6  SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware
   limited partnership

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership,<br><br>            Plaintiffs,<br><br>     vs.<br><br>COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive.<br><br>            Defendants. | Case No. C 08-00342 CW<br><br>Hon. Claudia Wilken<br>Courtroom 2<br><br>**NOTICE OF FILING FIRST AMENDED COMPLAINT MOOTING DEFENDANTS' PENDING MOTION TO DISMISS** |

284509_1.DOC

NOTICE OF FILING FIRST AMENDED COMPLAINT MOOTING DEFENDANTS' PENDING MOTION TO DISMISS

On March 13, 2008, defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  On May 29, 2008, plaintiffs Sprint Spectrum L.P. and Sprint Spectrum Realty Company, L.P. (collectively "Sprint") filed their First Amended Complaint:  a motion to dismiss is not a "responsive pleading" (*see Allwaste, Inc. v. Hecht*, 65 F.3d 1523, 1530 (9th Cir. 1995)), and "[a] party may amend its pleading once as a matter of course . . . before being served with a responsive pleading."  Fed. R. Civ. Proc. 15(a)(1).  Because an amended complaint supersedes a prior complaint as a pleading (*see Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997); *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990)), by filing the First Amended Complaint Sprint effectively mooted the defendants' pending motion to dismiss.  *See e.g.*, *Setencich v. Am. Red Cross*, No. C 07-3688, 2007 U.S. Dist. LEXIS 91068, *5-7 (N.D. Cal. 2007) (denying a motion to dismiss as moot because the plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)); *Collins v. Winex Invs., LLC*, No. 08cv51, 2008 U.S. Dist. LEXIS 28286 (S.D. Cal. 2008) (same); *Hunt v. San Diego*, No. 07cv00355, 2007 U.S. Dist. LEXIS 60167 (S.D. Cal. 2007) (same).  Accordingly, for the reasons stated above, defendants' pending motion to dismiss should be deemed moot.

Dated: May 29, 2008

JOHN J. FLYNN III
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By: /s/ _____
       John J. Flynn III

Attorneys for Plaintiff
SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership