IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P.; SPRINT SPECTRUM REALTY COMPANY, L.P.<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO; MARK CHURCH; JERRY HILL; RICH GORDON; ROSE GIBSON; ADRIENNE TISSIER; and DOES 1 through 10,<br><br>        Defendants. | No. C-08-00342 CW<br><br>ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS |

   On March 13, 2008, Defendants County of San Mateo, Board of Supervisors for the Country of San Mateo, Mark Church, Jerry Hill, Rich Gordon, Rose Gibson and Adrienne Tissier moved to dismiss the Fourth Claim of the Complaint filed by Plaintiffs Sprint Spectrum L.P. and Sprint Spectrum Realty Company, L.P.  On May 29, 2008, Plaintiffs filed an amended complaint, and on June 9, 2008, Defendants County of San Mateo, Board of Supervisors for the County of San Mateo, Mark Church, Jerry Hill, Rich Gordon, Rose Gibson and Adrienne Tissier answered the amended complaint.  Rule 15(a) of the

Federal Rules of Civil Procedure provides, "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." A motion to dismiss is not a "responsive pleading" within the meaning of Rule 15. CRST Van Expedited, Inc. v. Werner Enters., Inc., 479 F.3d 1099, 1104 n.3 (9th Cir. 2007); Crum v. Circus Circus Enters., 231 F.3d 1129, 1130 n.3 (9th Cir. 2000). Because Defendants' motion to dismiss (Docket No. 14) is not directed at the operative pleading, it is DENIED without prejudice as moot. The Case Management Conference will be held as scheduled on June 19, 2008 at 2:00 p.m. A joint Case Management Statement will be due one week prior to the conference.

    IT IS SO ORDERED.

Dated: 6/11/08

CLAUDIA WILKEN
United States District Judge

2