JOHN J. FLYNN III (SBN 76419)
Nossaman LLP
18101 Von Karman Avenue, Suite 1800
Irvine, California 92612-0177
Telephone:  (949) 833-7800
Facsimile:   (949) 833-7878
jflynn@nossaman.com

Attorneys for Plaintiffs
SPRINT SPECTRUM L.P., a Delaware limited partnership;
SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive.<br><br>　　　　Defendants. | Case No. C 08-00342 CW<br><br>Hon. Claudia Wilken<br>Courtroom 2<br><br>**NOTICE OF NAME CHANGE** |

285484_1.DOC

NOTICE OF NAME CHANGE

1  To all parties in the above entitled action:

2  PLEASE TAKE NOTICE that as of July 1, 2008, the law firm for Plaintiffs
3  SPRINT SPECTRUM L.P., and SPRINT SPECTRUM REALTY COMPANY, L.P., is
4  changing its name to "Nossaman LLP."

5  The names of individual counsel and all street addresses, telephone numbers and e-
6  mail addresses will remain the same.

8  Dated: July 2, 2008

JOHN J. FLYNN III
NOSSAMAN LLP

By: /s/_____
      John J. Flynn III

Attorneys for Plaintiff
SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership