1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   Timothy Fox, Deputy (SBN 190084)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4762
4  Fax:  (650) 363-4034
   E-mail: tfox@co.sanmateo.ca.us
5
   Attorneys for Defendants COUNTY OF SAN MATEO;
6  BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO;
   MARK CHURCH; JERRY HILL; RICH GORDON;
7  ROSE GIBSON; and ADRIENNE TISSIER

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

13 | SPRINT SPECTRUM L.P.; SPRINT SPECTRUM REALTY COMPANY, L.P., | Case No. C-08-00342 CW
14 | Plaintiffs, | **NOTICE OF FILING OF ADMINISTRATIVE RECORD**
15 | vs. | Civil L.R. 16-5
16 | COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO; MARK CHURCH; JERRY HILL; RICH GORDON; ROSE GIBSON; ADRIENNE TISSIER; and DOES 1 through 10, |
17 |  |
18 |  |
19 | Defendants. |

---

– 1 –
NOTICE OF FILING OF ADMINISTRATIVE RECORD

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendants SAN MATEO COUNTY, BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, MARK CHURCH, JERRY HILL, RICH GORDON, ROSE GIBSON, and ADRIENNE TISSIER, herewith file the materials constituting the Administrative Record in this matter:

| | |
|---|---|
| Planning File for PLN 2000-00497 (Sprint/Nextel) | AR 00001–000503 |
| Public Hearing Notices, Agendas & Minutes | AR 00504–000624 |
| Excerpts from Zoning Regulations | AR 00625–000647 |

Respectfully submitted,   MICHAEL P. MURPHY, COUNTY COUNSEL

DATED: July 21, 2008

By: _____
TIMOTHY J. FOX, Deputy
Attorneys for Defendants

\\cco-fp\Shared\LITIGATE\S_CASES\Sprint Spectrum L.P\Pleadings\Filing of Admin Record.doc