# San Mateo County

**Planning & Building Department** • 455 County Center • Redwood City
California 94063 • Planning: 650/363-4161 • Building: 650/599-7311 • Fax: 650/363-4849

| Activity | Description / Notes | Date 1 | Date 2 | Date 3 | Disp. | Done By | Updated By |
|---|---|---|---|---|---|---|---|
| PLNA0001 | General Application Received | | | 7/14/2000 | DONE | MJS | 3/2/2006 DJH |
| PLNB0012 | Review by Public Works | 7/26/2000 | | 9/1/2000 | DONE | PSB | 2/23/2001 SEW |
| | 9/1/00 PSB - NO comments - NO conditions. | | | | | | |
| PLNB0015 | Review by Building | 7/26/2000 | | 7/31/2000 | DONE | WJC | 7/31/2000 WJC |
| | 7/31/2000 WJC - No issues with planning permit.  All building concerns will be covered at plan check. | | | | | | |
| PLNB0025 | Review by CDF | 7/26/2000 | | 8/1/2000 | DONE | JRM | 8/1/2000 JRM |
| | 8/1/00 JRM:  Please see attached project conditions. | | | | | | |
| PLNB0085 | Review by HOA | 7/26/2000 | | 8/8/2000 | DONE | SEW | 2/23/2001 SEW |
| | Palomar Park HOA-Recommended approval with no conditions (big surprise considering the owner of the site of the president of the HOA!) | | | | | | |
| PLNA0060 | Assign Planner | | | 7/24/2000 | DONE | LLT | 7/24/2000 LLT |
| | 07/24/2000 LLT - Assigned to Stephanie Willsey. | | | | | | |
| PLNB0085 | Review by HOA | 7/26/2000 | | 10/2/2000 | DONE | SEW | 2/23/2001 SEW |
| | Emerald Lake Hills HOA-No comments or conditions. | | | | | | |
| PLNB0135 | Review by Other Agency | 7/26/2000 | | 10/2/2000 | DONE | SEW | 2/23/2001 SEW |
| | City of San Carlos-No comments or recommended conditions. | | | | | | |
| PLNA0075 | (F) Incomplete Application | | | 7/26/2000 | DONE | SEW | 2/23/2001 SEW |
| | Please submit the following information so that I can continue to work on your project: 1. Proof of ownership in the form of a tax bill or grant deed. 2. Owners concurrence. 3. A revised site plan that is to scale and shows the accurate parcel boundaries  and the location of all existing and proposed structures and facilities | | | | | | |
| PLNA0065 | DRC Review | | | 8/1/2000 | DONE | SEW | 2/23/2001 SEW |
| | 7/31/2000-sew-Applicant needs to get us an accurate site plan. Env. Health will check to see if proposal affects any sewer or drainfields. | | | | | | |

**AR 0001**

# San Mateo County

**Planning & Building Department** ▪ 455 County Center ▪ Redwood City
California 94063 ▪ Planning: 650/363-4161 ▪ Building: 650/599-7311 ▪ Fax: 650/363-4849

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case Number:** | PLN2000-00497 |
| **Print Date:** | 7/18/2008 |
| **Print Time:** | 3:22:38PM |

| Action | Description | Updated | S Date | Date | Disp | Done By | Updated By |
|---|---|---|---|---|---|---|---|
| PLNE0005 | Field Inspection | | | 8/4/2000 | DONE | SEW | 2/23/2001 SEW |

8/4/2000-sew-Site is well hidden from any roads or public view points. Proposed box and polls will need to be painted to match the existing Pac Bell green pole and fence.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNA0070 | (F) Complete Application | | | 9/29/2000 | DONE | SEW | 2/23/2001 SEW |
| PLNE0035 | Schedule Hearing | | | 10/5/2000 | DONE | SEW | 2/23/2001 SEW |

Scheduled for 11/2/00 ZHO.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNH0060 | Approved Pending Appeal | | | 11/2/2000 | DONE | SEW | 2/23/2001 SEW |

11/2/2000-sew-Approved on consent agenda. Appeal period ends 11/16/2000.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLND0010 | (F)File Notice of Categrcl Exe | | | 11/2/2000 | DONE | SEW | 2/23/2001 SEW |
| PLNH0080 | Final Approval | | | 11/17/2000 | DONE | SEW | 2/23/2001 SEW |

11/17/2000-sew-No appeals filed.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNE0010 | Project Notes | | | 12/1/2003 | DONE | OSB | 12/1/2003 OCS |

## REDACTED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNE0010 | Project Notes | | | 4/8/2004 | PEND | OSB | 4/8/2004 OSB |

osb-faxed Paul Maddux suggested landscape plan per discussion with Jim. Sprint still needs to resolve lease second underlying landowner. Antenna location is split between two properties. This needs to be resolved prior to UP renewal.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNR0006 | Send Use Permit Renewal Notice | 11/10/2005 | 11/2/2005 | 3/4/2008 | FAIL | JAK | 3/4/2008 VXD |

10/26/05:  Sent Notice

adding end done date

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNR0010 | Send Second Notice | 1/3/2006 | 12/8/2005 | 3/4/2008 | FAIL | JAK | 3/4/2008 VXD |

12/8/05:  Sent Second Notice

adding end done date

AR 0001A



# San Mateo County

**Planning & Building Department** ▪ 455 County Center ▪ Redwood City
California 94063 ▪ Planning: 650/363-4161 ▪ Building: 650/599-7311 ▪ Fax: 650/363-4849

| Activity | Description Notes | Date 1 | Date 2 | Date 3 | Disp | Done By | Updated By |
|---|---|---|---|---|---|---|---|
| PLNR0015 | **Send Final Notice** | | | 2/7/2006 | DONE | JAK | 2/23/2006 JAK |

2/23/06: Referred to Current Planning
2/7/06: Sent Final Notice

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNA0060 | **Assign Planner** | | | 3/2/2006 | DONE | DJH | 3/13/2006 LAA |

3/13/06 LAA - MHA picked up file today.
UP Renewal assigned to Dain Anderson (consultant; MHA); 373-1200

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNA0010 | **Received** | | | 6/9/2006 | LOOK | DJH | 6/9/2006 DJH |

Sprint rep. (Monroe) submitted plan clarifying that Sprint's monopole, which had actually been located off the subject parcel & onto the adjacent parcel, WILL be moved back to the approved location. Monroe will submit to BLD plans for this relocation, but it's considered a "minor modification" to this UP, since it's just being moved to where it was initially proposed & approved.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNK0025 | **Appeal Accepted** | | | 2/1/2007 | DONE | ACC | 2/28/2007 DJH |

02/01/07 FSM - Appeal accepted. Checked with MJS & he confirmed that today is the last day for the appeal.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNE0010 | **Project Notes** | | | 12/21/2006 | DONE | MJS | 2/26/2007 DJH |

12/21/06 mjs - Spoke to Monroe Cochran (Sprint) about their requested changes to the landscape plan. The approved plan calls for 5 Post Oaks & 10 Dawn Redwoods. Both species are decidous meaning that the antennas would be visible in the winter time once the trees have lost their leaves. He would like to change the oaks to Coast Live Oaks & the redwoods to Coast Redwoods, both evergreens. I OK'd this change & Jim later confirmed.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNK0005 | **Appeal Period** | 1/18/2007 | 2/1/2007 | 2/1/2007 | DONE | MJS | 2/28/2007 DJH |

Appeal filed on last day; will go before PC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNH0060 | **Approved Pending Appeal** | | | 1/18/2007 | DONE | MJS | 2/28/2007 DJH |

Renewal approved by ZHO this day. Appeal period ends on 2/1/07.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNH0070 | **Continued** | | | 12/7/2006 | DONE | DJH | 2/28/2007 DJH |

ZHO considered UP Renewal & continued to 1/4/04.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNH0070 | **Continued** | | | 1/4/2007 | DONE | DJH | 2/28/2007 DJH |

ZHO considered UP Renewal & continued to 1/18/07.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNJ0005 | **NOD: to Applicant/Owner** | | | 6/19/2007 | DONE | SKS | 6/19/2007 SKS |

Mailed 06/14/2007.

