



AR  0050

3/20/01
11:14:19 AM

# Activities for Case #: BLD2000-01628

| Activity | Description | Date 1 | Date 2 | Date 3 | Assigned To | Done By | Disp. | Hold Level | Updated By | Updated | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BLDB097 | Misc. Inspection | 3/2/01 | 3/2/01 | 3/2/01 | | DFK | DONE | No Hold | DFK | 3/2/01 | SPOKE TO STEPHANIE WILLSEY (PLNG) - SHE IS SATISFIED THAT THE MONOPOLE WILL BE MOVED TO ITS PROPER LOCATION AND WHEN THE STRAW ROLL (EROSION CONTROL) IS IN POSITION I WILL CANCEL THE STOP WORK NOTICE. ON SITE. STRAW ROLL IN POSITION. CONTRACTOR AND I DISCUSSED THE MOVEMENT OF THE MONOPOLE AND VERIFICATION OF THE SETBACKS ON THE SECOND MONOPOLE. |
| BLDB097 | Misc. Inspection | 3/7/01 | 3/7/01 | 3/7/01 | | DFK | DONE | No Hold | DFK | 3/7/01 | POLE AND PAD RESET ACCORDING TO PLAN. ALL OK TO POUR. |
| BLDA086 | Change Case Status to Issued | 3/20/01 | | 3/20/01 | WJC | WJC | DONE | No Hold | WJC | 3/20/01 | |
| BLDA920 | **FINAL** - Planning | | | | | | PEND | No Hold | MDB | 3/20/01 | 3/20/19-mdb The applicant needs to submit a landscaping plan and implement the landscaping pursuant to final site development plans with Steve DeRosa (Ph: 367-7335) prior to approval of the landscaping plan. |

AR 0051

3/20/01
11:14:19 AM

# Activities for Case #: BLD2000-01628

| Activity | Description | Date 1 | Date 2 | Date 3 | Assigned To | Done By | Disp. | Hold Level | Updated By | Updated | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BLDA020 | Receive application | | | | | MJP | | No Hold | MJP | 11/17/00 | |
| BLDA095 | FEMA FLOOD ZONE CHECK | 11/17/00 | | 11/17/00 | | ELM | DONE | Hold | ELM | 11/17/00 | Zone "C" |
| BLDA200 | Review by Planning | 11/17/00 | | 11/30/00 | | SEW | DONE | Hold | SEW | 11/30/00 | 11/30/2000-SEW-Applicant submitted erosion control plan and color samples. 11/17/2000-SEW-Prior to issuance of building permit the applicant must submit color samples that are "enviro green" and an erosion control plan (see action for erosion control below). 11/17/00 ELM - The associated planning case for the use permit to allow this facility received final approval today. Route the plans to Stephanie for her review to ensure that these plans are consistent with what was approved and that all conditions of approval have been met. |
| BLDA262 | Review by Fire (CDF) | 11/17/00 | | 12/13/00 | DVC | | DONE | Hold | RWT | 1/3/01 | 11-17-00 DVC: See Conditions |
| BLDA450 | Building plan check | | | 12/20/00 | GPF | GPF | DONE | Hold | GPF | 12/20/00 | |
| BLDA105 | (F) Print application form | | | 11/17/00 | MJP | MJP | DONE | No Hold | MJP | 11/17/00 | |
| BLDA945 | Erosion Control Rev.-Office | | | 11/30/00 | SEW | SEW | DONE | No Hold | SEW | 11/30/00 | 11/30/2000-sew-Applicant submitted a VERY good erosion control plan. 11/17/2000-sew-Applicant must submit an erosion control plan. |
| BLDA950 | Erosion Control Rev.-Field | | | | | SEW | DONE | No Hold | SMB | 11/17/00 | N/A |
| BLDA910 | *Height Verif. - Office* | | | 11/17/00 | SEW | SEW | DONE | Hold | SMB | 11/17/00 | N/A |
| BLDA911 | *Height Verif. - Field* | | | 11/17/00 | SEW | SEW | DONE | Warning | SMB | 11/17/00 | |
| BLDA920 | **FINAL** - Planning | | | | SEW | SEW | DONE | No Hold | SEW | 11/30/00 | Prior to a final, the color of the fence must be verified to be approved green color. |
| BLDA520 | Resubmittal - Planning | 11/30/00 | | 11/30/00 | SEW | SEW | DONE | Hold | SEW | 11/30/00 | 11/30/2000-SEW-Applicant submitted a VERY GOOD erosion control plan and color samples. I placed the color samples in the Planning folder. |
| BLDA500 | (F) Print Resubmittal Appl. | | | 11/30/00 | TXN | TXN | DONE | No Hold | TXN | 11/30/00 | |
| BLDA526 | Resubmittal - Fire | 11/30/00 | | 12/13/00 | DVC | DVC | DONE | Hold | V | 12/13/00 | CDF |
| BLDA500 | (F) Print Resubmittal Appl. | | | 12/13/00 | TXN | TXN | DONE | No Hold | TXN | 12/13/00 | |
| BLDA610 | (F) Send Owner Ready Notice | | | 12/21/00 | TXN | TXN | DONE | No Hold | TXN | 12/21/00 | |
| BLDA650 | (F) Issue permit | | 12/22/00 | 12/22/00 | MJP | MJP | DONE | No Hold | MJP | 12/22/00 | |

