County of San Mateo

Planning and Building Division

# FILE COPY

Date: November 2, 2000

To:       Zoning Hearing Officer

From:     Planning Staff

Subject:  Consideration of a Use Permit, pursuant to Section 6500 of the County Zoning
          Regulations, to allow the placement of two monopoles (each 13 feet tall) and one
          equipment cabinet enclosure located at 1175 Palomar Drive in the unincorporated
          Palomar Park.

          County File No: PLN 2000-00497 (Sprint)

## PROPOSAL

The project involves the installation of a wireless communication system in the rear yard of an
existing single-family home. The system consists of two monopoles and one equipment cabinet
enclosure. The cellular antennas will be attached to the 13-foot high monopoles located on the
east and west sides of the parcel. The equipment cabinet will be located in the rear portion of the
yard, adjacent to an existing Pacific Bell cellular facility. The total area of the cabinet enclosure
will be 270 square feet and 6 feet in height.

## RECOMMENDATION

Approve the Use Permit, County File No. PLN 2000-00497, by making the required findings and
adopting the conditions of approval listed in Attachment A.

## BACKGROUND

Report Prepared By: Stephanie Willsey, Project Planner, 650/363-1829

Applicant: Sprint

Owner: Curtis Brooks

Location: 1175 Palomar Drive, Unincorporated Palomar Park

APN: 051-416-040

**AR 0076**

Existing Zoning:  R-1/S-101/DR (Single-Family Residential/20,000 sq. ft. minimum lot size/ Design Review)

General Plan Designation:  Low Density Residential (0.3-2.3 dwelling units per acre)

Existing Land Use:  Single-Family Home

Environmental Evaluation:  Exempt, California Environmental Quality Act Section 15303 Class 3, Construction of New Small Structures

Setting:  The project site is located on the west side of the street and is accessible from Palomar Drive.  The site is improved with a one-story, single-family home and an existing Pacific Bell cellular facility.  The surrounding uses are single-family homes.

Chronology:

| Date | | Action |
|------|---|--------|
| May 22, 1997 | - | Use permit approved by the Zoning Hearing Officer for the existing Pacific Bell cellular facility. |
| July 14, 2000 | - | Application submitted. |
| September 29, 2000 | - | Application deemed complete. |
| November 2, 2000 | - | Zoning Hearing Officer Public Hearing. |

## DISCUSSION

A.  KEY ISSUES

1.  Conformance with General Plan

Staff has determined that the project complies with all applicable General Plan policies, with specific discussion of the following:

a.  Chapter 4 - Visual Quality

Policy 4.20 (*Utility Structures*) requires the minimization of adverse visual impacts of utility structures by managing the location and appearance of structural development.  The proposed project would not adversely impact the visual quality of the site because the monopoles will be painted green and placed next to existing trees which help minimize their visibility.  The utility box will be placed adjacent to the existing Pacific Bell utility box and will be painted the same color to match.

AR 0077

2.   Conformance with Zoning Regulations

Under the provisions of Section 6500. (*Use Permits*), wireless communications facilities are permitted in the R-1/S-101/DR Zoning District after issuance of a use permit. The project complies with all development standards for this zoning district including height and setback requirements.

Projects within the Design Review District are subject to the Design Review guide-lines set forth in Section 6565.16 (*Standards for Design in Palomar Park*). Staff has reviewed this project for compliance with these guidelines and has found that the project complies with all applicable standards.

3.   Conformance with Use Permit Findings

Under the provisions of Section 6500, (*Use Permits*), wireless communications facilities are permitted in the R-1/S-101/DR Zoning District after issuance of a use permit. Two findings have to be made for issuance of the use permit. They are:

**a.   Find that the establishment, maintenance and/or conducting of the use will not, under the circumstances of the particular case, result in a significant adverse impact, or be detrimental to the public welfare or injurious to property or improvements in said neighborhood.**

Staff believes that the impacts from this project will be minimal. The installation would meet emission criteria as required by the California Public Utilities Commission and the Federal Communications Commission. The installation will not interfere with household appliances or disturb existing communications equipment. Because the system will be unmanned and require approximately one service visit per month, it will not create significant traffic, noise, or intensity of use of the property.

**b.   Find that the use is necessary for the public health, safety, convenience or welfare.**

Staff believes that this project will allow increased clarity, range, and capacity of the existing cellular facility and network and will enhance service for the public in general. Staff believes no adverse effects to public health and safety would result from this proposal.

B.   REVIEW BY HOME OWNERS ASSOCIATIONS

The proposed cellular facility was reviewed by both the Emerald Lake Home Owners Association and the Palomar Park Property Owners Association and they recommended approval of the project.

AR 0078

C.    ENVIRONMENTAL REVIEW

This project is exempt from environmental review pursuant to the California Environ-mental Quality Act (CEQA), Section 15303, Class 3, relating to the construction of new small structures.

D.    REVIEWING AGENCIES

1.    Building Inspection Section
2.    Public Works Division
3.    California Department of Forestry
4.    Palomar Park Property Owners Association
5.    Emerald Lake Home Owners Association

## ATTACHMENTS

A.    Recommended Findings and Conditions of Approval.
B.    Vicinity Map and Location Map
C.    Site Plan
D.    Elevations

SW:cdn – SEWK1588_WCU.DOC

- 4 -

**AR 0079**

Attachment A

County of San Mateo
Planning and Building Division

## RECOMMENDED FINDINGS AND CONDITIONS OF APPROVAL

Permit or Project File Number:                    Hearing Date:  November 2, 2000
   PLN 2000-00497

Prepared By:  Stephanie Willsey                    For Adoption By:  Zoning Hearing Officer

## RECOMMENDED FINDINGS

For the Environmental Review, Find:

1.   That this project is exempt from environmental review pursuant to the California Environ-
     mental Quality Act (CEQA), Section 15303, Class 3, relating to construction of new small
     structures.

For the Use Permit, Find:

2.   That the establishment, maintenance, and conducting of the proposed use will not, under
     the circumstances of the particular case, result in a significant adverse impact, or be
     detrimental to the public welfare or injurious to property or improvements in said
     neighborhood.

3.   That the approval of this cellular telecommunications addition is necessary for the public
     health, safety, convenience or welfare.

## RECOMMENDED CONDITIONS OF APPROVAL

Planning Division

1.   This approval applies only to the proposal as described in this report and plans and
     documents submitted to the Planning Division on July 14, 2000.  Minor adjustments to
     the project in the course of applying for building permits may be approved by the Planning
     Director if they are consistent with the intent of, and in substantial conformance with this
     approval.

2.   The applicant shall obtain a building permit and develop in accordance with the approved
     plans.

- 5 -

AR 0080

3.  This Use Permit shall be valid for a five-year period and shall expire on November 2, 2005. The applicant shall file for a renewal of this permit six months prior to the expiration with the County Planning and Building Division, if continuation of this use is desired.

4.  The monopoles, antennas, and fencing shall be painted the same "enviro-green" color as the existing Pacific Bell equipment cabinet. A color sample shall be submitted to the Planning Counter prior to building permit issuance. The applicant shall include the file/case number with all color samples. Color verification by a building inspector shall occur in the field after the applicant has painted the equipment an approved color, but before the applicant schedules a final inspection.

5.  Construction hours shall be Monday through Friday 7:00 a.m. to 6:00 p.m., Saturday 9:00 a.m. to 5:00 p.m., and no construction will be allowed on Sundays or national holidays.

6.  Noise levels produced by the proposed construction activity shall not exceed 80-dBA level at any one moment.

7.  The installation shall be removed in its entirety at that time when this technology becomes obsolete or this facility is no longer needed.