**AR 0002**

**Activity Listing**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Case Number: | PLN2000-00497 | | |
| | | | | Print Date: | | | 7/18/2008 |

**Planning & Building Department** ▪ 455 County Center ▪ Redwood City
California 94063 ▪ Planning: 650/363-4161 ▪ Building: 650/599-7311 ▪ Fax: 650/363-4849

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Print Time: | | | 3:22:38PM |

| Activity | Description | Date 1 | Date 2 | Date 3 | Disp. | Done By | Updated By |
|---|---|---|---|---|---|---|---|
| PLNK0015 | File Appeal to BOS | | | 6/19/2007 | DONE | SKS | 6/19/2007 SKS |

Notes: 06/19/2007 SKS - Applicant filing appeal to PC decision upholding an appeal to the 01/18/2007 ZHO approval of project.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNK0025 | Appeal Accepted | | | 6/19/2007 | DONE | SKS | 7/18/2007 DJH |

06/19/2007 SKS - Received appeal application & fees from applicant. This is an appeal of the PC's decision to uphold the appeal & revoke the use permit for this cell site.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNK0040 | Appeal Approved | | | 6/13/2007 | DONE | MJS | 6/19/2007 MJS |

6/13/07 mjs - Appeal upheld. The Planning Commission revoked the Use Permit for this cell site.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNK0005 | Appeal Period | 6/13/2007 | 6/27/2007 | | DONE | MJS | 6/19/2007 MJS |

Appeal period for the Planning Commission's decision to revoke this use permit ends on 6/27/07.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNA0055 | Additional Info. Received | | | 10/1/2007 | LOOK | TGP | 10/1/2007 TGP |

10/01/2007 tgp - received request for 30 day continuance.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNH0085 | Final Denial | | | 12/18/2007 | DONE | MJS | 3/6/2008 MJS |

12/18/07 mjs - At today's BOS hearing, the Board denied the appeal and upheld the Planning Commission's decision to revoke the Use Permit

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PLNP0010 | Permit Revoked | | | 12/18/2007 | DONE | MJS | 3/6/2008 MJS |

12/18/07 mjs - BOS denied the appeal and upheld the PC's decision to revoke this Use Permit.

AR 0003

San Mateo County Environmental Services Agency

## Environmental Information & Hazardous Waste Site Disclosure Form

**Planning and Building Division**

Project Address: 1175 Palomar Drive, Redwood City, CA

Assessor's Parcel No.: 051 - 416 - 040

Zoning District: ~~R1S~~ R-1, S101

Name of Owner: Curtis Brooks

Address: 1175 Palomar Drive Redwood City, CA    Phone:

Name of Applicant: Sprint Spectrum L.P.

Address: 6391 Sprint Parkway, Overland Park KS, 66251-    Phone: 800 - 357 - 7691

## General Information

Please answer these questions in the space provided. **Use additional sheets if necessary.**

**1.** Project Description: Renewal of permit for existing cell site, 2 13 ft. monopoles & one equipment enclose approx. 350 sq. ft.

**a.** Parcel size: _____

**b.** Directly connected impervious area (sq. ft. of building footprint and all paved surfaces):

Existing:_____ Proposed:_____

**c.** Square footage of structure:

Existing:_____ Proposed:_____

**d.** Height and number of floors: _____

**e.** Amount of parking provided (proposed):

Covered:_____ Uncovered:_____

**2.** Is this part of a larger project? Yes ___ No ___ If yes, explain:

**3.** What type of permits, licenses, approval, etc. (including those sought from other agencies) are needed to carry out the proposed project? All permits were obtained originally.

**4.** Describe the **natural characteristics** (slope, drainage, water bodies, vegetation, soil stability, etc.) on the project site and in the vicinity of the project. evergreen mother trees, in hillside area.

**5.** Describe the extent and type of **man-made** features on the project site and in the vicinity of the project (size and uses of existing structures including square footage, number and size of lakes or ponds, nature of existing roads, etc.). 350 sq. ft. enclosure (existing)

## Environmental Information

Please check the appropriate box and explain any "yes" answers on reverse.

**Will the project:**

| | Yes | No |
|---|---|---|
| **a.** Require grading or filling? | | X |
| If yes, how much?_____ | | |
| Will that grading or filling: | | |
| ▪ Be over two feet in depth or height? | | X |
| ▪ Be on a 20% or greater slope? | | X |
| **b.** Require the removal of trees or other vegetation (including ground cover)? | | X |
| If yes, all trees over 12" or more in diameter (6" or more in Emerald Lake Hills) are to be shown on plans, and may require a tree removal permit. | | |
| **c.** Affect native plants, wildlife or fisheries? | | X |
| **d.** Create dust, smoke, fumes, odors or noise? | | X |
| If yes, will it occur beyond the construction phase? | | X |
| **e.** Involve discharge into surface waters or storm drains? | | X |

| | Yes | No |
|---|---|---|
| **f.** Affect or be affected by a natural drainage channel or floodplain? | | X |
| **g.** Affect the amount or pattern of pedestrian or vehicular traffic? | | X |
| **h.** Impact scenic values? | | X |
| **i.** Affect any known archaeological or historical resources? | | X |
| **j.** Create an obvious change in the existing or surrounding land use? | | X |
| **k.** Increase development pressures in the vicinity or encourage changes in the use of nearby properties? | | X |
| **l.** Be located on a Hazardous Waste and Substance site, as defined by the State of California at the date of this application? **(Please check list of addresses on reverse.)** | | X |

Signature required on reverse ☞

AR 0004

Please explain any "yes" answers:

*Answers were marked "no" as the site is existing & this is for a use permit renewal.*

Describe mitigation measures being proposed which will reduce or avoid any potential impacts of the project:

*n/a*

Additional information or comments: **Use additional sheets if necessary.**

## Hazardous Waste Site

State Government Code Section 65962.5 requires that before a local government agency accepts an application for a development project, the applicant shall submit a signed statement indicating whether the proposed project location is included in the List of Hazardous Waste and Substance Sites prepared by the State of California.

### Colma
Unocal
1216 Hillside Blvd

### El Granad
Winter's Residence
192 El Granada Blvd
Pillar Point Harbor
1 Johnson Pier
Westar Cable
525 Obispo Rd
Staton Property
415 Sonora Ave

### Guadalupe Valle Quarry
American Rock and Asphalt
1 Old Quarry Rd

### Harbor Industrial
Baymont Properties
425 Harbor Blvd
Williams and Burroughs
500 Harbor Blvd
New Mode Cleaners
615 Harbor Blvd
Apollo Oil
701 Harbor Blvd
Ceramics, Varian, EIMAC
301 Industrial Way
B and H Technical
306 Industrial Way
Bogenhuber Properties
1510 Old County Rd
SamTrans
591 Quarry Rd

### La Hond
Log Cabin Ranch
Alpine Rd
Portola State Park
Portola Rd and Rt2

### Montar
USCG Montara Lighthouse
State Route 1

### Moss Beach
Beacon
State Route 1 & Vermont Ave

### North Fair Oaks
Dean's Anodizing
819 Hurlingame
Rocco's Collision
860 Hurlingame
Tilton Property
2655 Middlefield Rd
Beals, Martin and Assoc
2658 Middlefield Rd
Figueras/Barrita Property
3157 Middlefield Rd
Beals, Martin and Assoc
2658 Spring St
American Cities Tire Service
2700 Spring St
Hoffmann Paint Co.
820 Sweeney Ave
S and M Sprinkler
197 5th Ave

### Pescadero
Helmaur Ranch
3800 Cloverdale
Kuwahara Property
1541 Pescadero Rd
Williamson Petroleum
1999 Pescadero Rd
Campbells' Fresh Fish
6150 State Route 1

Campinotti Property
420 Water Lane

### Rural North Coast
Repetto's Nursery
12351 San Mateo Rd

### Rural Skyline
Skyline Open Space Preserve
Skyline Blvd & Alpine Road
Skylonda Corners
17284 Skyline Blvd
Unocal
17288 Skyline Blvd

### Rural South Coast
Girl Scout Ranch
Skylark Ranch
Warehouse
216 Stage Rd

### West Menlo Par
Chevron
3500 Alameda de las Pulgas
Arco
3600 Alamdea de las Pulgas
Stanford Linear Accelerator
2575 Sand Hill Rd

*For further information regarding any of the sites, call the San Mateo County Department of Environmental Health at 363-4305*

## Certification

I hereby certify that the statements furnished above and in the attached exhibits present the data and information required for this initial evaluation to the best of my ability, and the facts, statements and information presented are true and correct to the best of my knowledge and belief. **If any of the facts represented here change, it is my responsibility to inform the County.**

Signed: *Sprint Spectrum L.P.*
*By Chele Madsen   Real Estate Manager II*   Date: *2-6-2006.*
(Applicant may sign.)   *Contracts & Performance*

22010 rev. 1/28/99 rp

**AR 0005**

# San Mateo County Environmental Services Agency

**Planning and Building Division** · 455 County Center · Redwood City
California 94063 · Planning: 650/363-4161 · Building: 650/599-7311 · Fax: 650/363-4849

2-7-06
12-8-05
~~October 26, 2005~~

*Final Second Notice*

## USE PERMIT RENEWAL

Our records indicate that your Use Permit, described below, is due to expire.

Permit File No.:         PLN2000-00497

APN:                     051-416-040

Expiration Date:         November 2, 2005
                         (Renewal application must be filed six months prior to expiration date.)

Permit Applicant:        Sprint National Lease Management
                         Sprint Site ID: SF33XC598B
                         Mailstop KSOPHT0101-Z2650
                         6391 Sprint Parkway
                         Overland Park, Kansas  66251-2650

Property Owner:          Curtis Brooks
                         1175 Palomar Drive
                         Redwood City, CA  94062

Project Location:        1175 Palomar Drive, Redwood City

**If you intend to continue the activity for which the permit was issued:**

You must renew your permit to continue operating after the expiration date.  Application
materials and a fee schedule are enclosed.  Please complete the application forms and return
them by **November 10, 2005** with a check for fees payable to the **County of San Mateo**.  Please
refer to the attached fee schedule and total due.  (You may continue to operate while we process
your application.)