Page 1 of 3

AR 0052



**Environmental Services Agency**

Planning and Building Division

# County of San Mateo

Mail Drop PLN 122 • 455 County Center • 2nd Floor • Redwood City
California 94063 • www.co.sanmateo.ca.us/planning • plngbldg@co.sanmateo.ca.us

**Board of Supervisors**
Mark Church
Richard S. Gordon
Jerry Hill
Rose Jacobs Gibson
Michael D. Nevin

**Marcia Raines**
Director

**Terry Burnes**
Planning Administrator

650/363-4161
Fax 650/363-4849

February 28, 2001

Stephan DeRodeff
1354 Pebble Drive
San Carlos, CA  94070

Dear Mr. DeRodeff:

      **SUBJECT:**    Sprint Cellular Facility
                         1175 Palomar Drive, Redwood City

In response to your letter dated February 23, 2001, a building inspector was sent to the project site on February 26, 2001, and found that the location of the monopole was not installed in the approved location and a Stop Work Notice has been issued.  The applicant will be required to move the monopole to the approved location.

Although you were not notified of this project during Planning's review, Section 65092 of the California Planning, Zoning, and Development Laws stipulates "the failure of any person or entity to receive notice given pursuant to this title, or pursuant to the procedures established by a chartered city, shall not constitute grounds for any court to invalidate the actions of a local agency for which the notice was given."  Given this and upon discussion with County Counsel, the County is not able to rescind the decision.

Sincerely,

Dave Holbrook
Senior Planner

DH/SW:cdn – SEWL0298_WCN.DOC

Attachment

cc:   Jim Eggemeyer, Development Review Services Manager
       Curtis Brooks, Palomar Park Property Owners Association

**AR 0053**

(1) Notice of the hearing shall be mailed or delivered at least 10 days prior to the hearing to the owner of the subject real property or the owner's duly authorized agent, and to the project applicant.

(2) Notice of the hearing shall be mailed or delivered at least 10 days prior to the hearing to each local agency expected to provide water, sewage, streets, roads, schools, or other essential facilities or services to the project, whose ability to provide those facilities and services may be significantly affected.

(3) Notice of the hearing shall be mailed or delivered at least 10 days prior to the hearing to all owners of real property as shown on the latest equalized assessment roll within 300 feet of the real property that is the subject of the hearing. In lieu of utilizing the assessment roll, the local agency may utilize records of the county assessor or tax collector which contain more recent information than the assessment roll. If the number of owners to whom notice would be mailed or delivered pursuant to this paragraph or paragraph (1) is greater than 1,000, a local agency, in lieu of mailed or delivered notice, may provide notice by placing a display advertisement of at least one-eighth page in at least one newspaper of general circulation within the local agency in which the proceeding is conducted at least 10 days prior to the hearing.