8.  The applicant shall submit an erosion control plan which implements best management practices to prevent erosion and sedimentation during the entire construction process prior to building permit issuance. This plan shall include, but is not limited to (1) installation of silt blankets and fiber rolls below all areas of earth clearing, (2) covering of surcharges for protection from rain and wind erosion, and (3) replanting all disturbed areas immediately upon completion of construction with indigenous vegetation.

9.  During project construction, the applicant shall, pursuant to Section 5022 of the San Mateo County Ordinance Code, minimize the transport and discharge of stormwater runoff from the construction site into storm drain systems and water bodies by:

    a.  Disposing of removed soil in a County approved landfill, or by spreading the soil in the immediate vicinity employing the above erosion control techniques at a depth not to exceed 6 inches in height.

    b.  Stabilizing all denuded areas and maintaining erosion control measures continuously between October 15 and April 15.

    c.  Removing spoils promptly, and avoiding stockpiling of fill materials, when rain is forecast. If rain threatens, stockpiled soils and other materials shall be covered with a tarp or other waterproof material.

    d.  Storing, handling, and disposing of construction materials and wastes so as to avoid their entry to the storm drain system or water body.

**AR 0081**

    e.    Avoiding cleaning, fueling or maintaining vehicles on-site, except in an area designated to contain and treat runoff.

    f.    The applicant shall revegetate construction areas with native plant materials (trees, shrubs, and/or ground cover) which are compatible with the surrounding vegetation and are suitable to the climate, soil, and ecological characteristics of the area.

<u>California Department of Forestry</u>

10.    Maintain around and adjacent to such buildings or structures a fuel-break/fire break made by removing and cleaning away flammable vegetation for a minimum distance of 30 feet. Remove that dead or dying portion of any tree which extends over the any structure.

11.    All buildings and structures must have an address posted in such a location and in such a manner that it can be easily seen while traveling in both directions on the main road day or night. Numerals shall be contrasting in color to their background and shall be no less than 4 inches in height, and have a minimum stroke of 3/4 inch.

12.    All proposed enclosed structures on the site shall be equipped with an approved FM 200 fire protection system or equivalent. Plans and calculations must be submitted to the San Mateo County Building Inspection Section for review and approval by the County Fire Department.

13.    Access must be provided from the street to the access gate at the proposed site. The access must be provided in such a manner that emergency crews can get emergency medical equipment and fire fighting equipment to the scene.

14.    The proposed wood fencing is not desirable in this area because of the fire hazard. A metal fence with slats would be a more desirable solution to protect the facility.

15.    A Knox Box is required at the entry gate to allow emergency personnel access to the site in case of an emergency. Contact the County Fire Department at 650/573-3846 for details.

16.    A final inspection will be required before the site can be put into use. All project conditions which result in the issuance of a Building Permit will be required to be completed at that time.

17.    A more in-depth plan review will be conducted at the time a Building Permit is applied for. This has been a preliminary review and additional conditions may be placed on the project at the Building Permit application stage.

SW:cdn – SEWK1588_WCU.DOC

AR 0082



AR 0083

San Mateo County Zoning Hearing Officer

Applicant: Sprint

File Numbers: PLN2000 - 00497

Attachment: B

R-1/S-101/DR

417

415

416

⚠ PARCEL MAP VOL 30/40
⚠ PARCEL MAP VOL 50/15
⚠ PARCEL MAP VOL 49/58-59
⚠ PARCEL MAP VOL 48/50
⚠ ASSESSOR'S MAP NO 3-90

cmx/limitbts.cmx
blr2000-00497.cdr 10/12/00 ss



**San Mateo County Zoning Hearing Officer**

Applicant: Sprint

File Numbers: PLN 2000 - 00497

Attachment: C

AR 0084



NORTHEAST ELEVATION

SOUTHEAST ELEVATION

**San Mateo County Zoning Hearing Officer**

Applicant: Sprint

File Numbers: PLN 2000 - 00497

Attachment: D

AR 0085

# San Mateo County Times

**1080 South Amphlett Blvd., San Mateo, CA 94402**
**(650) 348-4467**

## LEGAL NO. 1929139

---

**PUBLIC NOTICE**
**SAN MATEO COUNTY**
**ZONING HEARING OFFICER MEETING**
**A G E N D A**

The San Mateo County Zoning Hearing Officer will hold a PUBLIC HEARING to consider the matters listed on the following agenda at the date, time, and location shown below:

**DATE:** Thursday, NOVEMBER 2, 2000
**TIME:** 9:00 a.m.
**PLACE:** Board of Supervisors Chambers
400 County Center, 1st Floor
Redwood City, CA 94063

All interested parties who wish to speak will have the opportunity at the hearing. To do so:

• Please fill out a slip giving your name and address.
• Hand this slip to the Zoning Hearing Officer Secretary.
• After recognition from the Zoning Hearing Officer, please walk to the rostrum and state your name and address into the microphone.

The Zoning Hearing Officer agenda is divided into two parts: The Consent Agenda and the Regular Agenda. If the Zoning Hearing Officer or a member of the public wishes specifically to hear an item on the Consent Agenda, the Zoning Hearing Officer will refer that item to the Regular Agenda for hearing. **If a member of the public wishes that an item on the agenda be referred to the Regular Agenda, please submit a speaker's slip to the Zoning Hearing Secretary before the meeting begins. Otherwise, Consent Agenda items will be considered as a group.**

All decisions of the Zoning Hearing Officer may be appealed within 10 (working) days to the Planning Commission for a fee of $184. Appeal forms are available at the Planning Division office, address shown below.

Pursuant to State law, if you challenge, in court, a planning permit application, you may be limited to raising only those issues raised at the public hearing described in this notice, or in written correspondence delivered at, or prior to, the public hearing.

For further information on any agenda item listed below, please phone the Project Planner at the indicated telephone number following each item. Letters to the Project Planners should be addressed to: County of San Mateo, Planning & Building Division, 455 County Center, 2nd Floor, Mail Drop PLN122, Redwood City, CA 94063.
• To receive the Agenda, please send an e-mail to: join-agenda@listserver.co.sanmateo.ca.us, or contact Jazmin Manriquez at (650) 363-1862.
• To view the Agenda, please visit our website at www.co.sanmateo.ca.us/planning.
• Starting January 4, 2001, Zoning Hearing Officer meetings will begin at 10:00 AM.

**CONSENT AGENDA**

1. **OWNER:** AMERICAN TOWER SYSTEMS, INC.
**APPLICANT:** NEXTEL COMMUNICATIONS
**FILE NO:** PLN1999-00871
**LOCATION:** 3501 Whiting Ridge Road, Montara
**APN:** 036-370-020
Consideration of a Use Permit Renewal, pursuant to Section 6500 of the San Mateo County Zoning Regulations, to allow the continued operation of an existing digital radio communication facility with microwave antenna, 8 panel antennas, and a 150 square foot equipment building, located at 3501 Whiting Ridge in the unincorporated area of Montara. Application filed: February 2, 2000. PROJECT PLANNER: **Farhad Mortazavi.** Telephone: (650) 363-1831.

2. **OWNER:** COSTELLA/MOCEO
**APPLICANT:** MIKE and ANNA POLACEK
**FILE NO:** PLN2000-00346
**LOCATION:** Bean Hollow Road, Pescadero
**APN:** 086-191-120
Consideration of a Conditional Certificate of Compliance (Type B) and a Coastal Development Permit, pursuant to Section 7134 of the County Subdivision Ordinance and Section 6328.4 of the County Zoning Regulations, to legalize a 17.98-acre parcel created in 1959 and located on Bean Hollow Road in the unincorporated area of Pescadero. This project is not appealable to the California Coastal Commission. Application filed: May 12, 2000. PROJECT PLANNER: **Erin Mayer.** Telephone: (650) 363-1850.