1-3-06
2-27-06

**AR  0006**

Permit File No.:  PLN2000-00497                    - 2 -                    October 26, 2005

**If there has been or will be a change in the nature of the operation:**

You should note this on your application for renewal, which should be based upon and describe the operation as revised.  This may necessitate amendment of your Use Permit terms or conditions when the permit is renewed.  Please note:  Amended permits generally require additional environmental review.  The level of review and the review fee will be determined once your application is submitted.

**If the activity for which the permit was issued has been discontinued or is now operated by someone else:**

You should inform us of the date the activity was discontinued or transferred and the name and mailing address of any new operator.  Please complete the enclosed postcard and return it to this department.

**If our information is incorrect:**

The permit information above may not be complete or correct.  If you are renewing your permit, please make certain that the information on your application is current.

**Our mailing address for your response:**

> Planning and Building Division
> Attn:  Permit Renewal Coordinator
> County Government Center
> 455 County Center, 2nd Floor
> Redwood City, CA  94063

**Questions:**

Please call (650) 363-1862 if you have any questions or comments.

Thank you for your cooperation.
Enclosures

# PERMIT FEE SCHEDULE

### (Effective August 9, 2004)

PLN2000-00497

Your fees are as follows:

| | | |
|---|---|---|
| ☒ | **Standard Use Permit Renewal or Amendment Fee** | **$3,489.00** |
| ☐ | Administrative Review and Inspection Fee | $572.00 |
| ☐ | Environmental Health Inspection Fee (effective 1/1/05) | $393.00 |
| ☒ | **Public Noticing Fee** | **$136.00** |
| ☒ | **Environmental Review – Categorical Exemption Fee** | **$287.00** |
| ☒ | **Legal Counsel Surcharge – 5% on above highlighted charges** | **$195.60** |
| ☒ | **Outstanding Fire Marshall Review Fee from 8/1/2000** | **$88.00** |

**TOTAL:  $4,195.60**

```
MODE = MEMORY TRANSMISSION          START=AUG-24 19:36     END=AUG-24 19:38

   FILE NO.= 244

STN NO.   COM   ABBR NO.    STATION NAME/TEL.NO.    PAGES   DURATION

 001      OK    ☎           919253550672            003/003 00:00'56"

                                                    -PLANNING & BUILDING    -

*********************************** -650 363 4849   - ***** -    650 363 4849- *********
```



**Environmental Services Agency**

**Planning and Building Division**

# County of San Mateo

Mail Drop PLN 122 ▪ 455 County Center, 2nd Floor ▪ Redwood City
California 94063 ▪ www.co.sanmateo.ca.us/planning ▪ plnbldg@co.sanmateo.ca.us

Board of Supervisors
Mark Church
Richard S. Gordon
Jerry Hill
Rose Jacobs Gibson
Michael D. Nevin

Marcia Raines
Director

Terry Burnes
Planning Administrator

650/363-4161
FAX 650/363-4849

## *Facsimile Transmittal Sheet*

Date sent: 8/25/04

To be delivered to: Paul Maddux

Facsimile number: 925 | 355 - 0672

Sent by: Olivia Sun Boo

Number of pages to follow Cover Sheet: 2

Message or Special Instructions:

Approval for landscaping plan
at 1175 Palomar Dr.

**AR 0009**

Our facsimile number is (650) 363-4849.
Please call (650) 363-4161 immediately if there is any problem with this transmission.
Thank you.

vpdata\mla\faxshet.vp 9/0803 rp

pln 2000 - 497

**From:**        Olivia Boo
**To:**          paul.maddux@nsawireless.com
**Date:**        5/14/2004 12:57:29 PM
**Subject:**     Landscaping and antenna encroachment for 1175 Palomar Dr

Hi Paul,

I reviewed your plans and the landscaping plan looks great, it matches the fax I had sent you. You can move forward with it.

Just a reminder, however, that you still need to secure a lease with SFPUC for the antenna encroachment and submit authorization to my department.

Olivia Boo
Planner
San Mateo County Planning Division
455 County Center, Second Floor
Redwood City, Ca 94063
ofc: 650/363-1852
fax: 650/363-4849
oboo@co.sanmateo.ca.us

lm wd Paul    6/28/04

**AR 0010**





---

Olivia Boo - Re: 1175 Palmor Drive                                                                              Page 1

---

**From:**     Olivia Boo
**To:**       Paul J. Maddox
**Date:**     8/25/2004 10:06:03 AM
**Subject:**  Re: 1175 Palmor Drive

Hi Paul,
Thank you for the clarification on the email. Have you always been with nsa?  If so, I wasn't aware of that.

Regarding correcting the antenna location and relocating it so that it is within the property boundaries of the Brooks property lines, I believe you will need to formally submit 3 sets of plans to the building department before you start work.  It would be best for you to call the Building department to find out what you need to do, 650/599-7311.

Olivia Sun Boo
Planner
San Mateo County Planning Division
455 County Center, Second Floor
Redwood City, Ca 94063
ofc: 650/363-1852
fax: 650/363-4849
oboo@co.sanmateo.ca.us


>>> "Paul J. Maddox" <paul.maddox@nsawireless.com> 8/25/2004 9:49:44 AM >>>

Hello Olivia, I received the landscape approval via fax. Thank you.  I noticed that you originally sent it to the incorrect email address.  For future reference, my email address is: paul.maddox@nsawireless.com. Anyway, as I explained to you on the phone a couple of days ago, we will be relocating the antenna approximately 15 feet back.  This should avoid locating the antenna on any existing easements.  Attached please find a current survey indicating where the existing antenna is and where it will be relocated. Unless there is an issue, we would like to begin the work ASAP.  I would like to have the antenna relocated and the landscaping in place within 30 days.  It would be nice to receive final sign off for this site and remove it from my plate. Unless there are any issues, the contractor will proceed with this work next week.  If possible, I would like confirmation from you that the County supports this plan and wants us to proceed. Best regards, Paul J. MadDoxNSA Wireless, Inc.2603 Camino Ramon1st Floor, Suite 170San Ramon, CA 94583phone 925.209.3642fax 925.355.0672

**From:** Olivia Sun
**To:** Jim Eggemeyer
**Date:** 9/9/2003 3:22:51 PM
**Subject:** Sprint at 1175 Palomar Dr

I spoke with Ethel Brooks and let her know the Sprint issues will not hold up her reroofing permit.

She spoke to Paul Maddux, Sprint, and Sprint is very supportive and willing to plant adequate trees on the north side of the property to completely screen the cell sites from Mr DeRodeff.

Sprint will be working to confirm if the antenna is in fact facing Mr. DeRodeff's property and if so, Sprint will modify the site as needed.

If needed, you can reach Ethel Brooks at 415-999-4073. I mentioned to Ethel that you are busy on other tasks right now and she should call you next week at the earliest.

thank you.


**CC:** Olivia Sun

# NSA Wireless, Inc.

**VIA FEDEX**

April 28, 2004

Mrs. Olivia Boo
Planning and Building Division
455 County Center, 2nd Floor
Redwood City, CA 94063

**RE:    Submittal for Sprint PCS Landscaping at 1175 Palomar Drive.
        Site #SF33XC598 (Palomar Park)**

Dear Mrs. Boo,

Pursuant to our telephone conversations and your fax dated April 8, 2004, enclosed please find three (3) 11x17 drawings of the proposed landscaping. Please review and let me know if the Planning Department will find this proposed landscaping design acceptable. If so, Sprint is ready to proceed to complete the work and receive final sign-off for the site.

If you have further questions, please give me a call.

Respectfully Submitted,

Paul J. Maddox

Enclosure

Cc: Tina Mandawe, Sprint PCS

**AR  0014**



AR 0015



AR 0016

```
MODE = MEMORY TRANSMISSION          START=APR-08 16:12      END=APR-08 16:14

   FILE NO.= 170

STN NO.    COM    ABBR NO.    STATION NAME/TEL.NO.    PAGES   DURATION

001       OK     ☎           919253550672            002/002 00:00'45"

                                                     -PLANNING & BUILDING    -

******************************* -650 363 4849    - **** -    650 363 4849- *********
```

**Planning and Building Division**
455 County Center, 2nd Floor
Redwood City, CA 94063
Phone: 650/ 599-7217
Fax: 650/ 363-4849

**County of San Mateo
Environmental Services Agency**



# Fax

| | | | |
|---|---|---|---|
| **To:** | Paul Maddux | **From:** | Olivia Boo |
| **Fax:** | 925-355-0672 | **Pages to follow:** | \ |
| **Phone:** | 925-209-3642 | **Date:** | 4/8/2004 |
| **Re:** | Sprint landscaping at 1175 Palomar Dr. | **CC:** | |

Dear Paul,

Per discussion with Jim Eggemeyer, Development Review Services Manager, staff is requiring the following landscaping requirements for the existing Sprint site.

a. A mixed planting of 15 (total) Redwood trees and Live Oak trees

b. Size shall consist of a variety of 5 and 15 gallon

c. The trees shall be planted in three clusters of 5 (ie: 5 redwoods, 5 live oak, 5 redwoods) see attached diagram

d. There is no minimum planting distance between the trees. Once they are planted, they will take on their own growth pattern.