(4) If the notice is mailed or delivered pursuant to paragraph (3), the notice shall also either be:

(A) Published pursuant to Section 6061 in at least one newspaper of general circulation within the local agency which is conducting the proceeding at least 10 days prior to the hearing.

(B) Posted at least 10 days prior to the hearing in at least three public places within the boundaries of the local agency, including one public place in the area directly affected by the proceeding.

(b) The notice shall include the information specified in Section 65094.

(c) In addition to the notice required by this section, a local agency may give notice of the hearing in any other manner it deems necessary or desirable.

*(Added by Stats. 1984, Ch. 1009; Amended by Stats. 1985, Ch. 1199.)*

**Request for notification**

65092. When a provision of this title requires notice of a public hearing to be given pursuant to Section 65090 or 65091, the notice shall also be mailed or delivered at least 10 days prior to the hearing to any person who has filed a written request for notice with either the clerk of the governing body or with any other person designated by the governing body to receive these requests. The local agency may charge a fee which is reasonably related to the costs of providing this service and the local agency may require each request to be annually renewed.

*(Added by Stats. 1984, Ch. 1009. Amended by Stats. 1985, Ch. 1199.)*

**Failure to receive notice**

65093. The failure of any person or entity to receive notice given pursuant to this title, or pursuant to the procedures established by a chartered city, shall not constitute grounds for any court to invalidate the actions of a local agency for which the notice was given.

*(Added by Stats. 1984, Ch. 1009.)*

**Definition: "Notice of public hearing"**

65094. As used in this title, "notice of a public hearing" means a notice that includes the date, time, and place of a public hearing, the identity of the hearing body or officer, a general explanation of the matter to be considered, and a general description, in text or by diagram, of the location of the real property, if any, that is the subject of the hearing.

*(Added by Stats. 1984, Ch. 1009.)*

**Hearing continuation**

65095. Any public hearing conducted under this title may be continued from time to time.

*(Added by Stats. 1984, Ch. 1009.)*

**Cemeteries**

65096. (a) Notwithstanding any other provision of law, whenever a person applies to a city, including a charter city, county, or city and county, for a zoning variance, special use permit, conditional use permit, zoning ordinance amendment, general or specific plan amendment, or any entitlement for use which would permit all or any part of a cemetery to be used for other than cemetery purposes, the city, county, or city and county shall give notice pursuant to Sections 65091, 65092, 65093, and 65094.

(b) Those requesting notice shall be notified by the local agency at the address provided at the time of the request.

(c) Notwithstanding Section 65092, a local agency shall not require a request made pursuant to this section to be annually renewed.

(d) "Cemetery," as used in this section, has the same meaning as that word is defined in Section 8100 of the Health and Safety Code.

*(Added by Stats. 1988, Ch. 1440.)*

AR 0054



2/24/2001 14:56

AR 0055



2/24/2001 15:08

AR 0056



2/24/2001 15:07

AR 0057

**Dave Holbrook - Re: Fwd: My Objections to Cell Site at 1175 Palomar**

| | |
|---|---|
| **From:** | Bill Cameron |
| **To:** | Dave Holbrook;  Terry Burnes |
| **Date:** | 02/27/2001 7:16 AM |
| **Subject** | Re: Fwd: My Objections to Cell Site at 1175 Palomar |
| **CC:** | Jim Eggemeyer |

I have contacted the project manager and directed him to schedule and inspection and be prepared to demonstrate that the mono-pole is in the proper location.  An inspection was conducted on 2/26/01 and the pole was found to NOT be located as shown on the approved plans.  This information was brought back to Stephanie and an inspector will be returning to the site today to post a SWN.  The contractor will be directed to contact Planning and discuss the options available.