3. **OWNER:** CURTIS BROOKS
**APPLICANT:** SPRINT
**FILE NO:** PLN2000-00497
**LOCATION:** 1175 Palomar Drive, Redwood City
**APN:** 051-416-040
Consideration of a Use Permit, pursuant to Section 6500 of the San Mateo County Zoning Regulations, to allow the placement of two monopoles (each 13 feet tall) and one equipment cabinet enclosure, located at 1175 Palomar Drive in the unincorporated area of Palomar Park. Application filed: July 14, 2000. PROJECT PLANNER: **Stephanie Willsey.** Telephone: (650) 363-1829.

*San Mateo County Times - #1929139*
*October 21, 2000*

---

# PROOF OF PUBLICATION

Case No. _____

In the matter of

11/2  Zoning hearing
AGENDA

Jade Tai _____

_____ deposes and says that he/she was the Public Notice Advertising Clerk of SAN MATEO COUNTY TIMES, a newspaper of general circulation as defined by Government Code Section 6000 adjudicated as such by the Superior Court of the State of California, County of San Mateo (Case No. 55795, September 21, 1951) which is published and circulated in said county and state daily (Sunday excepted)

NOTICE

That the _____

_____ of which the annexed is a printed copy, was published in every issue of SAN MATEO COUNTY TIMES on the following dates.

OCT 21, 2000

I certify (or declare) under the penalty of perjury that the foregoing is true and correct

Date  21 oct 2000
at San Mateo, California

Public Notice Advertising Clerk

**AR 0086**

# SAN MATEO COUNTY ZONING HEARING OFFICER MEETING

## AGENDA

The San Mateo County Zoning Hearing Officer will hold a PUBLIC HEARING to consider the matters listed on the following agenda at the date, time, and location shown below:

> *DATE:* **Thursday, November 2, 2000**
> *TIME:* **9:00 a.m.**
> *PLACE:* **Board of Supervisors Chambers**
> **400 County Center, 1st Floor**
> **Redwood City, CA 94063**

All interested parties who wish to speak will have the opportunity at the hearing. To do so:

- Please fill out a slip giving your name and address.
- Hand this slip to the Zoning Hearing Officer Secretary.
- After recognition from the Zoning Hearing Officer, please walk to the lectern and state your name and address.

The Zoning Hearing Officer agenda is divided into two parts: The consent agenda and the regular agenda. If the Zoning Hearing Officer or a member of the public wishes specifically to hear an item on the consent agenda, the Zoning Hearing Officer will refer that item to the regular agenda for hearing. **If a member of the public wishes that an item on the consent agenda be referred to the regular agenda, please submit a speaker's slip to the Zoning Hearing Secretary before the meeting begins. Otherwise, consent agenda items will be considered as a group.**

All decisions of the Zoning Hearing Officer may be appealed within 10 (working) days to the Planning Commission for a fee of $184. Appeal forms are available at the Planning Division office, address shown below.

Pursuant to State law, if you challenge, in court, a planning permit application, you may be limited to raising only those issues raised at the public hearing described in this notice, or in written correspondence delivered at, or prior to, the public hearing.

For further information on any agenda item listed below, please contact the Project Planner at the indicated telephone number following each item. Letters to the Project Planners should be addressed: County of San Mateo, Planning & Building Division, 455 County Center, 2nd Floor, Mail Drop PLN122, Redwood City, CA 94063.

- To receive the agenda, please send an e-mail to: join-agenda@listserver.co.sanmateo.ca.us, or contact Jazmin Manriquez at (650) 363-1862.
- To view the agenda, please visit our website at www.co.sanmateo.ca.us/planning
- **Starting January 4, 2001, Zoning Hearing Officer meetings will begin at 10:00 a.m.**

AR 0087



AR 0088

051-417-190

HOFSTEDT THOMAS R +
1137 PALOMAR DR
REDWOOD CITY,, CA 94062


051-417-040

BERINGER DANIEL
EDDINS SUSAN
1135  PALOMAR DR
REDWOOD CITY, CA 94062


051-417-010

SLYTER ROBERT W , TERI
1145 PALOMAR DR
REDWOOD CITY, CA 94062


051-416-040

BROOKS CURTIS L + ET
1175 PALOMAR DR
REDWOOD CITY,, CA 94062


051-417-180

ZAK RALPH B TR
SAUVAGE DEIRDRE W TR
1125 PALOMAR DR
REDWOOD CITY,, CA 94062


051-417-020

HOWARD JOSEPH C JR
1139 PALOMAR DR
REDWOOD CITY, CA 94062


051-416-050

EINSPAHR LLOYD D + M
1165 PALOMAR DR
REDWOOD CITY,, CA 94062

AR 0089

Current Resident
510 La Mesa Drive
San Mateo, CA 94025

Current Resident
1346 Pebble Drive
San Carlos, CA 94070

City of San Carlos
666 Elm Street
San Carlos, CA 94070

Current Resident
1338 Pebble Drive
San Carlos, CA 94070

Current Resident
1332 Pebble Drive
San Carlos, CA 94070

Current Resident
1333 Pebble Drive
San Carlos, CA 94070

Current Resident
1339 Pebble Drive
San Carlos, CA 94070

Current Resident
1120 Palomar Drive
Redwood City, CA 94062

Current Resident
1130 Palomar Drive
Redwood City, CA 94062

Current Resident
1150 Palomar Drive
Redwood City, CA 94062

Current Resident
1170 Palomar Drive
Redwood City, CA 94062

Current Resident

THE ALARIS
GROUP, LLC

October 4, 2000

Stephanie Willsey
455 County Center-2nd Floor
Redwood City, CA 94063

**RE:    Case No. PLN2000-00497**

Dear Ms. Willsey:

Per our conversation on September 29th, I have submitted revised drawings for the above application to show the 13 foot monopole on the southeast corner closest to the property line to be setback 3 feet from the property line. There are 2 full size copies and a reduced 81/2 x 11for your review.

You also requested information of why our proposed monopole could not be located out of our equipment cabinet, much like the design that Pacific Bell has on the site. Since Sprint's coverage objective is different than PacBell's, it is necessary that Sprint locate its antennas differently. Since we are trying to keep the height of the antennas at about 13', we've had to split the three sectors so that our coverage objective is met. Lastly, we need two different poles because we need to keep interference to our other sites to a minimum.

Thank you for reviewing our proposed project. If you need additional information or have additional questions, I can be reached at (415) 402-0445.

Sincerely,

Talin Aghazarian
Planning Specialist

480 DAVIS COURT
SAN FRANCISCO, CA 94111

**AR 0091**



**Sprint**
Sprint PCS℠

# PALOMAR PARK
## SF33XC598B
## 1175 PALOMAR DRIVE
## REDWOOD CITY, CA. 94062

TITLE SHEET

**T1**

AR 0092



AR 0093



AR 0094





AR 0096



NORTHEAST ELEVATION

SOUTHEAST ELEVATION

AR 0097

Case 4:06-cv-00342-CW Document 30-4 Filed 08/31/2007 Page 23 of 45

# San Mateo County
## Environmental Services Agency

**Planning and Building Division** ▪ 455 County Center ▪ Redwood City
California 94063 ▪ Planning: 650/363-4161 ▪ Building: 650/599-7311 ▪ Fax: 650/363-4849

09/29/2000

TALIN AGHAZARIAN
480 DAVIS COURT
SAN FRANCISCO, CA  94111

SUBJECT:  Application Status of Case No.  PLN2000-00497

Your application has been determined to be complete.  Please be advised that during the course of processing we may request you to clarify, amplify, correct or otherwise supplement the information required for the application.  Additional information about the status of your project will be forthcoming.