**AR 0017**



AR 0018

*from* **Jim Eggemeyer**

*Development Review Services Manager*

RE: ~~UTE PALOMAR DR~~    Date 9/23/03

▼

OLIVIA—

THIS IS A PRINT OUT
OF THE EMAIL PAUL
MADDOX SENT US. I
HAVE A FEW QUESTIONS
AND COMMENTS.

1. WHAT IS THE SPACING
BETWEEN PLANTS?
(CAN'T SCALE DOCUMENTS)

2. SEE ATTACHED
DESCRIPTION OF THE
TREES— I'M CONCERNED
THAT PLANTS/TREES ⟶



*Planning & Building Division*

*455 County Center, Second Floor*

*Redwood City, CA 94063*

*650 • 363 • 1930*

*FAX 650 • 363 • 4849*

SAN MATEO COUNTY PLANNING & BUILDING DIVISION

**AR 0019**

GROW TO SLOWLY,
I WOULD LIKE TO SEE MORE
INFO ON THIS PLANT/TREE.

9. WHAT ARE THE EXISTING
TREES OUT THERE?

AR 0020



AR 0021



**AARON'S BEARD.** See *Hypericum calycinum.*

**ABELIA.** *Caprifoliaceae.* Evergreen, semievergreen, or deciduous shrubs. Graceful arching branches densely clothed with oval, usually glossy leaves 1/4–11/4 in. long; bronzy new growth, bright or dark-tinged in fall. Leaves drop in cold climates; plant is evergreen in mild climates. Produces clusters at ends of branches or among leaves. Though small, blossoms are plentiful enough to be showy (usually during summer and early fall. When blooms drop, they usually leave purplish or copper-colored sepals which provide color into the fall months. Leaves are also attractive bronzy tones in fall.

To keep the shrub's graceful form, prune selectively; don't shear. The more stems you cut to the ground in winter or early spring, the more open and arching next year's growth will be. Abelias grow and flower best in sun, but they will take some afternoon shade in hot climates. Plant as dividers and visual barriers, and near house walls; lower kinds are good bank or ground covers. They need average watering.

**A. floribunda.** MEXICAN ABELIA. Evergreen. Zones 8, 9, 12–24. Native to Mexico. Usually 3–6 ft. tall, sometimes 10 ft. Arching, reddish stems are downy or hairy. Pendulous tubular summer flowers, 3/4 in. long, reddish purple, single or in clusters. Usually has wider spread than height, but will bloom in January. Needs partial shade in hot-summer areas.

**A. grandiflora.** GLOSSY ABELIA. Evergreen to partially deciduous. Zones 5–24. Hybrid of a species from China. Best known of the abelias. Grows to 6 ft. tall; arches gracefully to 5 ft. or more. Flowers white or faintly tinged pink, June–October.



*Abelia grandiflora*

**A. g. 'Edward Goucher' (A. goucheri).** Like *A. grandiflora* but green in milder climates to nearly deciduous at 15°F. Lower growing (to 3–5 ft.) and lacier than *A. grandiflora.* Small lilac-pink flowers, June–October, followed by purplish sepals. Use with ferns in light shade. Cut out any dead wood in spring.

**A. g. 'Prostrata.'** Lower growing (to 1 1/2–2 ft.), spreading (to 4 ft.) than *A. grandiflora*, and more nearly evergreen. Leaves bluish green, turning bronzy in winter. Use as bank or ground cover, low foreground shrub. For massing, set 3–4 ft. apart. Blooms June–October.

**A. g. 'Sherwoodii.'** Smaller than *A. grandiflora*, growing 3–4 ft. tall, 5 ft. wide. Blooms June–October.

**ABELIOPHYLLUM distichum.** *Oleaceae.* WHITE FORSYTHIA. Deciduous shrub. Zones 3–6, 31. Native to Korea. This plant resembles a true forsythia both in growth habit and profusion of fragrant bloom in February—but flowers are dazzling white, not yellow. Grows slowly to 3–4 ft.; slender, arching stems carry small fragrant white flowers, opposite sided, 1–2 in. long. Attractive purple buds in fall can be forced into early bloom in water. Buds open pink, flowers usually fade to white. Budded branches will bloom in winter when brought indoors. Give full sun in winter sun or light shade. Routine garden care. Prune in bloom or immediately after. Cut some of oldest branches at base to keep new flowering wood coming.

**ABELMOSCHUS moschatus.** *Malvaceae.* SILK FLOWER. Annual. Bushy plant about 1 1/2 ft. tall and wide, with many glossy, deeply cut leaves. Free-branching, 3–4 in. flowers, cherry red or pink with white centers, resemble tropical hibiscus. Likes good average gar-

---



*Abelia grandiflora*

den soil, heat, and full sun, but will bloom in shade.

Grow from seed; flowering begins 100 days after sowing and continues up to frost or cold weather. Can be grown as house plant in a 6-in. pot.

**ABIES.** *Pinaceae.* FIR. Evergreen trees. In nature, firs are erect, symmetrical trees with uniformly spaced branch whorls. Large cones are bluish, green, or purple when ripening, leaving a spiky stalk. Most (but not all) make firs are high mountain plants which grow best in cold climates and high rainfall environment. They grow slowly if at all in hot, dry, windy areas at low elevations, though firs from higher or mountainous parts of the world do well in some areas.

Christmas tree farms grow native firs for cutting, and nurseries in the Northwest and northern California offer a few species for the living Christmas tree trade. Licensed collectors in the Northwest dig picturesque, contorted firs at high elevations near the timberline and market them through nurseries as "alpine conifers." Use these in rock gardens; small specimens are good container or house subjects.

Provide ample space for firs to develop; in smaller gardens, their size may make them difficult subjects.

**A. amabilis.** SILVER FIR. CASCADE FIR. Zones 1–7, 14–24. Native to southern Alaska south through Coast Ranges and Cascades of Washington and Oregon. Tall tree in the wild, smaller (20–50 ft.) in lowland gardens in the Pacific Northwest. Dark green needles, silvery beneath, curve upward along the branches. Give it room to grow.

**A. balsamea.** BALSAM FIR. Zones 3–7, 35. Native to eastern American mountains. Only the dwarf variety 'Nana' is occasionally sold in the West. Interesting rock garden subject. Slow-growing; makes a dense, dark green mound 1 ft. tall.

**A. bracteata (A. venusta).** SANTA LUCIA FIR. BRISTLECONE FIR. Zones 8, 9, 14–21. From rocky slopes on the seaward side of the Santa Lucia Mountains, Monterey County, California. A tall tree (75 ft. or taller), with spreading (at base) and slender steeplelike crown. Stiff, 1 1/2–2 1/2-in.-long needles are dark green above, with white lines beneath; needle points are sharp. Cones bear narrow, whiskerlike bristles. Grow it in full sun, with a long, slender, pointed leader on each core scale. Exceptionally tolerant of heat and drought.

**A. concolor.** WHITE FIR. Zones 1–9, 14–24. Native to mountains of the West, extending into Baja California. One of the big five in the timber belt of the Sierra Nevada, along with ponderosa pine, sugar pine, incense cedar, and Douglas fir. It is a popular Christmas tree and a highly desirable ornamental, the one native fir most commonly grown native firs in western gardens.

Large, very symmetrical tree in its native range and in the Northwest. Slower growing in California as a garden tree. It is an easily transplanted fir and makes a good container plant in southern California. Bluish green, 1–2-in.-long needles. Variety 'Candicans' has bluish white foliage. Some consider it the "bluest" of all conifers.

**A. grandis.** LOWLAND FIR, GRAND FIR. Zones 1–9, 14–17. From British Columbia inland to Montana, southward to Sonoma County, California. In California it grows near the coast along Highway 1, where the climate keeps it moist and cool. Far from the sea this fir, they prune it high. It's one of the largest firs, reaching to 300 ft., lower in cultivation. Handsome, deep green, 1–1 1/2-in.-long needles. Growing Northwest gardens; plants 20–50 ft. tall.

**A. koreana.** KOREAN FIR. Zones 3–9, 14–24. Native to Korea. Slow-growing, compact, pyramidal tree seldom over 30 ft. Shiny, short green needles. Sets cones on young, small trees. Variety 'Aurea', with gold green foliage, is even smaller, slower growing.

---



*Abelia grandiflora*

---

*Abies concolor*

*Alcockiana meziesii*

*Abelia grandiflora*

*Abelia distichum*

---

**A. lasiocarpa.** ALPINE FIR. Zones 1–9, 14–17. Native to Alaska, south through the high Cascades of Washington and Oregon; nearly throughout the Rocky Mountains. Narrow, steeple-shaped tree, 60–90 ft. tall in good soil in moist areas. Bluish green, 1 1/4-in.-long needles.

Best known in gardens as an "alpine conifer" dug near timberline and sold in nurseries. **Extremely slow growing in California gardens.** Allow 15–20 ft. spread in Northwest gardens, as it grows well there. Good container or house plant.