*Stephanie - please file*

**AR 0058**

# COUNTY OF SAN MATEO
# PLANNING AND BUILDING DIVISION

M E M O R A N D U M

Date: February 23, 2001

To:      Syed Sajjad, NetCom Technologies
         Via Fax (925) 875-9388

From:    William Cameron, Building Inspection Manager

Subject: 1175X Palomar Drive, Redwood City
         Permit BLD2000-01628

This office has received a complaint that the mono poles associated with the Sprint Telecommunications Site currently under construction at this site are not being installed in the approved location. Our records do not indicate that a pier inspection has been conducted or scheduled for these mono poles at this time. Please be advised that your firm should schedule an inspection of the these poles prior to installation and be prepared to demonstrate compliance with the approved location for these poles.

By way of this letter, you are directed to contact this office at (650) 306-8415 immediately to schedule an appointment for an inspector to visit this site.

**AR 0059**

051-416-010
1354 Pebble Drive

Stephan DeRodeff
650/367-7335
or pager: (888) 894-6491

PLN2000-00497

Hollow Road

**Dave Holbrook - My Objections to Cell Site at 1175 Palomar**

| | |
|---|---|
| **From:** | Sandy DeRodeff <sderodeff@yahoo.com> |
| **To:** | <dholbrook@co.sanmateo.ca.us> |
| **Date:** | 02/23/2001 5:19 PM |
| **Subject** | My Objections to Cell Site at 1175 |

Dave, I am very concerned with the construction of a cell site a 1175 Palomar Drive which immediately borders my property at 1354 Pebble Drive in San Carlos.

I was never notified of the request to build and in fact was not on the list of people or locations to notify at all as shown by the planning record. Of all people who should have been notified and given a chance to object, we as the adjacent property owners should have been notified.  This I consider gross negligence, possibly with intent to sidestep what the originator of this request, Curtis Brooks, knew would be my serious objections.

Furthermore, the antenna has not been located where it is shown in the plan. It was supposed to be at least 20 feet from my property and within about 5 feet of the pad.  Its current position is 25 feet from the pad and within 10 feet of my property.  It's within 70 feet of my house and is totally objectionable.

As I said when I spoke with you, I seriously object to this construction and will use all legal means to prevent its continuance. I have discussed this with the City Attorney of San Carlos and he is looking into the matter also as he feels that it is not reasonable to locate it at this site.

Please take all possible actions to halt this construction as soon as possible.

Regards,
Stephan DeRodeff

---

Do You Yahoo!?
Yahoo! Auctions - Buy the things you want at great prices! http://auctions.yahoo.com/

**AR  0061**

## Dave Holbrook - Pictures of the site

| | |
|---|---|
| **From:** | Stephan DeRodeff |
| **To:** | <dholbrook@co.sanmateo.ca.us> |
| **Date:** | 02/24/2001 5:08 PM |
| **Subject** | Pictures of the site |

Dave, the attached show the view from our POV.

One shows the view from our bedroom where the antenna is clearly visible and close!

The second shows the site from our lot looking at the existing site and the pad. Note the broken and tiny trees that were the "mitigation" the last time.
Totally unacceptable.

The last is the antenna from near the property line which is just past the low bushes in the foreground.
Pretty darn close!

If possible I want this zoning decision reversed.

Regards, Steve

Do You Yahoo!?
Get email at your own domain with Yahoo! Mail.
http://personal.mail.yahoo.com/

AR 0062

**Stephanie Willsey - Re: Fwd: My Objections to Cell Site at 1175 Palomar**

| | |
|---|---|
| **From:** | Dave Holbrook |
| **To:** | Stephanie Willsey |
| **Date:** | 02/26/2001 6:14 PM |
| **Subject** | Re: Fwd: My Objections to Cell Site at 1175 |

Go ahead & draft a reply to the neighbor that reiterates that there is nothing that can be done regarding the final decision, nor can the County rescind the decision. Also that BLD section will confirm that setback is as approved.

**AR 0063**

**From:**      Terry Burnes
**To:**        Holbrook, Dave
**Date:**      2/26/01 9:02AM
**Subject:**   Re: Fwd: My Objections to Cell Site at 1175 Palomar

I assume you are following through with Building regarding the proper location for this. Also, do you plan to send a short reply to the neighbor regarding his points (or perhaps the assigned planner should do that)?