Sincerely,

*Stephanie Willsey*

STEPHANIE WILLSEY
Project Planner

AR 0098

fplncmplapp

# San Mateo County Environmental Services Agency

## Planning and Building Division ■ 455 County Center ■ Redwood City
California 94063 ■ Planning: 650/363-4161 ■ Building: 650/599-7311 ■ Fax: 650/363-4849

07/26/2000

JONAS IONIN
1729 RUTAN DR.
LIVERMORE, CA  94550

SUBJECT:  Application Status of Case No: PLN2000-00497

Your application has received preliminary review by the Planning Division's Development Review Committee; the application has been found to be incomplete as described in the enclosure to this letter.

Progress cannot be made on your application until it is complete.  Please feel free to contact me or staff of other departments as indicated in the enclosure if you have any questions or comments.

Once submitted, your material will be evaluated by the Development Review Committee and you will be advised if any incomplete items remain.

Sincerely,

*Stephanie Willsey*

STEPH WILLSEY
Project Planner

AR 0099

fplnincmplapp

Case 4:08-cv-00343-CW    Document 31-4    Filed 07/24/2008    Page 25 of 45

# San Mateo County Environmental Services Agency

## Planning and Building Division ▪ 455 County Center ▪ Redwood City
California 94063 ▪ Planning: 650/363-4161 ▪ Building: 650/599-7311 ▪ Fax: 650/363-4849

Page 2
Application Status of Case No: PLN2000-00497
For: JONAS IONIN

07/26/2000

Please submit the following information so that I can continue to work on your project:
1. Proof of ownership in the form of a tax bill or grant deed.
2. Owners concurrence.
3. A revised site plan that is to scale and shows the accurate parcel boundaries    and the location of all existing and proposed structures and facilities.

fplnincmplapp

AR 0100

**San Mateo County Environmental Services Agency**

**Planning and Building Division**

455 County Center • Redwood City CA 94063
(650) 363-4161 • FAX (650) 363-4849

# Planning Permit
# Application Form

Permit Numbers
Primary: _PLN 2000 - 004197_

_____

## Applicant/Owner Information

Applicant: _Jonas Jonin, GDE_

Mailing Address: _1729 Rutan Dr. Livermore CA. 94550_          Zip: _94550_

Phone, W: _(510) 919 9184_   H: _____   FAX: _(510) 655 3696_

| Name of Owner (1): _Curtis L. Brooks_ | Name of Owner (2): |
|---|---|
| Mailing Address: _1175 Pallomar Dr_ | Mailing Address: |
| _Redwood City_   Zip: _94062_ | Zip: |
| Phone, W _(650) 367 8000_ | Phone, W: |
| H: _Same_ | H: |

## Project Information

**Project Location** (address): _1175 Pallomar Dr._

**Assessor's Parcel Numbers:**
_057_ — _416_ — _040_ . ___ — ___
___ — ___ — ___ . ___ — ___

**Zoning:** _R-1, S101_

**Parcel/lot size:** _____

List all elements of proposed project: _Sprint Wireless Communication Facility_
_w/ Antennas : Equipment Cabinets._

_____

_____

_____

List any other permits or approvals already obtained for this project (include date, agency and application/permit numbers):

_____

_____

## Signatures

We hereby certify that the information stated above and on forms, plans and other materials submitted herewith in support of the application is true and correct to the best of our knowledge. It is our responsibility to inform the County of San Mateo through our assigned project planner of any changes to information represented in these submittals.

Owner's signature: _____

Owner's signature: _____

Applicant's signature: _____          **AR 0101**

vp7\22054.pub  9/15/258  ds

# Planning Permit Application Check List

**This form filled out by Staff Only**    Primary Permit No.: _____

Fees: CEQA _____  Health _____  CDF _____

| Planning Approvals Required | Specific Application Form | Application Companion Page | Proof of Ownership (Deed or Tax Bill) | Owner's Concurrence | Title Report | Environmental Information Form | Tentative Map ❷ | Master Land Division Plan ❶ | Density Analysis/Certification | Concept Plan | Ag. Land Mgmt. Plan | Grading Plans ❶ | Geotechnical Report | Erosion/Sediment Control | Dust Control Plan | Permanent Storm Water Controls | Supporting Statements | Location Map ❶ | Site Plans ❶ | Elevation Plans ❶ | Floor Plans ❶ | Plan Reductions (8.5" X 11") | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agricultural Preserve | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Architectural Review | | ✓ | ✓ | ✓ | | ✓ | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Architectural Review Exemption | | ✓ | ✓ | ✓ | | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Certificate of Compliance - Type A | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | ✓ | ✓ | | | | |
| Certificate of Compliance - Type B | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | ✓ | ✓ | | | | |
| Coastal Development | | ✓ | ✓ | ✓ | | ✓ | | | | | | | | | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Coastal Development Exemption | | ✓ | ✓ | ✓ | | ✓ | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Concept Plan | | ✓ | ✓ | ✓ | | | ✓ | | ✓ | | | | | | | | | ✓ | ✓ | | | | |
| Design Review | | ✓ | ✓ | ✓ | | ✓ | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drilling - Oil & Gas | | ✓ | ✓ | ✓ | | ✓ | | | | | | | | | | | | ✓ | ✓ | | | ✓ | |
| General Plan Amendment | | ✓ | ✓ | ✓ | | ✓ | | | | | | | | | | | | ✓ | | | | | ✓ |
| Grading | | ✓ | ✓ | ✓ | | ✓ | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | | ✓ | |
| Grading Exemption | | ✓ | ✓ | ✓ | | ✓ | | | | | | ✓ | | ✓ | | | | ✓ | ✓ | | | | |
| Home Improvement Exception | | ✓ | ✓ | ✓ | | ✓ | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓❹ | |
| Kennel/Cattery | | ✓ | ✓ | ✓ | | ✓ | | | | | | | ✓ | ✓ | | | | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Lot Line Adjustment | | ✓ | ✓ | ✓ | | | | ✓ | | | | | | | | | | ✓ | ✓ | | | ✓❹ | |
| Merger | | ✓ | ✓ | ✓ | | | | ✓ | | | | | | | | | | ✓ | ✓ | | | | |
| Off-Street Parking Exception | | ✓ | ✓ | ✓ | | ✓ | | | | | | | | | | | | ✓ | ✓ | | | | |
| Planned Agriculture | | ✓ | ✓ | ✓ | | ✓ | | | | | ✓ | | | ✓ | | ✓ | ✓ | ✓ | ✓ | | | | |
| Resource Management | | ✓ | ✓ | ✓ | | ✓ | | | | | | | | ✓ | | ✓ | ✓ | ✓ | | | | | |
| Rezoning | | ✓ | ✓ | ✓ | | ✓ | | | | | | | | | | | | ✓ | | | | | ✓ |
| Stable | | ✓ | ✓ | ✓ | | ✓ | | | | | | | | ✓ | | | | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Street Improvement Exception | | ✓ | ✓ | ✓ | | | | | | | | | | | | | | ✓ | ✓ | | | | |
| Street Name/Change | | ✓ | ✓ | | | | | | | | | | | | | | ✓ | ✓ | | | | | |
| Subdivision | | ✓ | ✓ | ✓ | | ✓ | ✓ | | | | | | ✓ | ✓ | | ✓ | | ✓ | ✓ | | | ✓ | ✓ |
| Surface Mining | | ✓ | ✓ | ✓ | | ✓ | | | | | | | | | | | | ✓ | ✓ | | | ✓ | |
| Timberland Preserve | | ✓ | ✓ | ✓ | | | | | | | | | | | | | | ✓ | | | | | ✓ |
| Use Permit | | ✓ | ✓ | ✓ | | ✓ | | | | | | | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Variance | | ✓ | ✓ | ✓ | | ✓ | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Other ❸ | | ✓ | ✓ | ✓ | | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