**A. l. arizonica.** CORKBARK FIR. Zones 1–9, 14–17. Native to San Francisco Peaks, Arizona, at 8,500 ft. elevation. Interesting creamy white, corky bark. Very handsome as a youngster. Good container plant.

**A. magnifica.** RED FIR. Zones 1–7. Native to the mountains of southern Oregon, California's Sierra Nevada south to Kern County, and the Coast Ranges north to Lake County. This is the "silver tip" fir of the California cut Christmas tree trade. Tall and stately, with symmetrical, horizontal, rather short branches. New growth silvery, blue-green needles upcurving, 1-in.-long; curve upward on lower limbs, in 2 rows on lower branches.

Hard to grow at low elevations.

**A. nordmanniana.** NORDMANN FIR. Zones 1–11, 14–24. Native to the Caucasus and Asia Minor. Very symmetrical, densely foliaged fir. 30–50 ft. tall and 20 ft. wide in cultivation. Dark green, shiny, 1/4–1 1/4-in.-long needles, with white bands beneath, densely cover upward-arching branches. Variety 'Glauca' is blue gray.

**A. procera (A. nobilis).** NOBLE FIR. Zones 1–7, 15–17. Native to the Siskiyou Mountains of northern California's red firs in appearance, but once and differences is clear. Grows 90–200 ft. tall in wilds; almost as tall in Northwest gardens. Short, blue-green, 1-in.-long needles. Large cones with extended bracts as in *A. bracteata.*

**ABRONIA.** *Nyctaginaceae.* SAND VERBENA. Zones 4, 5, 17, 24. Not a true verbena, although it resembles it in flowers. Mostly native coastal plants. Trailing, fleshy stems; thick, tubular, fragrant flowers in headlike clusters. *A. latifolia* and *A. umbellata* are naturally suited for seaside plantings and for holding them from salt. They are not hardy in severe climates.

Grow all species from seed. Seeds are hard to find; you may be able to buy them from a wildflower specialist.

**A. latifolia.** YELLOW SAND VERBENA. Perennial. Native to seacoast, British Columbia to Santa Barbara. Thick, prostrate 12–18-in. and as wide; under ideal conditions, plants form leafy mats up to 3 ft. across. The whole plant is gummy enough to become encrusted with sand or dust. Bright yellow flowers, June–October, have sweet fragrance. In light shade or sun, with extended, sandy soil. Scraping or peeling off each seed's papery covering should facilitate germination.

**A. umbellata.** PINK SAND VERBENA. Perennial. Native to coasts, British Columbia to Baja California. Creeping, rather slender, fleshy, often reddish stems 1 ft. or more long. Leaves 1–2 in. long, not quite as wide. Rosy pink flowers bloom almost all year. Grow as an annual.

**A. villosa.** Annual. Resembles *A. umbellata,* but plant is hairy and somewhat sticky. Desert native that thrives in heat, drought. Sow fall or spring. Will tolerate summer water.

---

**ABUTILON.** *Malvaceae.* FLOWERING MAPLE. CHINESE BELLFLOWER, CHINESE LANTERN. Evergreen viny shrubs. Zones 15, 15–24. Mostly native to South America. Planted primarily for the pleasing maplelike foliage. Growth rapid, coarse, and rangy; control by pinching out branch tips.

If you need at least standards or espaliers, but best as loose, informal espalier. Abutilon enjoys moist soil. Give full sun on coast, partial shade inland; will grow and bloom on a shady, north side of a house. Can be grown as a container plant indoors in winter, out on terrace in summer. Gets whitefly and scale insects; control both with malathion or light oil spray.

**A. hybridum.** The best-known flowering maple. Upright, arching growth to 8–10 ft., with equal spread. Broad maplelike leaves. Bell-like flowers in white, yellow, pink, red, and blue bloom almost continuously, in mildest climates; elsewhere, heaviest bloom comes April–June, but white and yellow forms seem to bloom almost continuously.

**A. megapotamicum.** Loose growth to 10 ft. and as wide. Leaves are arrowlike, 1 1/2–3 in. long. Flowers resembling red and yellow lanterns gaily decorate the long, rangy branches, May–September. Train to control. Good hanging basket plant. 'Marianne' has superior form. 'Variegata' has leaves mottled with yellow.

**A. pictum 'Thompsonii.'** Similar to *A. hybridum,* but foliage strikingly variegated with creamy yellow. Blooms almost continuously, bearing pale orange bells veined with red.

**A. vitifolium.** See *Corynabutilon.*

**ABYSSINIAN BANANA.** See *Ensete ventricosum.*

**ABYSSINIAN SWORD LILY.** See *Gladiolus callianthus.*

**ACACIA.** *Leguminosae.* Evergreen or deciduous shrubs to trees. Native to the tropics or warm regions of the world, notably Australia. Nitrogen-fixing members of the pea family. Of the many species tested over the last 150 years, nearly 50 serve beautifully and functionally in California and Arizona landscapes. The fast-growing ones are continually under observation.

Of species in use today, several offer fountains of cascade yellows during the winter and February. Some are quite fragrant when in bloom. Many decorate and protect hillsides, cover large areas, keep down weeds, serve as windbreaks, firmly anchor sandy banks, frame roadway bridges. They form a foliage background of green or gray, and are useful for framing, screening, or shading. Foliage differs widely in foliage and growth habit. Some have feathery, much divided leaves; others have flattened leaf stalks (called phyllodes) that function as leaves. Many start life with feathery leaves and later develop phyllodes.

Large-growing acacias vary in how long they last, depending on how they are pruned in youth. Remove the lead shoot and the plant grows as a shrub, remove the lower branches and it develops into a tree. When the acacias are deeply anchored, deep, infrequent watering encourages deep rooting and better anchorage.

(Continued on page 204)

---

*Abutilon hybridum*

*Acacia baileyana*

*Acacia melanoxylon*



---

*Sprint / 1175*
*Palomar Dr*

Dave

The attached letter is from Steve DeRodeff, apn 051-416-001, (please see attached map) Interested Party, for 2 cell sites that exist at 1175 Palomar Dr, Curtis Brooks property. There has been a history on this property …
DeRodeff has always brought up various issues for the property re the cell sites. My impression is he is simply not happy with the existence of them.

Ethel Brooks has been trying to pull a building permit to reroof her house recently. However, she has been held up due to Sprints lack of compliance and closure with an old building, bld2000-01628.  Sprint never resolved pending issues 1) lack of landscaping, 2) relocated antenna site (it is

I requested a landscaping plan from sprint, and per Miroo's comments on the building case, forwarded the plan to Steve DeRodeff.  He responded with the attached letter.

Re: the landscaping, I feel that I can easily request Sprint to install more landscaping on the north side of the property as needed.

Re: the direction of the antennas, I think to be fair we should address it.  No one wants an antenna directed towards him or her.  But it would take far more time to resolve this issue.

Please provide your thoughts.

*OCS*

Jim - I spoke to Dave, he believes we should hold Sprint to the landscaping requirement - plant trees on the North side.
What would your thoughts be re: the direction of the antennas?



**Condition 5 tree planting area**

1175 PALOMAR DRIVE
APN: 051-416-004

APN: 051-416-001
RESIDENTIAL

051-416-050

AR 0025

Sprint equipment
just outside property lines

San Mateo County
Planning &
Building Division
455 County Center
Redwood City
California 94063
Phone: 650 363-4161
Fax: 650 363-4849

1/15/2004
4:54:48PM

**Case Activity Listing**
**Case #: PLN2000-00497**

| Activity | Description Notes | Date 1 | Date 2 | Date 3 | Disp | Done By | Updated By |
|---|---|---|---|---|---|---|---|
| PLNA0001 | General Application Received | | | 7/14/2000 | | MJS | 7/14/2000 MJS |
| PLNA0060 | Assign Planner | | | 7/24/2000 | DONE | LLT | 7/24/2000 LLT |
| | 07/24/2000 LLT - Assigned to Stephanie Willsey. | | | | | | |
| PLNB0012 | Review by Public Works | 7/26/2000 | | 9/1/2000 | DONE | PSB | 2/23/2001 SEW |
| | 9/1/00 PSB - NO comments - NO conditions. | | | | | | |
| PLNB0015 | Review by Building | 7/26/2000 | | 7/31/2000 | DONE | WJC | 7/31/2000 WJC |
| | 7/31/2000 WJC - No issues with planning permit. All building concerns will be covered at plan check. | | | | | | |
| PLNB0025 | Review by CDF | 7/26/2000 | | 8/1/2000 | DONE | JRM | 8/1/2000 JRM |
| | 8/1/00 JRM: Please see attached project conditions. | | | | | | |
| PLNB0085 | Review by HOA | 7/26/2000 | | 8/8/2000 | DONE | SEW | 2/23/2001 SEW |
| | Palomar Park HOA-Recommended approval with no conditions (big surprise considering the owner of the site of the president of the HOA!) | | | | | | |
| PLNB0085 | Review by HOA | 7/26/2000 | | 10/2/2000 | DONE | SEW | 2/23/2001 SEW |
| | Emerald Lake Hills HOA-No comments or conditions. | | | | | | |
| PLNB0135 | Review by Other Agency | 7/26/2000 | | 10/2/2000 | DONE | SEW | 2/23/2001 SEW |
| | City of San Carlos-No comments or recommended conditions. | | | | | | |
| PLNA0075 | (F) Incomplete Application | | | 7/26/2000 | DONE | SEW | 2/23/2001 SEW |
| | Please submit the following information so that I can continue to work on your project: 1. Proof of ownership in the form of a tax bill or grant deed. 2. Owners concurrence. 3. A revised site plan that is to scale and shows the accurate parcel boundaries and the location of all existing and proposed structures and facilities | | | | | | |