>>> Dave Holbrook 02/23/2001 5:45:42 PM >>>
I only send this along because the neighbor asked it.                    **REDACTED**

case, Speint's already started construction (although we will make them build it where it was approved to be built). I told the neighbor that I doubted that we'd choose to attempt to rescind a decision based on this. In any case, he wanted to get this to you.


**CC:**        Cameron, Bill; Eggemeyer, Jim

**SPRINT PCS**

*San Francisco - Western Region*

 **Sprint.**

Pleasanton, CA 94588
Phone: (925) 468-7800
FAX: (925) 468-7830

November 27, 2000

**Consumer Services Division**
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102

This is to provide the Commission with notice pursuant to the provisions of General Order No. 159A of the Public Utilities Commission of the State of California ("CPUC") that for the project described in Attachment A:

☒    (a) Sprint PCS (U3062C) has obtained all requisite land use approvals for the project described in Attachment A.

☐    (b) That no land use approval is required because

A copy of this notification letter is also being provided to the appropriate local governmental agency for its information.  Should there be any questions regarding this project, or if you disagree with any of the information contained herein, please contact Linda Woods of Sprint PCS at (925) 468-7815.

Very truly yours,

*[signature]*

Mr. Christian Austin
Manager - Lease Management, West Region

Attachment A for SF33XC598
cc:  Jurisdiction
          County of San Mateo
          Planning and Building Division
          455 County Center, 2nd Floor
          Redwood City, CA 94063
          Attn: Planning Director

CPUC:
          Ms. Lori Badock
          Utilities Enforcement Branch
          Consumer Services Division
          505 Van Ness Ave
          San Francisco, CA 94102

**AR 0065**

**_Sprint._**

**_SPRINT PCS - Western Region_**
4683 Chabot Dr. Suite 100
Pleasanton, CA 94588
Phone (925) 468-7800
Fax (925) 468-7339

## CPUC ATTACHMENT A

**1. Project Location:**

| | |
|---|---|
| Site Identification Number: | SF33XC598 |
| Site Name: | Palomar Park |
| Site Address: | 1175 Palomar Drive |
| Site Location: | Redwood City, CA 94062 |
| County: | San Mateo |
| Assessor's Parcel Number: | 051-416-040 |
| Latitude:  NAD 83 | 37-29-8 |
| Longitude: NAD 83 | 122-17-14 |

**2. Project Description:**

| | |
|---|---|
| Number of Antenna to be installed: | Three (3) sectors with one (1) antenna in each sector plus One (1) GPS antenna = 4 total |
| Tower Design: | Monopole |
| Tower Appearance: | Monopole |
| Tower Height: | 13' (per zoning approval) |
| Building Size(s): | Five (5) equipment cabinets; 270 sq.ft. lease area |

**3. Business addresses of all Governmental Agencies**

☒   County of San Mateo
Planning and Building Division
455 County Center, 2nd Floor
Redwood City, CA 94063
Attn: Planning Director

**4. Land Use Approval:**

☒   On November 16, 2000, Sprint PCS obtained land use approval from the City ☐ County ☐ of
for the construction of PCS CDMA Wireless Facility.

The permit number is:  PLN2000-00497

**5. If Land Use approval was _not_ required:**  _Explain reason for exemption and attach documentation from the jurisdiction (i.e. copy of ordinance) that officially states exemption:_

AR  0066

County of San Mateo
Planning and Building Division

## PLANNING PERMIT FILE COVER SHEET

| Primary Case No.: PLN2000-00497 | X-Ref Nos.: |
|---|---|
| Application Date: July 14, 2000 | |
| Project Planner: STEPHANIE W. | |

| **Property Owner:** | **Permit Applicant:** |
|---|---|
| Name: Curtis Brooks | Name: ~~Jonas Ionin~~ Talin Aghazarian |
| Address: 1729 Ruthan Drive | Address: ~~1729 Ruthan Drive~~ 480 Davis Ct. |
| Livermore, CA 94550 | ~~Livermore, CA 94550~~ S.F. 94111 |
| Daytime Phone: (510)919-9184 | Daytime Phone: ~~(510)919-9184~~ 415/402-0445 |
| **Brief Project Description:** | |
| Cell site | |
| **Project Location:** | |
| Address: 1175 Poloman Dr. | |
| APN(s): 051-416-040 | |