Other Fees _____    Total Fees _____

❶ = 5 sets of all plans
❷ = 7 copies of Subdivision Maps
❸ = GPC, Text Amend, Timber Harvest, Topsoil, etc.
❹ = Needed only if a public hearing is required

AR 0102

**San Mateo County Environmental Services Agency**

# Application for a Use Permit

## Companion Page

**Planning and Building Division**

455 County Center • Second Floor • Redwood City CA 94063
Mail Drop PLN-122 • 650-363-4161 • FAX 650-363-4849

Applicant's Name : Jonas Chin GDE

Primary Permit #: PLN2000 - 06497

## 1. Instructions

Please fill out the general Planning Permit Application Form and this form when applying for a Use Permit. You must also submit all items indicated on the checklist found on the reverse side of the Planning Permit Application Form.

## 2. Project Information

This application is for:    ☑ Initial Use Permit

☐ Renewal or Administrative Review of Existing Use Permit
Original Permit #:_____

☐ Amendment to an Existing Use Permit
Original Permit #:_____

If an initial permit, please describe specifics of proposed operation (ie. hours of business, number of employees, activities, etc.). If an amendment to an existing permit, please describe the specific proposed changes in the operation.

Sprint PCS Wireless Communication Facility to co-locate with existing PacBell Facility. After initial 30-45 day construction period the facility will be unmanned subject to +2 maintenance visits per month, maximum.

## 3. Required Finding

To approve this application, the County must determine that this project complies with all applicable regulations including the following specifically required finding:

**That the establishment, maintenance and/or conducting of the use will not, under the circumstances of the particular case, be detrimental to the public welfare or injurious to property or improvements in the neighborhood.**

Write a brief statement in which you present evidence to support the required finding.

As the facility is unmanned and co-located with an existing facility and the subject property is approved for co-location of wireless

facilities, this project will in no way be detrimental to the public welfare or injurious to property or improvements in the neighborhood.

**AR 0103**

San Mateo County Environmental Services Agency

# Environmental Information & Hazardous Waste Site Disclosure Form

**Planning and Building Division**

Project Address: 175 PALOMAR DRIVE REDWOOD CITY CA. 94062

Assessor's Parcel No.: 057 — 416 — 040

Zoning District: R-1 S101

Name of Owner: CURTIS L. BROOKS

Address: SAME

Phone: (650) 367 8000

Name of Applicant: JONAS LOMIN, GDE

Address: 1729 RUTAN DR. LIVERMORE CA 94550    Phone: (510) 919-9184

## General Information

Please answer these questions in the space provided. **Use additional sheets if necessary.**

1. Project Description: Sprint PCS Wireless Communication Facility.

a. Parcel size: 22,857.815 sf

b. Directly connected impervious area (sq. ft. of building footprint and all paved surfaces):

Existing:_____ Proposed: NO CHANGE

c. Square footage of structure:

Existing:_____ Proposed: 270 sf

d. Height and number of floors: 6'-14'

e. Amount of parking provided (proposed):

Covered:_____ Uncovered:_____ n/a

2. Is this part of a larger project? Yes ✓ No ___ If yes, explain: Sprint Wireless Network

3. What type of permits, licenses, approval, etc. (including those sought from other agencies) are needed to carry out the proposed project?

CUP

4. Describe the **natural characteristics** (slope, drainage, water bodies, vegetation, soil stability, etc.) on the project site and in the vicinity of the project.

Single-family residential with grass, trees.

5. Describe the extent and type of **man-made** features on the project site and in the vicinity of the project (size and uses of existing structures including square footage, number and size of lakes or ponds, nature of existing roads, etc.).

Residence, existing PacBell Wireless facility.

## Environmental Information

Please check the appropriate box and explain any "yes" answers on reverse.

**Will the project:**

| | Yes | No |
|---|---|---|
| a. Require grading or filling? | ✓ | |
| If yes, how much? 12 cubic ft. | | |
| Will that grading or filling: | | |
| ▪ Be over two feet in depth or height? | | ✓ |
| ▪ Be on a 20% or greater slope? | | ✓ |
| b. Require the removal of trees or other vegetation (including ground cover)? | | ✓ |
| If yes, all trees over 12" or more in diameter (6" or more in Emerald Lake Hills) are to be shown on plans, and may require a tree removal permit. | | |
| c. Affect native plants, wildlife or fisheries? | | ✓ |
| d. Create dust, smoke, fumes, odors or noise? | | ✓ |
| If yes, will it occur beyond the construction phase? | | ✓ |
| e. Involve discharge into surface waters or storm drains? | | |

| | Yes | No |
|---|---|---|
| f. Affect or be affected by a natural drainage channel or floodplain? | | ✓ |
| g. Affect the amount or pattern of pedestrian or vehicular traffic? | | ✓ |
| h. Impact scenic values? | | ✓ |
| i. Affect any known archaeological or historical resources? | | ✓ |
| j. Create an obvious change in the existing or surrounding land use? | | ✓ |
| k. Increase development pressures in the vicinity or encourage changes in the use of nearby properties? | | ✓ |
| l. Be located on a Hazardous Waste and Substance site, as defined by the State of California at the date of this application? **(Please check list of addresses on reverse.)** | | ✓ |

Signature required on reverse ☞

## AR 0104

Please explain any "yes" answers:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Describe mitigation measures being proposed which will reduce or avoid any potential impacts of the project:

_____
_____
_____
_____
_____
_____
_____

Additional information or comments: **Use additional sheets if necessary.**

_____
_____
_____
_____
_____
_____
_____
_____

## Hazardous Waste Site

State Government Code Section 65962.5 requires that before a local government agency accepts an application for a development project, the applicant shall submit a signed statement indicating whether the proposed project location is included in the List of Hazardous Waste and Substance Sites prepared by the State of California.