**AR 0026**



# Case Activity Listing
## Case #: PLN2000-00497

San Mateo County
Planning &
Building Division

| PLNA0065 | DRC Review | | 8/1/2000 | DONE | SEW | 2/23/2001 SEW |
|---|---|---|---|---|---|---|

7/3 1/2000-sew-Applicant needs to get us an accurate site plan. Env. Health will check to see if proposal affects any sewer or drainfields.

| PLNE0005 | Field Inspection | | 8/4/2000 | DONE | SEW | 2/23/2001 SEW |
|---|---|---|---|---|---|---|

8/4/2000-sew-Site is well hidden from any roads or public view points. Proposed box and polls will need to be painted to match the existing Pac Bell green pole and fence.

| PLNA0070 | (F) Complete Application | | 9/29/2000 | DONE | SEW | 2/23/2001 SEW |
|---|---|---|---|---|---|---|

| PLNE0035 | Schedule Hearing | | 10/5/2000 | DONE | SEW | 2/23/2001 SEW |
|---|---|---|---|---|---|---|

Scheduled for 11/2/00 ZHO.

| PLNH0060 | Approved Pending Appeal | | 11/2/2000 | DONE | SEW | 2/23/2001 SEW |
|---|---|---|---|---|---|---|

11/2/2000-sew-Approved on consent agenda. Appeal period ends 1 1/16/2000.

| PLND0010 | (F)File Notice of Categrcl Exe | | 11/2/2000 | DONE | SEW | 2/23/2001 SEW |
|---|---|---|---|---|---|---|

| PLNH0080 | Final Approval | | 11/17/2000 | DONE | SEW | 2/23/2001 SEW |
|---|---|---|---|---|---|---|

11/17/2000-sew-No appeals filed.

| PLNE0010 | Project Notes | | 12/1/2003 | DONE | OSB | 12/1/2003 OCS |
|---|---|---|---|---|---|---|

**REDACTED**

**AR 0027**

**From:**      Olivia Boo
**To:**        Jim Eggemeyer
**Date:**      1/28/2004 12:31:49 PM
**Subject:**   Sprint site at 1175 Palomar Park

Jim,
Regarding our discussion, whether we are required to have the next door neighbor (previously Steve DeRodeff) review the landscape plans prior to building and planning sign off...I checked the COA and there is no condition that specifically states either Steve DeRodeff OR the next door neighbor to review the plans.  I do believe Miroo was doing a courtesy at the time.

I will go ahead and fax the COA and the P*P notes to county council for their confirmation.

*check if ownership has changed w/ Assessor*

AR 0028

9/3/03

FOR: Olivia Sun

Frm: E. Brooks

Olivia:

(1) To Fax to # I gave you, you'll need unblock # you're Faxing From

OR

Fax to (650) 367-8282

(2) Remember, you need tape attached pages 1 + 2 together and pages 3 + 4 together to equal the plan from Sprint that you sent to both my neighbor and myself

AR 0029

450 P02    SEP 03 '03 17:08



(E) 8' HIGH CHAINLINK FENCE
W/ GREEN VINYL SLATS
SPRINT CELL SITE

(E) PAC BELL
CELL SITE

1/2"ø PVC SCH. 40, TYP.

1/4"ø TUBING, TYP.

(E) PROPERTY LINE

NEW DRIP EMITTER, TYP.

ABIES ARIZONICA      3
CORK FIR             15 GAL.

(N) 1" PVC SCH. 40, TYP.

ABIES ARIZONICA      3       NEW "T" CONNECTION
CORK FIR             5 GAL.  SIZE V.I.F. BY CONTRACTOR

EXISTING SLOPE

(E) POWER & TELCO
TRENCH UNDERGROUND

EXISTING UTILITY POLE

EXISTING TREES (TYP.)

MAY SUBMIT
AT RISK
JUL 3 0 2003
SAN MATEO COUNTY PLANNING
APPROVAL REQUIRED PRIOR TO
ISSUANCE OF BUILDING PERMIT.

LANDSCAPE SITE PLAN

AR 0030

Pg 1



EXISTING TREES (TYP.)

EXISTING RESIDENCE

(E) 7'-6" WIDE
GRAVEL ACCESS ROAD

N

NOTES:
WATER SUPPLY POINT OF
CONNECTION TO BE
DETERMINED BY LAND LORD
& CONTRACTOR IN FIELD

(E) COAX CABLE
TRENCH UNDERGROUND

EXISTING POWER VAULT UNDERGROUND

(E) 13'-0" HIGH MONOPOLE

(E) PROPERTY LINE

**Sprint.**
*Sprint PCS*
4683 CHABOT DRIVE, SUITE 100
PLEASANTON, CA 94588

PROJECT INFORMATION:

**PALOMAR PARK**
SF33XXC699C
1178 PALOMAR DRIVE
REDWOOD CITY, CA. 94062

CURRENT ISSUE DATE:

**7/24/2003**

ISSUED FOR:

**PERMIT**

| REV. DATES: | DESCRIPTION: | BY: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| ⚠ 7/24/03 | ISSUED FOR PERMIT | JY |

PLANS PREPARED BY:

**DELTA GROUPS
ENGINEERING, INC.**
CONSULTING ENGINEERS

6160 STONERIDGE DRIVE, SUITE 110
PLEASANTON, CA 94588
TEL (925) 468-0115    FAX (925) 468-6365

CONSULTANT:

DRAWN BY:    CHK.:    APV.:
JYU

LICENSURE:

SHEET TITLE:

LANDSCAPE SITE PLAN

SHEET NUMBER:    REVISION:

**L1**    **1**

P033UD10

AR 0031

Pg 2

RD 2000-0012 28

GENERAL NOTES:

1) NO EXISTING IRRIGATION SYSTEM IN PLACE.

2) ALL PROPOSED PIPING, VALVES, ETC. SHOWN SHALL BE FIELD VERIFIED AS TO EXACT LOCATION AND LAYOUT. FINAL LAYOUT OF NEW LINES SHALL BE AS REQUIRED TAKING INTO ACCOUNT OBSTRUCTIONS OR OTHER RESTRICTIONS AS FOUND IN THE FIELD.

3) PRODUCTS SPECIFIED SHALL BE CONSTRUED TO INCLUDE "OR APPROVED EQUAL".

4) THE CONTRACTOR IS REQUIRED TO TAKE ALL PRECAUTIONARY MEASURES TO PROTECT UTILITIES AND ANY OTHER LINES OR STRUCTURES NOT SHOWN ON THESE PLANS, AND HE IS RESPONSIBLE FOR THE PROTECTION OF, AND ANY DAMAGE TO, THESE LINES OR STRUCTURES.

5) THE IRRIGATION CONTRACTOR SHALL FLUSH AND ADJUST THE SYSTEM TO INSURE OPTIMUM SYSTEM PERFORMANCE.

6) IRRIGATION SHALL BE MAINTAINED FOR A MINIMUM 60 MONTH ESTABLISHMENT PERIOD FROM DATE OF INSTALLATION OF NEW PLANT MATERIALS. WATERING VOLUMES MAY BE REDUCED BY 50% AFTER THE FIRST YEAR.

7) INSTALL POLYETHYLENE (SPAGHETTI) TUBING ON GRADE. SECURE TUBING USING SALCO 3/4" STAPLES AT 5' ON CENTER.

8) IRRIGATION SYSTEMS ARE TO BE INSTALLED AS SHOWN ON THE PLANS AND IN ACCORDANCE WITH THE CRITERIA AND STANDARDS PLANS, (OR APPLICABLE) OF THE LOCAL JURISDICTION AND OTHER APPLICABLE STANDARDS AS OF THE APPROVED DATE OF THESE PLANS.

9) PLANS ARE DIAGRAMMATIC. LOCATIONS OF MAIN, LATERALS, VALVES, AND HEADS ARE APPROXIMATE. ADJUST HEAD TO ACHIEVE BEST COVERAGE. LOCATE PIPING IN PLANTING AREAS WHERE POSSIBLE.

10) ALL PLASTIC FITTINGS SHALL BE A MINIMUM OF 18" APART TO FACILITATE REMOVAL AND REPLACEMENT OF INDIVIDUAL FITTINGS, EXCEPT AS SHOWN.

11) THE CONTRACTOR SHALL VERIFY ALL EXISTING CONDITIONS AND WATER PRESSURE. IF ANY DISCREPANCY EXISTS BETWEEN DESIGN AND ACTUAL FIELD CONDITIONS, NOTIFY THE OWNER'S REPRESENTATIVE PRIOR TO ANY INSTALLATION.