**Case Disposition:**
- ☑ Approved; Date: 11/7/2000
- ☐ Denied; Date:
- ☐ Withdrawn; Date:
- ☐ Documents Recorded; Date:

**Case Follow-Up:**
- ☑ File Culled
- ☑ Permit*Plan Updated
- ☑ File to Senior Planner  12/0/00
- ☐ File to Graphics [LLA, COS, SMN, SMJ, Mergers, etc.]

CPD FORM A-PER-55
FRM00236.DOC
FMTPPF.REC.DOC (10/18/1999)ic

**AR 0067**

# San Mateo County  Environmental Services Agency

## Planning and Building Division ■ 455 County Center ■ Redwood City
California 94063 ■ Planning: 650/363-4161 ■ Building: 650/599-7311 ■ Fax: 650/363-4849

### NOTICE OF EXEMPTION

| | |
|---|---|
| County of San Mateo<br>Planning and Building Division<br>Mail Drop PLN122<br>455 County Center<br>Redwood City, CA 94063<br>Planner: STEPHANIE WILLSEY | **FILED** 111808<br>For Clerk Use Only<br><br>NOV 0 2 2000<br><br>WARREN SLOCUM, County Clerk<br>By _____ MARIA P. PEREZ<br>DEPUTY CLERK |

Filing of Notice of Exemption in compliance with Section 21152 (b) of the Public Resources Code (CALIFORNIA ENVIRONMENTAL QUALITY ACT).

The filing of this Notice begins a 35-day Statute of Limitations on court challenges to this approval.

Project Title:  CELL SITE CO-LOCATION

File Number:  PLN2000-00497

Description of Project:  Co-location for a Sprint PCS Cell site.


Specific Project Location:  1175 PALOMAR DR

County of Project Location:  SAN MATEO COUNTY

Name of Public Agency Approving Project:  COUNTY OF SAN MATEO


Name of Person or Agency Carrying Out        BROOKS CURTIS L + ET
Project:

Exempt Status:        (check one only)

( )  Ministerial (Sec. 21080 (b) (1); 15268);
( )  Declared Emergency (Sec. 21080 (b) (3); 15269 (a));
( )  Emergency Project (Sec. 21080 (b) (4); 15269 (b) (c));
(X)  Categorical Exemption
    Class: 3
    Section Number:  15303
( )  Statutory Exemptions
    Section Number:


Reason why project is exempt: Construction of a New Small Structure.

Lead Agency Contact Person:  STEPHANIE WILLSE
Telephone: (650) 363-4161

Signature: *Stephanie Willsey*        Date: *11/2/2000*

Name (printed): *Stephanie Willsey*
Project Planner

(X) Signed by Lead Agency
( ) Signed by Applicant

**AR 0068**



AR 0069



San Mateo County Zoning Hearing Officer

Applicant: Sprint

File Numbers: PLN 2000 - 00497

Attachment: C

AR 0070



NORTHEAST ELEVATION

SOUTHEAST ELEVATION

**San Mateo County Zoning Hearing Officer**

Applicant: Sprint

File Numbers: PLN2000-00497

Attachment: D



San Mateo County Zoning Hearing Officer

Applicant: Sprint

File Numbers: PLN 2000 - 00497

Attachment: C

AR 0072

R-1/S-101/DR

417

415

416

Attachment: B

PARCEL MAP VOL 30/40
PARCEL MAP VOL 50/8
PARCEL MAP VOL 49/58-59
PARCEL MAP VOL 48/50
ASSESSOR'S MAP NO 3-90

**San Mateo County Zoning Hearing Officer**

Applicant: Sprint

File Numbers: PLN2000 - 00497

dln2000-00497.cdr 10/12/00 ss





AR 0075