### Colma
Unocal
1216 Hillside Blvd

### El Granad
Winter's Residence
192 El Granada Blvd

Pillar Point Harbor
1 Johnson Pier

Westar Cable
525 Obispo Rd

Staton Property
415 Sonora Ave

### Guadalupe Valle Quarry
American Rock and Asphalt
1 Old Quarry Rd

### Harbor Industrial
Baymont Properties
425 Harbor Blvd

Williams and Burroughs
500 Harbor Blvd

New Mode Cleaners
615 Harbor Blvd

Apollo Oil
701 Harbor Blvd

Ceramics, Varian, EIMAC
301 Industrial Way

B and H Technical
306 Industrial Way

Bogenhuber Properties
1510 Old County Rd

SamTrans
591 Quarry Rd

### La Hond
Log Cabin Ranch
Alpine Rd

Portola State Park
Portola Rd and Rt2

### Montar
USCG Montara Lighthouse
State Route 1

### Moss Beach
Beacon
State Route 1 & Vermont Ave

### North Fair Oaks
Dean's Anodizing
819 Hurlingame

Rocco's Collision
860 Hurlingame

Tilton Property
2655 Middlefield Rd

Beals, Martin and Assoc
2658 Middlefield Rd

Figueras/Barrita Property
3157 Middlefield Rd

Beals, Martin and Assoc
2658 Spring St

American Cities Tire Service
2700 Spring St

Hoffmann Paint Co.
820 Sweeney Ave

S and M Sprinkler
197 5th Ave

### Pescadero
Helmaur Ranch
3800 Cloverdale

Kuwahara Property
1541 Pescadero Rd

Williamson Petroleum
1999 Pescadero Rd

Campbells' Fresh Fish
6150 State Route 1

Campinotti Property
420 Water Lane

### Rural Mid-Coast
Repetto's Nursery
12351 San Mateo Rd

### Rural Skyline
Skyline Open Space Preserve
Skyline Blvd & Alpine Road

Skylonda Corners
17284 Skyline Blvd

Unocal
17288 Skyline Blvd

### Rural South Coast
Girl Scout Ranch
Skylark Ranch

Warehouse
216 Stage Rd

### West Menlo Par
Chevron
3500 Alameda de las Pulgas

Arco
3600 Alamdea de las Pulgas

Stanford Linear Accelerator
2575 Sand Hill Rd

*For further information regarding any of the sites, call the San Mateo County Department of Environmental Health at 363-4305*

## Certification

I hereby certify that the statements furnished above and in the attached exhibits present the data and information required for this initial evaluation to the best of my ability, and the facts, statements and information presented are true and correct to the best of my knowledge and belief. **If any of the facts represented here change, it is my responsibility to inform the County.**

Signed: _____    Date: 7/14/2005

(Applicant may sign.)

22010 rev. 1/28/99 rp

**AR 0105**

THE ALARIS

GROUP, LLC

September 27, 2000

Stephanie Willsey
455 County Center-2nd Floor
Redwood City, CA 94063

**RE:    Case No. PLN2000-00497**

Dear Ms. Willsey:

We are in receipt of your letter dated July 26, 2000 and per our conversation earlier the following materials are provided for your review:

1.    Proof of ownership of the property in question.
2.    Letter of Authorization indicating the owners concurrence with project.
3.    Revised site plan (Sheet LS1 showing accurate parcel boundaries and the location of existing and proposed structures).
4.    A reduction of submitted plans.

Thank you for reviewing our proposed project. If you need additional information or have additional questions, I can be reached at (415) 402-0445.

Sincerely,

Talin Aghazarian
Planning Specialist

**AR 0106**

Site: _8733XC598C_
Cascade: _____
MTA: _____

## AUTHORIZATION

The undersigned is the "Owner" of the real property ("Property") described below, and hereby authorizes, consents, and agrees with Sprint Spectrum L.P. ("Sprint PCS") as follows:

    1.    **Entry.** Owner consents and agrees that Sprint PCS, its employees, agents and independent contractors ("Authorized Parties") may enter upon the Property to conduct and perform some or all of the following activities ("Permitted Activities"): surveys, geotechnical soil borings and analysis, Phase I environmental audits, boundary surveys, radio propagation studies, and such other tests and inspections of the Property which Sprint PCS may deem necessary or advisable. Sprint PCS agrees to be responsible for any and all costs related to the Permitted Activities, including installation on and operation and removal of equipment on the Property.

    2.    **Filings.** Owner consents and agrees that the Authorized Parties may make and file applications on Owner's behalf to such local, state and federal governmental entities whose approval Sprint PCS may consider necessary or advisable to have the Property approved as a tower or antenna site, including, but not limited to, governmental approvals for zoning variances, rezoning applications, building permits and wetland permits. Owner hereby agrees that a copy of this Agreement is as effective as the original. However, if requested by the Authorized Parties, Owner agrees to execute such other and further documents as may be required by the governmental entity in question to evidence Owner's consent to the action which is proposed to be taken.

Owner: _Brooks, Curt L._
_BROOKS, CURTIS L_

Print Name: _BROOKS, CURTIS L_

Dated: _May 31, 2000_

Property Address: _1175 PALOMAR DR_

_REDWOOD CITY, CA. 94062_
_TEL 650-367-8000_
_FAX 650-367-8282_

Sprint PCS: _Jon Lowd, GDB_

Dated: _5/31/2000_

AR 0107

Property Profile - San Mateo
Old Republic Title Company

Prepared For:
Attention    :

Acnt Rep:
C/S Rep: Debbie Allen

```
***********************************************************************
*                                                                     *
*     APN   : 051-416-040                    Phone : (650)367-8000     *
*     Owner1: BROOKS,CURTIS L & ETHEL R      Pg-Grd: 36-B3/769-E7      *
*     Owner2:                                Census: 6096.039          *
*     Site  : 1175 PALOMAR DR                Ownshp:                   *
*           : REDWOOD CITY CA        94062   Zoning: R10S10            *
*     Mail  : 1175 PALOMAR DR                FloodP: 060327 0002       *
*           : REDWOOD CITY CA        94062   RltrZn: 350               *
*     Legal : PARCEL 1 .578 AC MOL PARCEL MAP VOL 49/S                 *
*                                                                     *
*                       --------------------------                     *
*                       Property Characteristics                       *
*                       --------------------------                     *
*                                                                     *
*     Use  : 1 FAMILY RSDNCE                                           *
*     Yr Blt: 1968        #LivRm: 1      SqFeet: 2,330    RecRm :      *
*     BedBth: 4/3.0       #FamRm: 1      AttcSF:          Garage: Y    *
*     #Rooms: 9           #Den  :        BasFin:          Pool  :      *
*     #Kitch: 1           #SupRm: 1      LotSz : 25,155   -YrBlt:      *
*     #DinRm: 1           #Units: 1      UseLot: 25155    WtrFrt:      *
*                                                                     *
*                       ----------------------                         *
*                       Sale/Loan Information                          *
*                       ----------------------                         *
*                                                                     *
*     Last Trans W/O $:                                                *
*     SaleDt: 08/14/81    Doc#  : 77633      Buyer : BROOKS,CURTIS L   *
*     SaleAm: $135,000    $/SqFt: $57.94     Seller:                   *
*     1st Td:             LoanTy:            Lender:                   *
*      +Addl:             PrevDt:            Title :                   *
*                         PrevAm:                                      *
*                                                                     *
*                       ----------------------------                   *
*                       Assessment/Tax Information                     *
*                       ----------------------------                   *
*                                                                     *
*          Assd  : $465,218        Tax   : $4,671.06                   *
*          Land  : $208,325        Status: DEFAULT 98                  *
*          Improv: $256,893        TRA   : 073033                      *
*              perc: 55%           Exempt: Y                           *
*                                  TaxYr : 99-00                       *
*                                                                     *
***********************************************************************
```

THE ABOVE INFORMATION IS SOURCED FROM PUBLIC DOCUMENTS AND IS NOT GUARANTEED
Copyright (C) 1998 Acxiom Corporation

AR 0108



RECORDING REQUESTED BY

ORDER

APN

WHEN RECORDED MAIL TO

Mr. & Mrs. Curtis L. Brooks
1175 Palomar Dr.
Redwood City, Ca.