12) ALL IRRIGATION MAINS, LATERAL PIPES, AND IRRIGATION CONTROL WIRES SHALL BE PLACED IN SCHEDULE 40 PVC SLEEVES IN ALL TRENCHES WHICH CROSS UNDER PAVING.

13) IRRIGATION SYSTEM SHALL BE INSTALLED IN CONFORMANCE WITH ALL APPLICABLE STATE AND LOCAL CODES/ORDINANCES BY LICENSED CONTRACTORS AND EXPERIENCED WORKERS. THE CONTRACTOR SHALL OBTAIN AND PAY FOR ALL REQUIRED PERMITS AND FEES RELATING TO THE WORK.

14) THE CONTRACTOR TO VERIFY THE LOCATION OF EXISTING UNDERGROUND UTILITIES AND STRUCTURES PRIOR TO THE EXCAVATION OF TRENCHES OR HOLES. CONTRACTOR IS TO REPAIR ANY DAMAGE CAUSED BY, OR DURING THE PERFORMANCE OF HIS WORK AT NO ADDITIONAL COST TO THE OWNER/DESIGNER.

15) TRENCHING IS TO BE OF SUFFICIENT DEPTH TO PROVIDE 24" OF COVER OVER MAIN LINES AND 18" OF COVER OVER LATERAL LINES.

16) PARALLEL PIPES MAY BE INSTALLED IN A COMMON TRENCH. PIPES SHALL HAVE 3" HORIZONTAL SEPARATION, AND ARE NOT TO BE INSTALLED DIRECTLY ABOVE ONE ANOTHER.

17) FLUSH LATERAL LINES PRIOR TO THE INSTALLATION OF IRRIGATION HEADS.

18) ALL EXCAVATIONS ARE TO BE BACKFILLED TO 90% COMPACTION, MINIMUM. CONTRACTOR TO REPAIR ALL SETTLED TRENCHES PROMPTLY FOR A PERIOD OF ONE YEAR AFTER COMPLETION OF WORK. ADDITIONALLY, CONTRACTOR SHALL WARRANT THAT THE IRRIGATION SYSTEM WILL BE FREE FROM DEFECTS IN MATERIALS AND WORKMANSHIP FOR A PERIOD OF ONE YEAR AFTER FINAL ACCEPTANCE OF WORK.

GENERAL NOTES:

1) THIS PLAN IS DIAGRAMMATIC ONLY. LANDSCAPE CONTRACTOR SHALL MAKE MINOR ADJUSTMENTS TO PLANS AS REQUIRED TO ACCOMMODATE VARIATIONS IN FIELD CONDITIONS INCLUDING OBSTRUCTIONS OR INTERFERENCES POSED BY EXISTING FEATURES (E.G. UTILITY VAULTS, UNDERGROUND INFRASTRUCTURE, ETC.) WHICH MAY NOT BE SHOWN IN THESE DRAWINGS.

2) ALL PLANTING SHALL BE PERFORMED IN ACCORDANCE WITH THE DETAILS PROVIDED HEREIN UNLESS SUPERCEDED BY LOCAL STANDARDS. IN ALL CASES LOCAL JURISDICTIONAL ORDINANCES AND STANDARDS SHALL TAKE PRECEDENCE OVER PLANS AND STANDARD DETAILS.

3) THE CONTRACTOR IS REQUIRED TO TAKE ALL PRECAUTIONARY MEASURES TO PROTECT UTILITIES AND ANY OTHER LINES OR STRUCTURES NOT SHOWN ON THESE PLANS, AND HE IS RESPONSIBLE FOR THE PROTECTION OF, AND ANY DAMAGE TO, THESE LINES OR STRUCTURES.

4) PRUNING SHALL BE DONE IN ACCORDANCE WITH WESTERN CHAPTER ISA PRUNING STANDARDS AND BE PERFORMED AT MINIMUM BY A WESTERN CHAPTER ISA TREE WORKER, UNDER THE FULL TIME SUPERVISION & REPORT OF CERTIFIED OR CONSULTING ARBORIST.

5) THE GENERAL CONTRACTOR IS TO PROVIDE TWO-INCH LAYER OF WOOD BARK MULCH COVER, 3/4-INCH TO ONE-INCH SIZE AT NEW TREE PLANTING AREA.

6) EXISTING TREES

WHEN WORKING UNDER THE DRIP LINE OF EXISTING TREES, THE CONTRACTOR IS CARE TO AVOID INJURY OF TREES AND TREE ROOTS. WHERE A DITCHING MACHINE TREES HAVING ROOTS SMALLER THAN TWO INCHES (2") IN DIAMETER, THE ROOTS ADJACENT TO THE TREES SHALL BE HAND TRIMMED, MAKING CLEAR CUTS THROUGH STOCKPILING OF EARTH OR BUILDING MATERIALS WITHIN THE DRIP LINE OF TREES

ALL CUTS THROUGH ROOTS ONE-HALF INCH (1/2") AND LARGER IN DIAMETER SHALL "TREE SEAL" OR APPROVED EQUAL. TRENCHES ADJACENT TO TREES SHALL BE BACKFILLED AFTER EXCAVATION, BUT WHERE THIS IS NOT POSSIBLE, THE SIDE OF THE TRENCH TREE SHALL BE KEPT SHADED WITH DAMPENED BURLAP OR CANVAS.

ROOTS OF TWO INCH (2") OR LARGER DIAMETER, WHEN ENCOUNTERED, SHALL BE REPORTED TO THE ENGINEER WHO WILL DECIDE WHETHER THE CONTRACTOR SHALL ACCORDANCE WITH THE ABOVE PARAGRAPH OR SHALL HAND TUNNEL UNDER AND A WRAPPING OF DAMPENED BURLAP. IN THE LATTER EVENT THE CONTRACTOR SHALL FOR THE ADDITIONAL COST.

## LANDSCAPE PLANTING NOTES





## LANDSCAPE IRRIGATION NOTES | N.T.S. | 7 | UNUSED



Pg 3

AR 0032

430 P05    SEP 03 '03  17:08



LARGE TREE PLANTING                    N.T.S. | 1



| NUMBER | NAME |
| SIZE | COMMON NAME |

LEGEND                                  N.T.S. | 2

N.T.S. | 5



TRENCHES                                N.T.S. | 3



EMITTERS                                N.T.S. | 4

N.T.S. | 6

**Sprint**
Sprint PCS®

4683 CHABOT DRIVE, SUITE 100
PLEASANTON, CA 94588

PROJECT INFORMATION:

**PALOMAR PARK**
SF3XXC898C

1175 PALOMAR DRIVE
REDWOOD CITY, CA. 94082

CURRENT ISSUE DATE:

7/24/2003

ISSUED FOR:

PERMIT

| REV. | DATE | DESCRIPTION | BY |
|------|------|-------------|----|
| ⚠ | 7/24/03 | ISSUED FOR PERMIT | JY |

PLANS PREPARED BY:

**DELTA GROUPS ENGINEERING, INC.**
CONSULTING ENGINEERS

CONSULTANT:

DRAWN BY:    CHK'D:    APV'D:
JYU

LICENSURE:

SHEET TITLE:

LANDSCAPING DETAILS & NOTES

SHEET NUMBER:          REVISION:

**L2**          **1**

P03SUB10

Pg 4

AR 0033

```
************** COMM. JOURNAL ************** DATE SEP-04-  ***** TIME 15:25 *** P.01


   MODE = MEMORY TRANSMISSION          START=SEP-04 15:24      END=SEP-04 15:24

      FILE NO.= 215

  STN NO.   COM    ABBR NO.    STATION NAME/TEL.NO.    PAGES    DURATION

    001     OK       ☎         93678282               001/001  00:00'24"

                                             -PLANNING & BUILDING      -

 ****************************** -650 363 4849    - ***** -    650 363 4849- **********
```

PLN  0-447

Date:    20 August 2003
To:      Olivia Sun et al
From:    Stephan DeRodeff

Regarding:   Sprint PCS Landscape Plan for 1175 Palomar Dr., Redwood City

Olivia, my major concern with this plan is that it doesn't address any landscaping on the north and northwest side of the side, between the site and my property. According to the last hearing I attended, landscaping was specifically required between the antenna pole, directly north, within 5 feet, of the cell site and my property.

Also, the network engineer who performed radiation measurements told me that the antenna should not be pointed directly at my house, which it is. It should be aimed at the hills further west. I would need to see both of these issues addressed before I would sign off on the proposed landscaping plan.

RECEIVED

2003 AUG 26  P 4: 26

SA_ _ _ _ _UNTY
PL_ _ _ _ _ _ION

**AR 0034**

Date:      20 August 2003
To:        Olivia Sun et al
From:      Stephan DeRodeff


Regarding:          Sprint PCS Landscape Plan for 1175 Palomar Dr., Redwood City

Olivia, my major concern with this plan is that it doesn't address any landscaping on the north and
northwest side of the side, between the site and my property. According to the last hearing I attended,
landscaping was specifically required between the antenna pole, directly north, within 5 feet, of the cell site
and my property.