Escrow No. 617601

76633AS

FOUNDERS TITLE COMPANY

RECORDED AT REQUEST OF

Aug 14  18 48 AM '81

MARVIN CHURCH RECORDER
SAN MATEO COUNTY
OFFICIAL RECORDS

| Documentary Transfer Tax |
| --- |
| $ — PAID — |
| San Mateo County |
| Rec'd By _____ Deputy Recorder |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Grant Deed

The undersigned grantor(s) declare(s):
Documentary transfer tax is $ 1,467.50
( ) computed on full value of property conveyed, or
XX ) computed on full value less value of liens and encumbrances remaining at time of sale.
XX ) Unincorporated area: ( ) City of ..................
( ) Realty not sold.
FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
  Lloyd D. Einspahr and Mary S. Einspahr, his wife

hereby GRANT(S) to
  Curtis L. Brooks and Ethel R. Brooks, husband and wife as joint tenants

that property in San Mateo

County, State of California, described as:

Parcel One, as designated on the Map entitled, "PARCEL MAP LANDS OF EINSPAHR,
BEING A RESUBDIVISION OF A PORTION OF THE 163.18 ACRE TRACT OF LAND FORMERLY
OWNED BY ALLIS-CHALMERS MANUFACTURING COMPANY", which map was filed in the
office of the recorder of the County of San Mateo, State of California on April
28, 1960, in Book 49 of Parcel Maps at Pages 58 and 59.

A.P. No. 051-416-020
J.P.N. 051-41-416-02-A

Mail tax statements to    Same as above

Date    August 13, 1981

STATE OF CALIFORNIA }
COUNTY OF San Mateo } ss.
On August 13, 1981, before me, the under-
signed, a Notary Public in and for said State, personally appeared
  Lloyd D. Einspahr and Mary S. Einspahr

to be the person(s) whose name(s) are subscribed to the within
instrument and acknowledged that they executed the same.
WITNESS my hand and official seal.

Signature Beverly A.W. Harrell

_Lloyd D. Einspahr_

_Mary S. Einspahr_

BEVERLY A. W. HARRELL
NOTARY PUBLIC
SACRAMENTO COUNTY, CALIFORNIA
My Commission Expires April 12, 1985

(This area for official notarial seal)    (Name Typed or Printed)

MAIL TAX STATEMENTS AS DIRECTED ABOVE

RECORDER'S OFFICE SAN MATEO COUNTY

AR 0109

**County of San Mateo**
**Environmental Services Agency**
**Planning and Building Division**

## APPLICATION REVIEW AND IN-PROCESSING CHECKLIST

1. Owner: _CURTIS BROOKS_          Applicant: _JONAS IONIN_

2. Project Site Address: _1175 Palomar Dr._

3. APN(s): _051 - 416 - 040_

4. Project Description: _cell site_

_____

5. Planning Permit Case No.:          7. Building Permit Case No.:

   _PLN 2000 - 00497_

6. Environmental Review:

   a. Cat. Ex.    ☐ Yes    ☐ No

   b. Neg. Dec.   ☒ Yes    ☐ No

8. Public Hearing required:  Yes __X__        No _____

9. Decision Maker:

   Planning Director     _____      Zoning Hearing Officer    __X__
   Planning Commission   _____      Design Review Committee   _____
   Board of Supervisors  _____

10. Complete Plan Check Checklist.

11. Complete Permit*Plan entries.

12. Collect Planning and applicable Environmental Health and CDF fees; attach receipt.

13. Application received by: _M. Schaller_          Date: _7/14/00_

14. Planner Assigned: _Stephanie W._  By: _Staff_   Date: _7/24/00_

### TRANSFER APPLICATION MATERIALS TO RECEPTIONIST

over

**AR 0110**

15. Prepare Referral Sheets for applicable projects.

16. Prepare File Label (right edge of file tab).

<u>Planning File No.</u> _____
Owner/Applicant

Example   <u>PLN 1999-00015</u> _____
Smith/Jones

17. Complete Planning Permit Information Sheet.

18. Insert File Contents (in top to bottom order).

<u>Front Cover</u>

_____   Planning Permit Info. Sheet


<u>Inside Front Cover</u>

_____   Post Approval Card

_____   Permit Processing Checklist

<u>Inside Back Cover</u>

_____   In-Processing Form

_____   Project Referral Sheets

_____   Plan Check Checklist

_____   Application Forms

_____   EIF

_____   Supporting Documents

_____   Graphics, Transparencies

_____   Owner's Authorization

_____   Proof of Owner's Interest

_____   Receipt for Fees

_____   _____

_____   _____

**TRANSFER FILE TO SENIOR PLANNER**

— — — — — — — — — — — — — — — — — — — — — — — — — — — — —

19. Add applicable projects to Development Review Committee agenda log.

20. Mail Acknowledgment Post Card indicating Project File Number(s) and Assigned Planner.

21. Complete Permit*Plan entries.

**TRANSFER FILE TO ASSIGNED PLANNER**

— — — — — — — — — — — — — — — — — — — — — — — — — — — — —

FRM00047.WP6 (1/20/99)

**AR 0111**

**County of San Mateo**
Planning and Building Division
Current Planning and Development Section

PERMANENT
RECORD
Microfilming
Required

## PLAN CHECK CHECKLIST

Permit*Plan Case Nos.: _PLN 2000-00497_

APN: _051_ - _416_ - _040_    Zoning: _R-1/S-101/DR_

Plan
Checker: _M. Schaller_    Project
Description: _cell site_

Date: _7/14/00_

1. **Parcel Identification and Legality**

    _✓_ Dimensions, shape, streets on plans match reference maps
    _✓_ Legal
    ____ No legality check required
    ____ Documentation required

2. **Use**

    _✓_ Plans consistent with stated use
    _✓_ Allowed by zoning
    ____ Legal nonconforming
    _✓_ Consistent with General Plan
    ____ Determination of land use priority in Coastal Zone
    ____ Consistent with second unit quota
    ____ Second Unit Checklist complete and attached

3. **Density**

    _N/A_ Minimum lot size          _N/A_ Lot area/dwelling unit

4. **Development Standards**

    _N/A_ Lot width                    ___ Signs
    ___ Yards                          ___ Fences
    ___ Height                         ___ Decks
    ___ Accessory buildings (location,  ___ Daylight Plane
        size, setbacks, height)        ___ Well
    ___ Easements, OPLs or street dedi- ___ (Other)
        cation will not affect above   ___ Floor Area Ratio
    ___ Lot Coverage

    Calculations:                      Calculations:

**AR 0112**

5. <u>Parking/Access</u>

_N/A_ Number of Spaces (_____ Covered and _____ Uncovered)
_____ Landscaping (required in parking areas)
_____ Compliance with Design Standards/Policy (driveway width, turning radius)
_____ Compliance with ELH Guest Parking

6. <u>Special Permit Requirements</u>

_____ Arch. Review (State Scenic Corridor)        _____ PAD Permit
_____ Coastal Development Permit                  _____ RMD
_____ Coastal Exemption Certification            _____ Stable Permit
_____ Design Review/Formal DR Exemption          _____ TPZ Permit/Timber Mgmt. Plan
_____ Staff Level DR Exemption                   _____ Tree Removal
_____ GH District Report and Notice              _✓_ Use Permit
_____ Grading Permit                             _____ Variance
_____ Kennel Permit                              _____ Other _____

7. <u>Special Area Regulations</u>

_____ ALUC Permit Review Area or Airport Overlay (AO) Zone
_____ Floodway or Flood Hazard Area
_____ Princeton M-1 Area-Dead Storage Only; Recorded Notice Required
_____ Residential Use Within 60 CNEL (Noise Element) - Acoustical Report Required
_____ Williamson Act Agricultural Preserve
_____ Moratorium Area
_____ Coastside Permit Quota Open (has been recorded in appropriate log book)
_____ Residential Hillside Quota Open (has been recorded in appropriate log book)
_____ Other _____