Also, the network engineer who performed radiation measurements told me that the antenna should not be
pointed directly at my house, which it is. It should be aimed at the hills further west. I would need to see
both of these issues addressed before I would sign off on the proposed landscaping plan.

RECEIVED

2003 AUG 26  P 4: 26

SAN
PL          OUNTY
            SION

AR 0035

# MEMORANDUM

## COUNTY OF SAN MATEO
## ENVIRONMENTAL SERVICES AGENCY
## PLANNING AND BUILDING DIVISION

**DATE:**       **August 12, 2003**

**TO:**          **Steve DeRodeff**

**CC:**          **Ethel Brooks**

**FROM:**     **Olivia Sun**

**SUBJECT:**  Sprint PCS Landscape/revegetation proposal for 1175 Palomar Dr., Redwood City

PROJECT FILE

---

Dear Mr. DeRodeff,

Please find enclosed for your review and comment Sprint PCS's landscaping/revegetation Proposal for the above subject cellular facility site. Please provide your comments and/or concerns by or before August 27, 2003. Staff and the Administrator will review your comments and then render a decision.

Should you have any questions, you may contact me at 650/363-1852.

ESA Memorandum.dot
(05/29/01)

**AR 0036**



**TIDEMARK** COMPUTER SYSTEMS, INC.

## Tags for Parcel # :051-416-040

| Code | Use Value | Value | Hold | Description | Notes | Updated | By |
|---|---|---|---|---|---|---|---|
| CUST | N | | None | Custom Parcel Tags | 3/31/03 ocs-Sprint monopole is located within dominant tenant easement, not within owner's boundaries. Sprint needs to relocated monopole. I have spoken to owner, Curtis Brooks. He is aware of situation and will contact Sprint directly. This needs to be taken care of prior to UP renewal, current UP expires11/2/05. | 3/31/2003 | OAS |
| EXPD | Y | | Warning | Expired Building Permit | bld2000-01628 | 12/17/2001 | AKS |

1 of 1

ParcelTags.rpt

650 363 4849    P.02/09

First American Title

| To ROSIE SYEING | From MILAN HAMRICK |
| Co. | Co. |
| Dept. | Phone (650) 569-2547 |
| Fax (650) 341-6745 | Fax (650) 361-3015 |

WHEN RECORDED MAIL TO:

Curtis L. Brooks
1175 Palomar Dr.
Redwood City, Calif.

**GRANT OF EASEMENT**

No Consideration - No Tax Due

1  AGREEMENT, this 18. day of August, 1981,

2  between Lloyd D. and Mary E. Piazzahy

3

4  hereinafter referred to as Grantors, and

5       Curtis L. and Ethel Brooks

6  hereinafter referred to as Grantees.

7       **WITNESSETH**:

8       WHEREAS, Grantors are owners of certain real property

9  herein referred to as the SERVIENT TENEMENT and described in

10  EXHIBIT A, and

11       WHEREAS, Grantees are the buyers from the Grantors,

12  and will at the time of the recordation of this document be the

13  owners of that certain real property herein referred to as the

14  DOMINANT TENEMENT and described in EXHIBIT B, and

15       WHEREAS, Grantors and Grantees desire to effect an

16  easement for light, air and view in favor of the DOMINANT TENEMENT

17  and to be located on the SERVIENT TENEMENT.

18       THEREFORE, IT IS AGREED:

19       (1)    For valuable consideration Grantors hereby

20  grant to Grantees the easement herein described to be located

21  on the SERVIENT TENEMENT.

22       (2)    The easement granted herein is appurtenant

23  to the DOMINANT TENEMENT and shall run with the land.

24       (3)    The easement shall be on and over that strip

-1-

AARONSON, DICKERSON & LANCONE
A PROFESSIONAL CORPORATION
1954 EL CAMINO REAL
SAN CARLOS, CALIFORNIA
TELEPHONE 595-2117

RECORDER'S OFFICE SAN MATEO COUNTY

77X3244S

AR 0038

1  of land on the Northwesterly property line, being the property
2  line between the SERVIENT and the DOMINANT TENEMENTS, and shall
3  extend parallel to the said common property line for a width
4  of 35 feet.

5      (4)      The easement shall be to protect the light,
6  air and view of the DOMINANT TENEMENT over the SERVIENT
7  TENEMENT, and to assure this, the use of the said 35 ft. wide
8  easement strip by the SERVIENT TENEMENT shall be limited as
9  follows: There shall not be constructed or built or maintained
10 therein any building, structure or fence, nor any tree or
11 shrub or other plant or vegetation grown on or maintained therein
12 such that its height exceeds the level of the DOMINANT TENEMENT
13 at the said common property line. Further, there shall be no
14 building or planting with a height of more than three (3) feet
15 within ten (10) feet of the mutual boundary line between
16 the properties; and further, there shall be no building or
17 planting of any kind within the first five (5) feet of the
18 aforesaid mutual property line excepting the landscaping which
19 exists as of the date of this Agreement, provided that the
20 Dominant Tenement shall be solely responsible for the maintenance
21 and expense of said landscaping within said 5 ft. strip.

22      (5)      This easement and restriction of use of the
23 SERVIENT TENEMENT shall only apply in the said 35 ft. wide
24 easement strip and not on the balance of the SERVIENT TENEMENT.

25      (6)      This instrument contains the entire agreement
26 of the parties.

-2-

AR 0039

(7)    In the event of any litigation over this agreement or its enforcement, the prevailing party shall receive attorneys fees and costs.

(8)    This instrument shall bind and inure to the benefit of the respective heirs, representatives and successors in interest and assigns of the parties hereto.

IN WITNESS WHEREOF, the parties hereto attest as follows:

SERVIENT TENEMENT

By: _Lloyd D. Zimpule_

By: _Amy S. Zimpule_

DOMINANT TENEMENT

By: _Omer F. Bruek_

By: _Ethel R. Bruek_

FOUNDERS TITLE COMPANY

-3-

AR 0040

STATE OF CALIFORNIA

County of _San Mateo_

On this _13th_ day of _August_ in the year one thousand nine hundred and _eighty one_ before me,

_____ a Notary Public in and for the

County of _____ State of California, residing therein,

duly commissioned and sworn, personally appeared _Curtis L. Arnade,_
_Ruth F. Arnade_ & _Carl D._
_Cudapack_ & _Mary E. Cudapack_

known to me to be the person_S_ whose name _are_ subscribed to the within instrument
and acknowledged to me that _they_ executed the same.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my official seal
in the County of _San Mateo_ the day and year in this
certificate first above written.

_Beverly A. W. Harrell_

Notary Public in and for the County of _____
My Commission Expires _____

**BEVERLY A. W. HARRELL**
NOTARY PUBLIC
SACRAMENTO COUNTY, CALIFORNIA
My Commission Expires April 13, 1985

PG&E UTILITY LINE FORM NO. 62-020   ACKNOWLEDGMENT — GENERAL

---

STATE OF CALIFORNIA,

County of _____

On This _____ day of _____ A. D., 19____ before me,

a Notary Public in and for said County and State, personally appeared
_____
known to me to be the

of the
_____ Corporation that executed the within instrument, known to me to be the
person who executed the within instrument, on behalf of the Corporation therein
named, and acknowledged to me that such Corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal
the day and year in this certificate first above written.

_____
Notary Public in and for said County and State.

PG&E UTILITY LINE FORM NO. 62-019 ACKNOWLEDGMENT — CORPORATION

-3-

AR 0041



AR 0042







APN: 051-416-001
RESIDENTIAL

**Condition 5 tree planting area**

1175 PALOMAR
DRIVE
APN:
051-416-004

051-416-05○

Sprint equipment

AR 0045

TOTAL P.09

December 18, 2002

Ms. Olivia Sun, Project Planner
County of San Mateo
Environmental Services Agency
Planning and Building Division
455 County Center
Redwood City, CA. 94063

Dear Ms. Sun,

SUBJECT:    **Staff Report Addendum: Use Permit Renewal for an existing cellular
located at 1175 Palomar Drive, Redwood City, County File Number:
PLN2001-00801 (Cingular Wireless/Brooks)**

REF:    County Memorandum on Original Use Permit, County, File Number:
USF97-0005, dated October 3, 2002

As requested, I am pleased to provide the following information:

1) Copy of easement where one cellular antenna is approximately 1 foot over the
property line.

2) Pictures of additional redwood trees now planted and under routine maintenance
as with the property landscape. This will provide further screening to adjacent
property to the north. These trees will also receive constant drip irrigation and
proper care under of the maintenance plan.

3) Maintenance Plan. three (3) redwood trees have been replaced
and a maintenance plan has been implemented. The newly repaired drip irrigation
system for watering redwood trees will continuously provide the correct amount of
water, and Weed and debris removal will be performed in the routine care and
inspection of these trees

Please let me know if I can be of further assistance, or provide any additional information
you may desire.

Sincerely,

*Curtis L. Brooks*

Curtis L. Brooks, Owner
Telephone: 650-367-8000
Facsimile:  650-367-8282

W/ enclosures:

AR 0046



**AR  0047**