8. <u>Environmental Review</u>

_✓_ Environmental Information Form Complete
_✓_ Exempt, Class _____
_✗_ Not Exempt, Initial Study Required

9. <u>Notes/Comments</u>

_Exempt - New small structure_

_____
_____
_____
_____
_____

CPD Form A-PER-77
FRM00043 (3/91)

San Mateo County
Planning &
Building Division
455 County Center
Redwood City
California 94063
Phone: 650 363-4161
Fax: 650 363-4849

RECEIPT #:    003141
DATE:         7/ /00 14:10:26
CHECK #:      1802

CASE #:    PLN2000-00497

NAME:    JONAS IONIN

ADDRESS:    1175 PALOMAR DR

PARCEL #:    051-416-040

| ACCOUNT NUMBER | DESCRIPTION | AMOUNT PAID |
|---|---|---|
| 38100-2027 | Env.Doc. - Recording Fee | $33.00 |
| 38100-2123 | Env.Rev.-Initial Study/Neg.Dec | $910.00 |
| 38100-1262 | Use Permit | $1,893.00 |
| 38100-1269 | Public Noticing Fee | $55.00 |
| | Total Amount Paid: | $2,891.00 |

AR 0114



AR 0115

# rint Photo File



8/4/00



8/4/00



8/4/00



8/4/00



8/4/00



1. Attach press-on label to photo.       3. Staple photos in spaces above.
2. Note file number, date & subject on label.     4. Insert in file.

AR 0116

l:\cdr5\fotofile.cdr ms 12/18/97



County of San Mateo
Planning and Building Division
Ordinance Administration Section

**POST APPROVAL PERMIT PROCESS**

1. This sheet and a copy of the list of conditions of approval should be stapled inside the front cover of the permit file.

2. Note file number and mark appropriate box at bottom of form.

3. Conditions which need not be met prior to the issuance of a building permit should be marked with an asterisk.

4. When each of the other conditions is met, the project planner should write the date and his/her initials to the left of that item on the list.

5. Notes about a condition should be entered in right margin, along with date and initials.

6. File should be stored in file cabinet.

Files Nos.: PLN2000 - 00497

☑ Counter planner may sign building or other permits when all conditions are marked with an asterisk or initialed as complete.

☐ Project planner should be consulted prior to approval of building or other construction permits.

OAS Form #A-117
FRM05809.DOC (7/28/2000)

AR 0117

Sprint
Talin Aghazarian
November 2, 2000
Page 2

3.    That the approval of this cellular telecommunications addition is necessary for the public
      health, safety, convenience or welfare.

## CONDITIONS OF APPROVAL

### Planning Division

1.    This approval applies only to the proposal as described in this report and plans and
      documents submitted to the Planning Division on July 14, 2000. Minor adjustments to
      the project in the course of applying for building permits may be approved by the Planning
      Director if they are consistent with the intent of, and in substantial conformance with this
      approval.

2.    The applicant shall obtain a building permit and develop in accordance with the approved
      plans.

3.    This Use Permit shall be valid for a five-year period and shall expire on November 2, 2005.
      The applicant shall file for a renewal of this permit six months prior to the expiration with
      the County Planning and Building Division, if continuation of this use is desired.

4.    The monopoles, antennas, and fencing shall be painted the same "enviro-green" color as the
      existing Pacific Bell equipment cabinet. A color sample shall be submitted to the Planning
      Counter prior to building permit issuance. The applicant shall include the file/case number
      with all color samples. Color verification by a building inspector shall occur in the field
      after the applicant has painted the equipment an approved color, but before the applicant
      schedules a final inspection.

5.    Construction hours shall be Monday through Friday 7:00 a.m. to 6:00 p.m., Saturday
      9:00 a.m. to 5:00 p.m., and no construction will be allowed on Sundays or national
      holidays.

6.    Noise levels produced by the proposed construction activity shall not exceed 80-dBA level
      at any one moment.

7.    The installation shall be removed in its entirety at that time when this technology becomes
      obsolete or this facility is no longer needed.

8.    The applicant shall submit an erosion control plan which implements best management
      practices to prevent erosion and sedimentation during the entire construction process prior
      to building permit issuance. This plan shall include, but is not limited to (1) installation of
      silt blankets and fiber rolls below all areas of earth clearing, (2) covering of surcharges for

Sprint
Talin Aghazarian
November 2, 2000
Page 3

protection from rain and wind erosion, and (3) replanting all disturbed areas immediately upon completion of construction with indigenous vegetation.

9. During project construction, the applicant shall, pursuant to Section 5022 of the San Mateo County Ordinance Code, minimize the transport and discharge of stormwater runoff from the construction site into storm drain systems and water bodies by:

   a. Disposing of removed soil in a County approved landfill, or by spreading the soil in the immediate vicinity employing the above erosion control techniques at a depth not to exceed 6 inches in height.

   b. Stabilizing all denuded areas and maintaining erosion control measures continuously between October 15 and April 15.

   c. Removing spoils promptly, and avoiding stockpiling of fill materials, when rain is forecast. If rain threatens, stockpiled soils and other materials shall be covered with a tarp or other waterproof material.

   d. Storing, handling, and disposing of construction materials and wastes so as to avoid their entry to the storm drain system or water body.

   e. Avoiding cleaning, fueling or maintaining vehicles on-site, except in an area designated to contain and treat runoff.

   f. The applicant shall revegetate construction areas with native plant materials (trees, shrubs, and/or ground cover) which are compatible with the surrounding vegetation and are suitable to the climate, soil, and ecological characteristics of the area.

**California Department of Forestry**

10. Maintain around and adjacent to such buildings or structures a fuel-break/fire break made by removing and cleaning away flammable vegetation for a minimum distance of 30 feet. Remove that dead or dying portion of any tree which extends over the any structure.

11. All buildings and structures must have an address posted in such a location and in such a manner that it can be easily seen while traveling in both directions on the main road day or night. Numerals shall be contrasting in color to their background and shall be no less than 4 inches in height, and have a minimum stroke of 3/4 inch.

12. All proposed enclosed structures on the site shall be equipped with an approved FM 200 fire protection system or equivalent. Plans and calculations must be submitted to the San

Sprint
Talin Aghazarian
November 2, 2000
Page 4

Mateo County Building Inspection Section for review and approval by the County Fire Department.

13. Access must be provided from the street to the access gate at the proposed site. The access must be provided in such a manner that emergency crews can get emergency medical equipment and fire fighting equipment to the scene.

14. The proposed wood fencing is not desirable in this area because of the fire hazard. A metal fence with slats would be a more desirable solution to protect the facility.

15. A Knox Box is required at the entry gate to allow emergency personnel access to the site in case of an emergency. Contact the County Fire Department at 650/573-3846 for details.

16. A final inspection will be required before the site can be put into use. All project conditions which result in the issuance of a Building Permit will be required to be completed at that time.

17. A more in-depth plan review will be conducted at the time a Building Permit is applied for. This has been a preliminary review and additional conditions may be placed on the project at the Building Permit application stage.

Any interested party aggrieved by the determination of the Zoning Hearing Officer may appeal this decision to the Planning Commission within ten (10) working days from such date of determination. The appeal period for this project will end on **November 16, 2000, at 5:00 p.m.**

Very truly yours,

George Bergman
Zoning Hearing Officer

zhd1102k.3jm

cc:   Public Works Department          Assessor's Office
      Building Inspection              Curtis Brooks
      CDF                             Palomar Park Owners
      City of San Carlos              Alison Plattner
      City of Redwood City

**AR 0120**