

# Vicinity Map

**San Mateo County Planning Commission Meeting**

Owner/Applicant: **Sprint**

File Numbers: **PLN 2000-00497**

ATTACHMENT C

PROJECT PARCEL

AR 0193

# Landscape Site Plan

ATTACHMENT D

**San Mateo County Planning Commission Meeting**

Owner/Applicant: **Sprint**

File Numbers: **PLN 2000-00497**

AR 0194



LARGE TREE PLANTING — N.T.S. 1

TRENCHES — N.T.S. 3

EMITTERS — N.T.S. 4

LEGEND — N.T.S. 2

| NUMBER | NAME |
| --- | --- |
| SIZE | COMMON NAME |

AR 0195

## San Mateo County Planning Commission Meeting

Owner/Applicant: **Sprint**

File Numbers: **PLN 2000-00497**

Attachment:



## Southwest Elevation

## Northwest Elevation

## San Mateo County Planning Commission Meeting

Owner/Applicant: **Sprint**

File Numbers:     **PLN 2000-00497**

Attachment:

**AR 0196**



**Northeast Elevation**

**Southeast Elevation**

**San Mateo County Planning Commission Meeting**

Owner/Applicant: **Sprint**

Attachment:

File Numbers: **PLN 2000-00497**

AR 0197

031



# Enlarged Site Plan

Attachment:

## San Mateo County Planning Commission Meeting

Owner/Applicant: Sprint

File Numbers:    PLN 2000-00497



San Mateo County Planning Commission Meeting

Attachment: _____

Applicant: _____

File Numbers: _____

AR 0199



San Mateo County Planning Commission Meeting

Applicant:

File Numbers:

Attachment:

AR 0200

034



**Sprint**
Sprint PCS®

4683 CHABOT DRIVE, SUITE 100
PLEASANTON, CA 94588

PROJECT INFORMATION:

PALOMAR PARK
SF33XC598B
17X75 PALOMAR DRIVE,
REDWOOD CITY, CA 94062

CURRENT ISSUE DATE: 9/29/00

ISSUED FOR:
ZONING

| | | |
|---|---|---|
| △ | 9/29/00 | REVISION | PD |
| △ | 8/11/00 | REVISION | PD |
| △ | 7/13/00 | REVISION | PD |
| △ | 7/10/00 | CLIENT SUBMITTAL | PD |

PLANS PREPARED BY:
ALYVAR ARCHITECTS, INC.

DRAWN BY: PD
CHECKED BY: LA

SHEET TITLE
NORTHEAST ELEVATION
SOUTHEAST ELEVATION

SHEET NUMBER: A4

REVISION: 3

5968

Attachment:

NORTHEAST ELEVATION

SCALE 1

SOUTHEAST ELEVATION

SCALE 2

San Mateo County Planning Commission Meeting

Applicant:

File Numbers:

AR 0201

plh2000-00497.cdr 10/12/00 ss

mxf/rm:tbcs.orig

**ATTACHMENT E**

COUNTY OF SAN MATEO
ENVIRONMENTAL SERVICES AGENCY
PLANNING AND BUILDING DIVISION

**PROJECT FILE**

**DATE**: December 7, 2006

**TO:**      Zoning Hearing Officer

**FROM:**    Jennifer Cutler, Contract Planner, MHA Environmental Consulting, Inc.

**SUBJECT:** Consideration of a Use Permit renewal, pursuant to Section 6500 of the County Zoning Regulations, to allow the continued operation of a cellular communications facility consisting of two 13-foot-tall monopoles and one equipment enclosure measuring 18 feet by 15 feet located in the rear yard of the residential property located at 1175 Palomar Drive in the unincorporated Palomar Park area of San Mateo County.

County File Number:  PLN 2000-00497 (Sprint/Nextel)

## PROPOSAL

The applicant is proposing to renew their use permit for an existing wireless communications facility in the rear yard of an existing single-family home at 1175 Palomar Drive. The system consists of two monopoles and one equipment cabinet enclosure. The cellular antennas are attached to the 13-foot tall monopoles located on the southeast and northwest sides of the parcel. The equipment cabinet is located in the rear portion of the yard, adjacent to an existing T-Mobile cellular facility. The total area of the cabinet enclosure is 270 square feet, and is surrounded by a 6-foot high metal fence with green plastic slats.

## RECOMMENDATION

Approve the use permit renewal, County File No. PLN 2000-00497, by making the required findings and adopting the conditions of approval in Attachment A.

## BACKGROUND

Report Prepared By:  Jennifer Cutler, Contract Planner, MHA Environmental Consulting, Inc., Telephone 650/373-1200

Report Reviewed By:  Mike Schaller, Senior Planner; Telephone 650/363-1849

Applicant:  Sprint Spectrum L.P.

035

Owner: Curtis Brooks

Location: 1175 Palomar Drive

APN: 051-416-040

Size: 22,858 sq. ft.

Existing Zoning: R-1/S-101 (Single-Family Residential/Palomar Park)

General Plan Designation: Low Density Residential (0.3 – 2.3 dwelling units per net acre)

Existing Land Use: Single-family home and other wireless communications facilities

Flood Zone: Zone C (Area of Minimal Flooding); Community Panel No. 060311-0250B, Effective Date: July 5, 1984

Environmental Evaluation: Categorically exempt pursuant to Section 15301, Class 1 (Continued Operations of an Existing Utility).

Setting: The project site is located on the west side of the street and is accessible from Palomar Drive. The site is improved with a one-story, single-family home and an existing T-Mobile cellular facility. The surrounding uses are single-family homes. The site is visible from Edgewood Road at Crestview but the antennae and equipment compounds are masked by existing Monterey pine and similar trees located behind the existing facilities.

Proposed Development in the Vicinity:

1.  Verizon is proposing to co-locate three (3) antennas and associated equipment cabinets in the rear yard of 1175 Palomar Drive adjacent to the existing Sprint facilities. The proposed facility consists of installing a total of three (3) steel poles and flush-mounting one (1) duel band antenna to each pole. Two (2) poles would be 17 feet in height. The third pole would be 25 feet in height. The third pole would replace an existing pole owned by Sprint that is currently located several feet outside of the east side property line of the project site. The new third pole would be located so that it is in compliance with the County's regulations, and would support antennas for both Sprint and Verizon. The associated equipment cabinets would be located near the existing equipment compounds of the other existing carriers on the site in a lease area measuring 15.5 feet by 15.17 feet.

2.  MetroPCS is proposing to co-locate three (3) antennas and associated equipment cabinets in the rear yard of 1175 Palomar Drive adjacent to the existing Sprint facilities. The proposed facility consists of installing an equipment pad surrounded by a six-foot high fence and a total of three (3) ground-mounted antennae. The antennae would be centered at 13 feet above ground level on two poles, with a maximum height of 15 feet.

036

AR 0203

DISCUSSION

A.    COMPLIANCE WITH CONDITIONS OF THE LAST APPROVAL

The conditions from the approval of the use permit in 2000 are assessed below with regard to compliance, and whether the conditions should either be retained or revised.  Staff recommends that some conditions, as indicated, be removed in instances where the condition: (1) has been complied with, and/or (2) is no longer deemed feasible or necessary.

Planning Division

1.    *This approval applies only to the proposal as described in this report and plans and documents submitted to the Planning Division on July 14, 2000.  Minor adjustments to the project in the course of applying for building permits may be approved by the Planning Director if they are consistent with the intent of and in substantial conformance with this approval.*

      *Compliance with Condition?* No.  One of the two antennae poles is located approximately 4 feet from the planned location and is outside the property line and the applicant has not implemented the landscape plan approved as part of this cell site's building permit on May 14, 2004 (Attachment E).

      *Recommend to Retain Condition?* Yes.  The incorrectly located antennae will be relocated such that the project is in compliance.  Verizon has proposed to relocate Sprint's existing antennae to Verizon's new pole within the property line and remove Sprint's non-compliant pole, pending approval of their project (PLN 2005-00306).  In addition, staff is recommending a condition of approval on the Verizon application which requires implementation of the previously approved landscape plan, prior to final approval of Verizon's building permit.

2.    *The applicant shall obtain a building permit and develop in accordance with the approved plans.*

      *Compliance with Condition?* Yes.  A building permit was issued and finalized for the cell facility.

      *Recommend to Retain Condition?* No.  The facilities have already been constructed, and this condition is no longer necessary.

3.    *This Use Permit shall be valid for a five-year period and shall expire on November 2, 2005.  The applicant shall file for a renewal of this permit six months prior to the expiration with the County Planning and Building Division, if continuation of this use is desired.*

037

**AR 0204**

*Compliance with Condition?* No. The renewal application was only submitted on February 23, 2006, after a third and final renewal notice was sent extending the deadline to February 27, 2006.

*Recommend to Retain Condition?* Yes, but modified to:

> This Use Permit shall be valid for a five-year period and shall expire on December 7, 2011. The applicant shall file for a renewal of this permit six months prior to the expiration with the County Planning and Building Division, if continuation of this use is desired. Any modifications to this facility will require a use permit amendment. If an amendment is requested, the applicant shall submit the necessary documents and fees for consideration at a public hearing.

4.  *The monopoles, antennas, and fencing shall be painted the same "enviro-green" color as the existing Pacific Bell equipment cabinet. A color sample shall be submitted to the Planning Counter prior to building permit issuance. The applicant shall include file/case number with all color samples. Color verification by a building inspector shall occur in the field after the applicant has painted the equipment an approved color, but before the applicant schedules a final inspection.*

*Compliance with Condition?* Yes. The monopoles are the same color as the existing T-Mobile (previously Pacific Bell) enclosure but both seem to have faded.

*Recommend to Retain Condition?* Yes, but modified to: *The monopoles and antennas shall be repainted in the originally approved and painted color, "enviro-green." Metal fencing with green plastic slats shall be maintained in good condition. Any proposed change to the color shall be reviewed and approved by the Planning Division prior to painting. Any new color proposed shall blend with the character of the site and the vegetation in the vicinity.*

5.  *Construction hours shall be Monday through Friday 7:00 a.m. to 6:00 p.m., Saturday 9:00 a.m. to 5:00 p.m., and no construction will be allowed on Sundays or national holidays.*

*Compliance with Condition?* Yes.

*Recommend to Retain Condition?* No. The facilities have already been constructed, and this condition is no longer necessary.

6.  *Noise levels produced by the proposed construction activity shall not exceed 80-dBA level at any one moment.*

*Compliance with Condition?* Yes.

038

**AR 0205**

*Recommend to Retain Condition?* No. The facilities have already been constructed, and this condition is no longer necessary.

7.  *The installation shall be removed in its entirety at that time when this technology becomes obsolete or this facility is no longer needed.*

    *Compliance with Condition?* Yes. The installation has not been removed since technology is not yet obsolete and the facility is still needed.

    *Recommend to Retain Condition?* Yes.

8.  *The applicant shall submit an erosion control plan which implements best management practices to prevent erosion and sedimentation during the entire construction process prior to building permit issuance. The plan shall include, but is not limited to (1) installation of silt blankets and fiber rolls below all areas of earth clearing, (2) covering of surcharges for protection from rain and wind erosion, and (3) replanting all disturbed areas immediately upon completion of construction with indigenous vegetation.*

    *Compliance with Condition?* Yes. This was confirmed as having been met when the initial building permit for the facility was finalized.

    *Recommend to Retain Condition?* No. The facilities have already been constructed, and this condition is no longer necessary.

9.  *During project construction, the applicant shall, pursuant to Section 5022 of the San Mateo County Ordinance Code, minimize the transport and discharge of storm water runoff from the construction site into storm drain systems and water bodies by:*

    a.  *Disposing of removed soil in a County approved landfill, or by spreading the soil in the immediate vicinity employing the above erosion control techniques at a depth not to exceed 6 inches in height.*

    b.  *Stabilizing all denuded areas and maintaining erosion control measures continuously between October 15 and April 15.*

    c.  *Removing spoils promptly and avoiding stockpiling of fill materials, when rain is forecast. If rain threatens, stockpiled soils and other materials shall be covered with a tarp or other waterproof material.*

    d.  *Storing, handling, and disposing of construction materials and wastes so as to avoid their entry to the storm drain system or water body.*

    e.  *Avoid cleaning, fueling or maintaining vehicles on-site, except in an area designated to contain and treat runoff.*

- 5 -

f.   *The applicant shall revegetate construction areas with native plant materials (trees, shrubs, and/or ground cover) which are compatible with the surrounding vegetation and are suitable to the climate, soil, and ecological characteristics of the area.*

*Compliance with Condition?*  Yes.  This was confirmed as having been met when the initial building permit was finalized.

*Recommend to Retain Condition?*  No.  The facilities have already been constructed, and this condition is no longer necessary.

California Department of Forestry

10.  *Maintain around and adjacent to such buildings or structures a fuel-break/fire break made by removing and cleaning away flammable vegetation for a minimum distance of 30 feet.  Remove that dead or dying portion of any tree which extends over the any structure.*

*Compliance with Condition?*  Yes.

*Recommend to Retain Condition?*  Yes.

11.  *All buildings and structures must have an address posted in such a location and in such a manner that it can be easily seen while traveling in both directions on the main road day or night.  Numerals shall be contrasting in color to their background and shall be no less than 4 inches in height, and have a minimum stroke of 3/4-inch.*

*Compliance with Condition?*  Yes.

*Recommend to Retain Condition?*  Yes.

12.  *All proposed enclosed structures on the site shall be equipped with an approved FM 200 fire protection system or equivalent.  Plans and calculations must be submitted to the San Mateo County Building Inspection Section for review and approval by the County Fire Department.*

*Compliance with Condition?*  Yes.

*Recommend to Retain Condition?*  Yes, but modified to:

All proposed enclosed structures on the site shall be equipped with an approved FM 200 fire protection system or equivalent which shall be maintained for the duration of the use permit.

**AR 0207**      040

13. *Access must be provided from the street to the access gate at the proposed site. The access must be provided in such a manner that emergency crews can get emergency medical equipment and fire fighting equipment to the scene.*

*Compliance with Condition?* Yes. This condition was met at the time of initial building permit for the facility was finalized and was confirmed by a site visit on September 22, 2006.

*Recommend to Retain Condition?* Yes.

14. *The proposed wood fencing is not desirable in this area because of the fire hazard. A metal fence with slats would be more desirable solution to protect the facility.*

*Compliance with Condition?* Yes. This was confirmed as having been met when the initial building permit for the facility was finalized and was confirmed by a site visit on September 22, 2006.

*Recommend to Retain Condition?* No. The facilities have already been constructed, and this condition is no longer necessary.

15. *A Knox Box is required at the entry gate to allow emergency personnel access to the site in case of an emergency. Contact the County Fire Department at 650/573-3846 for details.*

*Compliance with Condition?* Yes. No entry gate prevents entrance to the property. The site is open and accessible at all times.

*Recommend to Retain Condition?* Yes, but modify to:

> The project site shall remain accessible at all times. If an entry gate is installed then a Knox Box is required at the entry gate to allow emergency personnel access to the site in case of an emergency. Contact the County Fire Department at 650/573-3846 for details.

16. *A final inspection will be required before the site can be put into use. All project conditions which result in the issuance of a Building Permit will be required to be completed at that time.*

*Compliance with Condition?* Yes. This was confirmed as having been met when the initial building permit for the facility was finalized.

*Recommend to Retain Condition?* No. The facilities have already been constructed, and this condition is no longer necessary.

**AR 0208**

17. *A more in-depth plan review will be conducted at the time a Building Permit is applied for. This has been a preliminary review and additional conditions may be placed on the project at the building permit application stage.*

*Compliance with Condition?* Yes. This was confirmed as having been met when the initial building permit for the facility was finalized.

*Recommend to Retain Condition?* No. The facilities have already been constructed, and this condition is no longer necessary.

B.  CONFORMANCE WITH USE PERMIT FINDINGS

In order to continue the operation of this facility, the following use permit findings are necessary:

1.  **Find that the establishment, maintenance and/or conducting of the use will not, under the circumstances of the particular case, be detrimental to the public welfare or injurious to property or improvements in said neighborhood.**

The impacts from the continued operation of this facility, subject to the recommended conditions of approval, would be minimal. County staff has received no complaints regarding interference with household appliances or communications equipment resulting from the antennas.

Recent radio frequency (RF) reports submitted by Verizon and MetroPCS as part of their proposals for facilities on the site analyze the cumulative RF emissions for all existing and proposed facilities at the property. The updated RF measurements showed that current RF levels are at 13% of the applicable public exposure limits.

Because the facility is unmanned and only requires periodic service visits, continued operation of the facility should not generate additional traffic, noise, or intensity of use of the property.

2.  **Find that the use is necessary for the public health, safety, convenience, or welfare.**

The use is for telecommunication services. The FCC has established the desirability and need for wireless communications facilities to enable communication between mobile units and the existing wire-dependent telephone system. This facility contributes to an enhanced wireless network for increased clarity, range, and system capacity, and therefore, is a benefit to both public and private users. The wireless network is considered necessary for public health, safety, convenience, and welfare. Staff believes no adverse effects to public health and safety would result from the continued operation of this facility.

- 8 -

**AR 0209**

042

C.    ENVIRONMENTAL REVIEW

The proposed renewal is categorically exempt from the California Environmental Quality Act (CEQA) under Section 15301 (Class 1), Subsection (b):  existing facilities of both investor and publicly owned utilities used to provide electric power, natural gas, sewerage, or other public utility services.

## ATTACHMENTS

A.    Recommended Findings and Conditions of Approval
B.    Location and Vicinity Map
C.    Site Plan
D.    Elevations
E.    Landscape Plans

MHA/MJS:cdn – MHAQ1433_WCU.DOC

County of San Mateo
Environmental Services Agency
Planning and Building Division

## RECOMMENDED FINDINGS AND CONDITIONS OF APPROVAL

Permit or Project File Number:  PLN 2000-00497          Hearing Date:  December 7, 2006

Prepared By: Jennifer Cutler, Contract Planner      For Adoption By: Zoning Hearing Officer
          MHA Environmental Consulting, Inc.

## RECOMMENDED FINDINGS

For the Environmental Review, Find:

1.    That the proposed renewal is categorically exempt from the California Environmental
     Quality Act (CEQA) under Section 15301 (Class 1), Subsection (b):  existing facilities
     of both investor and publicly owned utilities used to provide electric power, natural gas,
     sewerage, or other public utility services.

For the Use Permit, Find:

2.    That the establishment, maintenance and/or conducting of the proposed use will not, under
     the circumstances of the particular case, be detrimental to the public welfare or injurious to
     property or improvements in said neighborhood.  Since this cellular facility was completed
     in 2001, staff has not received any complaints regarding its operation or maintenance
     activities associated with it.

3.    That the approval of this wireless telecommunications facility is necessary for the public
     health, safety, convenience or welfare.  This facility contributes to an enhanced wireless
     network for increased clarity, range, and system capacity, and therefore, is a benefit to both
     public and private users.

## RECOMMENDED CONDITIONS OF APPROVAL

Planning Division

1.    This approval applies only to the proposal as described in this report and plans and
     documents submitted to the Planning Division on July 14, 2000, and will require the
     relocation of the monopole and antennae located just south of the property line to either
     the proposed Verizon monopole, pending approval, or a new monopole located where
     indicated on the original plans (Attachment C).  Minor adjustments to the project in the

- 10 -

course of applying for building permits may be approved by the Community Development Director if they are consistent with the intent of and in substantial conformance with this approval.

2.   This Use Permit shall be valid for a five-year period and shall expire on December 7, 2011. The applicant shall file for a renewal of this permit six months prior to the expiration with the County Planning and Building Division, if continuation of this use is desired. Any modifications to this facility will require a use permit amendment. If an amendment is requested, the applicant shall submit the necessary documents and fees for consideration at a public hearing.

3.   The monopoles and antennas shall be repainted and maintained in the originally approved color: "enviro-green." Metal fencing with green plastic slats shall be maintained in good condition. Any proposed change to the color shall be reviewed and approved by the Planning Division prior to painting. Any new color proposed shall blend with the character of the site and the vegetation in the vicinity.

4.   The installation shall be removed in its entirety at that time when this technology becomes obsolete or this facility is no longer needed.

5.   The landscape and irrigation plan dated April 20, 2004 and received by the County on April 29, 2004 (Attachment E), shall be installed and verified by Planning staff within three months of the renewal of this use permit. In addition, there will be administrative reviews one year and three years after the December 7, 2006 approval for compliance with this condition. Failure at the time of any administrative reviews of this condition will require a public hearing with the Zoning Hearing Officer at the County's earliest opportunity. The applicant shall maintain the landscaping for the duration that their facilities are located on the site and replace any dead plant material immediately.

California Department of Forestry

6.   Maintain around and adjacent to such buildings or structures a fuel-break/fire break made by removing and cleaning away flammable vegetation for a minimum distance of 30 feet. Remove that dead or dying portion of any tree that extends over the any structure.

7.   All buildings and structures must have an address posted in such a location and in such a manner that it can be easily seen while traveling in both directions on the main road day or night. Numerals shall be contrasting in color to their background and shall be no less than 4-inches in height, and have a minimum stroke of 3/4-inch.

8.   All proposed enclosed structures on the site shall be equipped with an approved FM 200 fire protection system or equivalent which shall be maintained for the duration of the use permit.

**AR 0212**          045

9.  Access must be provided from the street to the access gate at the proposed site. The access must be provided in such a manner that emergency crews can get emergency medical equipment and fire fighting equipment to the scene.

10. The project site shall remain accessible at all times. If an entry gate is installed then a Knox Box is required at the entry gate to allow emergency personnel access to the site in case of an emergency. Contact the County Fire Department at 650/573-3846 for details.

11. This approval applies only to the proposal, documents, and plans described in this report and submitted to and approved by the Zoning Hearing Officer on July 14, 2000, and to the documents and plans associated with the use permit renewal approved by the Zoning Hearing Officer on December 7, 2006.

Building Inspection Section

12. The new monopole (either relocated per original plans or proposed by Verizon) will require a building permit prior to commencement of construction.

MHA/MJS:cdn – MHAQ1433_WCU.DOC



# Vicinity Map

**San Mateo County Zoning Hearing Officer's Meeting**

Owner/Applicant: **Sprint**

File Numbers: **PLN 2000-00497**

Attachment: **B**

PROJECT PARCEL

TAX CODE AREA

51-41



# Enlarged Site Plan

Attachment: C

## San Mateo County Zoning Hearing Officer's Meeting

Owner/Applicant: **Sprint**

File Numbers: **PLN 2000-00497**

048

AR 0215



**Southwest Elevation**

**Northwest Elevation**

San Mateo County Zoning Hearing Officer's Meeting

Owner/Applicant: Sprint

File Numbers:    PLN 2000-00497

Attachment:    D

AR 0216



## Northeast Elevation

## Southeast Elevation

050

Attachment: D

# San Mateo County Zoning Hearing Officer's Meeting

Owner/Applicant: Sprint

File Numbers: **PLN 2000-00497**

**AR 0217**



# Landscape Site Plan

Attachment: E

## San Mateo County Zoning Hearing Officer's Meeting

Owner/Applicant: **Sprint**

File Numbers: **PLN 2000-00497**



TRENCHES

**3** N.T.S.

SEPARATION REQUIREMENTS:
12" FROM PVC LATERAL LINES
6" FROM OTHER SERVICE LINES

PAVED SURFACE

FINISH GRADE

WARNING TAPE LABELED "IRRIGATION"
IN 2" LETTERING @ 35" O.C.

PVC LATERAL LINE PER
PLAN ADJACENT LINE

2" SCH. 40 PVC SLEEVE

PVC LATERAL PER PLAN

PER TABLE

EMITTERS

**4** N.T.S.

RAINBIRD SX0-360-SPFC FULL CIRCLE, B
STREAMS, 5" SPIKE, TYP.

RAINBIRD TUBING STAKE @ 5'-0" O.C.

RAINBIRD 1/4" THICK-WALLED TUBING
XERI-TUBE-700 PER PLAN

MARLEX REDUCERS, AS REQUIRED, TYP.

MARLEX COUPLINGS, TYP.

PVC LATERAL PER PLAN
DEPTH AS PER DETAIL 3

LARGE TREE PLANTING

**1** N.T.S.

LODGEPOLE PINE TREE STAKE
(STAKE ONLY THOSE TREES THAT
ARE NOT SELF-SUPPORTING)

BACKFILL W/ 2/3 VOLUME OF (O
SOIL,1/3 VOLUME OF NITRIFIED
SAWDUST AMENDMENT OR
APPROVED EQUAL, ADD TWO "BEST
FERTILIZER PLANT PAKS"

BASIN (TO BE REMOVED
PRIOR TO END OF MAINTENANCE
PERIOD)

FINISHED GRADE

RUBBER CINCH TIE

CROWN TO BE 1 1/2"
ABOVE FINISH GRADE

SLOPE

ROOTBALL

UNDISTURBED SOIL

2X ROOTBALL DIA.

DEPTH
ROOTBALL

SCARIFY SURFACE IF
GLAZED

LEGEND

**2** N.T.S.

| NUMBER | NAME | COMMON NAME |
|--------|------|-------------|
| | SIZE | |

# San Mateo County Zoning Hearing Officer's Meeting

Owner/Applicant: **Sprint**          Attachment: E

File Numbers:  **PLN 2000-00497**

AR 0219

ATTACHMENT F

# COUNTY OF SAN MATEO
## PLANNING AND BUILDING DEPARTMENT

**DATE:** January 4, 2007

**TO:**        Zoning Hearing Officer

**FROM:**      Jennifer Cutler, Contract Planner, MHA Environmental Consulting, Inc.

**SUBJECT:**   *Staff Report Addendum: Response to request for additional information for Item No. 7* - Consideration of a Use Permit renewal, pursuant to Section 6500 of the County Zoning Regulations, to allow the continued operation of a cellular communications facility consisting of two 13-foot tall monopoles and one equipment enclosure measuring 18 feet by 15 feet located in the rear yard of the residential property located at 1175 Palomar Drive in the unincorporated Palomar Park area of San Mateo County.

County File Number: PLN 2000-00497 (Sprint/Nextel)

## PROPOSAL

The applicant is proposing to renew their use permit for an existing wireless communications facility in the rear yard of an existing single-family home at 1175 Palomar Drive. The system consists of two monopoles and one equipment cabinet enclosure. The cellular antennas are attached to the 13-foot tall monopoles located on the southeast and northwest sides of the parcel. The equipment cabinet is located in the rear portion of the yard, adjacent to an existing T-Mobile cellular facility. The total area of the cabinet enclosure is 270 sq. ft., and is surrounded by a 6-foot high metal fence with green plastic slats.

## RECOMMENDATION

Approve the use permit renewal, County File No. PLN 2000-00497, by making the required findings and adopting the conditions of approval in Attachment A.

## DISCUSSION

A.   PROCEEDINGS OF THE ZONING HEARING OFFICER MEETING HELD ON DECEMBER 7, 2006

On December 7, 2006, the Zoning Hearing Officer considered the project and requested a continuance to January 4, 2007, in order to allow time for the applicant to install the previously approved landscaping. The Zoning Hearing Officer also requested that staff further investigate the following items:

**AR 0220**

1.  *Verify the installation of the approved landscaping plan that was previously required.*

2.  *Revise the recommended conditions so that they stand alone and are not tied to or dependent upon any other proposal for this site.*

3.  *Reevaluate the visual impact and other neighborhood compatibility issues relevant to the existing operation and recommend any new or revised conditions as necessary.*

4.  *Identify the appropriate zoning setback requirement for the antenna pole to be relocated.*

5.  *Provide original approval letter and original staff report from the initial (2000) use permit approval.*

B.  <u>RESEARCH AND RESPONSE TO QUESTIONS RAISED BY THE ZONING HEARING OFFICER</u>

Staff has been able to further investigate the specific items listed by the Zoning Hearing Officer and staff's responses are as follows:

1.  *Verify the installation of the approved landscaping plan that was previously required.*

    The landscape plan dated April 20, 2004, was implemented between December 23, 2006 and January 1, 2007 and verified by staff on January 2, 2007. This landscape plan was not part of the original use permit, but was proposed and approved subsequent to the original installment of the Sprint cellular facilities due to a request from the public for additional screening of the facilities.

    The April 20, 2004 landscaping plan included the planting and irrigation for fifteen (15) trees, including ten (10) Dawn Redwood (metasequoia glyptos) and five (5) Post Oak (quercus stellata). Both of these tree species are deciduous, and therefore shed their leaves in the winter, and because of this, they are not available at this time of year. Therefore, Sprint proposed two substitutions: replace the Dawn Redwood with Redwood Soquel (sequoia semperviens) and replace Post Oak with Coast Live Oak (quercus virginiana). Both of these trees are evergreen. The replacement trees are of equivalent height and massing as those originally proposed, and the substitution was agreed to by staff on December 21, 2006. Staff visited the site and confirmed the installation of the proposed landscaping plan, including 15 trees and corresponding irrigation system, on January 2, 2007.

2.  *Revise the recommended conditions so that they stand alone and are not tied to or dependent upon any other proposal for this site.*

- 2 -

**AR 0221**                                          054

Conditions of Approval 1 and 12 have been revised to not include any reference to other proposed projects on the site. At the request of attendees of the December 7 meeting, staff also clarified the Department of Forestry's firebreak requirement, included as Condition of Approval 6. The requirement for the clearing of all flammable vegetation within 30 feet of any structure only includes flammable brush (i.e., manzanita), grass higher than 6 inches, dying vegetation, accumulated leaves and needles, and tree branches that rest on the ground. This requirement would not require the removal of any of the existing healthy trees or vegetation. This requirement is based on a recent State law effective January 2005.

3.   *Reevaluate the visual impact and other neighborhood compatibility issues relevant to the existing operation and recommend any new or revised conditions as necessary.*

The existing 13-foot pole located adjacent to the southeast property line is visually intrusive to the adjacent property owner due to its existing location one foot over the property line as well as the lack of screening. Staff recommends that one of two options be allowed to bring the location of the pole back into compliance and reduce the visual impact to the adjacent residential property.

(a)   If the existing 13-foot pole is relocated to the location shown in the original plans, i.e., 3 feet from the property line, additional landscaping would be recommended by staff to screen the antennas from view of the adjacent residential property. A minimum 3-foot setback is allowed for this pole as it is considered an accessory structure.

(b)   If the existing 13-foot pole is relocated, as discussed at the December 7, 2006, Zoning Hearing Officer's meeting, to a position that is 10 feet from the property line where an existing tree would screen it from view, staff would recommend no additional landscaping. A 10-foot setback provides the same buffer that would be required for the construction of a new residential structure on the property.

4.   *Identify the appropriate zoning setback requirement for the antenna pole to be relocated.*

The zoning setback requirement for primary residential structures in the R-1/S-101 zoning district is 10 feet for side yards, 20 feet for rear yards, and 20 feet for front yards. The cellular antennas and pole included in this project are considered by the County to be accessory structures and therefore could be located as close as 3 feet to the side and rear property lines. The proposal in 2000 included one 13-foot antenna located 3 feet from the southeast (left side) property line. The actual pole was instead located 4 feet from the proposed location, one foot onto the adjoining property.

5.   *Provide original approval letter and original staff report from the initial (2000) use permit approval.*

- 3 -

**AR 0222**          055

The original staff report and approval letter are included in the addendum staff report as Attachment C.

## ATTACHMENTS

A.    Revised Recommended Findings and Conditions of Approval
B.    Staff Report Dated December 7, 2006
C.    Staff Report and Approval Letter Dated November 2, 2000


MHA:MJS:fc – MHAR0030_WFU.DOC

AR 0223

County of San Mateo
Planning and Building Department

## RECOMMENDED FINDINGS AND CONDITIONS OF APPROVAL

Permit or Project File Number: PLN 2000-00497          Hearing Date: January 4, 2007

Prepared By:  Jennifer Cutler, Contract Planner          For Adoption By:  Zoning Hearing Officer
MHA Environmental Consulting, Inc.

## RECOMMENDED FINDINGS

### For the Environmental Review, Find:

1.    That the proposed renewal is categorically exempt from the California Environmental
Quality Act (CEQA) under Section 15301 (Class 1), Subsection (b):  existing facilities of
both investor and publicly owned utilities used to provide electric power, natural gas,
sewerage, or other public utility services.

### For the Use Permit, Find:

2.    That the establishment, maintenance and/or conducting of the proposed use will not, under
the circumstances of the particular case, be detrimental to the public welfare or injurious to
property or improvements in said neighborhood.  Since this cellular facility was completed
in 2001, staff has not received any complaints regarding its operation or maintenance
activities associated with it.

3.    That the approval of this wireless telecommunications facility is necessary for the public
health, safety, convenience or welfare.  This facility contributes to an enhanced wireless
network for increased clarity, range, and system capacity, and therefore, is a benefit to both
public and private users.

## RECOMMENDED CONDITIONS OF APPROVAL

### Planning Department

1.    This approval applies only to the proposal as described in this report and plans and
documents submitted to the Planning Department on July 14, 2000, and will require the
relocation of the monopole and antennas located just south of the property line to a new
monopole located at least 10 feet from the side property line.  Minor adjustments to the
project in the course of applying for building permits may be approved by the Community

- 5 -

057

AR 0224

Development Director if they are consistent with the intent of and in substantial conformance with this approval.

2. This use permit shall be valid for a five-year period and shall expire on January 4, 2012. The applicant shall file for a renewal of this permit six months prior to the expiration with the County Planning and Building Department, if continuation of this use is desired. Any modifications to this facility will require a use permit amendment. If an amendment is requested, the applicant shall submit the necessary documents and fees for consideration at a public hearing.

3. The monopoles and antennas shall be repainted and maintained in the originally approved color: "enviro-green." Metal fencing with green plastic slats shall be maintained in good condition. Any proposed change to the color shall be reviewed and approved by the Planning Department prior to painting. Any new color proposed shall blend with the character of the site and the vegetation in the vicinity.

4. The installation shall be removed in its entirety at that time when this technology becomes obsolete or this facility is no longer needed.

5. The landscape and irrigation plan dated April 20, 2004 and received by the County on April 29, 2004 (Attachment E), and as modified with the approval of Planning staff, shall be installed and verified by Planning staff within three months of the renewal of this use permit. In addition, there will be administrative reviews one year and three years after the January 4, 2007 approval for compliance with this condition. Failure at the time of any administrative reviews of this condition will require a public hearing with the Zoning Hearing Officer at the County's earliest opportunity. The applicant shall maintain the landscaping for the duration that the facilities are located on the site and replace any dead plant material immediately.

California Department of Forestry

6. Maintain around and adjacent to such buildings or structures a fuelbreak/firebreak made by removing and clearing away flammable vegetation for a minimum distance of 30 feet. Remove that dead or dying portion of any tree that extends over the any structure.

7. All buildings and structures must have an address posted in such a location and in such a manner that it can be easily seen while traveling in both directions on the main road day or night. Numerals shall be contrasting in color to their background and shall be no less than 4-inches in height, and have a minimum stroke of 3/4-inch.

8. All proposed enclosed structures on the site shall be equipped with an approved FM 200 fire protection system or equivalent which shall be maintained for the duration of the use permit.

058

**AR 0225**

9. Access must be provided from the street to the access gate at the proposed site. The access must be provided in such a manner that emergency crews can get emergency medical equipment and fire fighting equipment to the scene.

10. The project site shall remain accessible at all times. If an entry gate is installed, then a Knox Box is required at the entry gate to allow emergency personnel access to the site in case of an emergency. Contact the County Fire Department at 650/573-3846 for details.

11. This approval applies only to the proposal, documents, and plans described in this report and submitted to and approved by the Zoning Hearing Officer on July 14, 2000, and to the documents and plans associated with the use permit renewal approved by the Zoning Hearing Officer on January 4, 2007.

<u>Building Inspection Section</u>

12. The new monopole will require a building permit prior to commencement of construction.

MHA:MJS:fc – MHAR0030_WFU.DOC

059

**AR 0226**

Silver wants the other

2 companies to co-operate

on a Master Plan.

Continued to next meeting 6/13/07

Capture the wording changes for findings

? Any guidance from BOS regarding Master Plans

6/13/07

Teare : Nothing in wording that finding of necessity.

Carrol Cochran : claims the County told two Sprint to
wait until the UP renewal was approved
not an SFPUC easement

Slocum — motion for Master Plan —
he exact wording and spoke it for Finding 2.

AR 0227

County of San Mateo
Environmental Services Agency
Planning and Building Division

Facsimile Transmittal

---

To:      Miruni  Soosaipillai

Fax:     363-4038

From:    Olivia Sun, 363-1852

Re:      **REDACTED**

Date:    March 4, 2003

Pages:   *8* , following this cover sheet

Dear Miruni,

**REDACTED**

Planning & Building Division
455 County Center, 2nd Floor
Redwood City, CA 94063

**AR  0228**

First American Title

| To Rosie Stevens | From Milan Hamrick |
| Co. | Co. |
| Dept. | Phone (650) 569-2547 |
| Fax (650) 341-6745 | Fax (650) 364-3015 |

WHEN RECORDED MAIL TO:
Curtis L. Brooks
1175 Palomar Dr.
Redwood City, Calif.

**GRANT OF EASEMENT**

AGREEMENT, this _18_ day of _August_, 1981,

between   Lloyd D. and Mary E. Finnegan

hereinafter referred to as Grantors, and _____

Curtis L. and Ethel Brooks

hereinafter referred to as Grantees.

WITNESSETH:

WHEREAS, Grantors are owners of certain real property
herein referred to as the SERVIENT TENEMENT and described in
EXHIBIT A, and

WHEREAS, Grantees are the buyers from the Grantors,
and will at the time of the recordation of this document be the
owners of that certain real property herein referred to as the
DOMINANT TENEMENT and described in EXHIBIT B, and

WHEREAS, Grantors and Grantees desire to effect an
easement for light, air and view in favor of the DOMINANT TENEMENT
and to be located on the SERVIENT TENEMENT.

THEREFORE, IT IS AGREED:

    (1)    For valuable consideration Grantors hereby
grant to Grantees the easement herein described to be located
on the SERVIENT TENEMENT.

    (2)    The easement granted herein is appurtenant
to the DOMINANT TENEMENT and shall run with the land.

    (3)    The easement shall be on and over that strip

-1-

AARONSON, DICKERSON & LANYONE
A PROFESSIONAL CORPORATION
1954 LA APE STREET
SAN CARLOS, CALIFORNIA
TELEPHONE 594-3117

RECORDER'S OFFICE SAN MATEO COUNTY

AR 0229

of land on the Northwesterly property line, being the property
line between the SERVIENT and the DOMINANT TENEMENTS, and shall
extend parallel to the said common property line for a width
of 35 feet.

(4)    The easement shall be to protect the light,
air and view of the DOMINANT TENEMENT over the SERVIENT
TENEMENT, and to assure this, the use of the said 35 ft. wide
easement strip by the SERVIENT TENEMENT shall be limited as
follows: There shall not be constructed or built or maintained
therein any building, structure or fence, nor any tree or
shrub or other plant or vegetation grown on or maintained therein
such that its height exceeds the level of the DOMINANT TENEMENT
at the said common property line.  Further, there shall be no
building or planting with a height of more than three (3) feet
within ten (10) feet of the mutual boundary line between
the properties;  and further, there shall be no building or
planting of any kind within the first five (5) feet of the
aforesaid mutual property line excepting the landscaping which
exists as of the date of this Agreement, provided that the
Dominant Tenement shall be solely responsible for the maintenance
and expense of said landscaping within said 5 ft. strip.

(5)    This easement and restriction of use of the
SERVIENT TENEMENT shall only apply in the said 35 ft. wide
easement strip and not on the balance of the SERVIENT TENEMENT.

(6)    This instrument contains the entire agreement
of the parties.

-2-

AR 0230

(7)    In the event of any litigation over this agreement or its enforcement, the prevailing party shall receive attorneys fees and costs.

(8)    This instrument shall bind and inure to the benefit of the respective heirs, representatives and successors in interest and assigns of the parties hereto.

IN WITNESS WHEREOF, the parties hereto attest as follows:

SERVIENT TENEMENT

By: _Lloyd D. Zumwalt_

By: _Mary S. Zumwalt_

DOMINANT TENEMENT

By: _Otto F. Brook_

By: _Ethel R. Brook_



FOUNDERS TITLE COMPANY

-3-

**STATE OF CALIFORNIA**

County of _San Mateo_ } ss.

On this _13th_ day of _August_ ___ in the year one thousand nine hundred and _eighty one_ before me, ___ a Notary Public in and for the ___

County of _California_ ___ State of California, residing therein, duly commissioned and sworn, personally appeared _Cyril J. Brooks, Ethel J. Brooks, David D. Gildersleeve & Mary E. Gildersleeve_ known to me to be the person(s) whose name(s) _are_ subscribed to the within instrument and acknowledged to me that _they_ executed the same.

**IN WITNESS WHEREOF I** have hereunto set my hand and affixed my official seal in the ___ County of _San Mateo_ ___ the day and year in this certificate first above written.

_Beverly A. W. Harrell_

Notary Public in and for the _County of ___
_My Commission Expires_ ___

[Notary Seal:] BEVERLY A. W. HARRELL  NOTARY PUBLIC  SAN MATEO COUNTY, CALIFORNIA  My Commission Expires April 15, 1985

THE UTILITY LINE FORM NO. 61-619 —Acknowledgment—General.

---

**STATE OF CALIFORNIA,**

County of ___ } ss.

On This ___ day of ___ A. D., 19__, before me, ___ a Notary Public in and for said County and State, personally appeared ___ known to me to be the ___ of the ___ the Corporation that executed the within instrument, known to me to be the person who executed the within instrument, on behalf of the Corporation, therein named, and acknowledged to me that such Corporation executed the same.

In Witness Whereof, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

___
Notary Public in and for said County and State.

THE UTILITY LINE FORM NO. 61-619 ACKNOWLEDGEMENT—CORPORATION

-3-

AR 0232



AR 0233





1175 Palomar Dr
051 -416 -004

051 -416 -050

PARCEL A
PARCEL 1
PARCEL 1
PARCEL 2
PARCEL 1
PARCEL B
PARCEL 1
PARCEL 2

416
417

R-1/S-10

AR 0235

Bk.51
pg. 44

△1  PARCEL MAP VOL. 30/40
△2  PARCEL MAP VOL. 50/16
△3  PARCEL MAP VOL. 49/58-59
△4  PARCEL MAP VOL. 18/50

SAN
DRIVE
PALOMAR
PEBBLE
1" MON ACCESS STRIP
35' EASE.
OF



1175 PALOMAR DRIVE
APN: 051-416-004

Condition 5 tree planting area

Sprint equipment

051-416-050

AR 0236

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -COMM.    'RNAL- \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DATE MAR-05-200' '\*\*\* TIME 15:48 \*\*\* P.01

MODE = MEMORY TRANSMISSION                    START=MAR-05 15:45      END=MAR-05 15:48

    FILE NO.= 016

STN NO.    COM    ABBR NO.    STATION NAME/TEL.NO.    PAGES    DURATION

001        OK      ☎           93634034              009/009  00:02'37"

                                                    -PLANNING & BUILDING    -

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -650 363 4849    - \*\*\*\*\* -      650 363 4849- \*\*\*\*\*\*\*\*

## County of San Mateo
## Environmental Services Agency
## Planning and Building Division

### Facsimile Transmittal

To:     Miruni Soosaipillai

Fax:    363-~~4038~~ 4034

From:   Olivia Sun, 363-1852

Re:     REDACTED

Date:   March 5, 2003

Pages:  8 , following this cover sheet

Dear Miruni,

REDACTED

AR 0237

Planning & Building Division
455 County Center, 2nd Floor
Redwood City, CA 94063

*First American Title*

| To ROSIE STUNIG | From MILAN IMMRICK |
|---|---|
| Co. | Co. |
| Dept. | Phone # (650) 569-2547 |
| Fax # (650) 341-6745 | Fax # (650) 361-3015 |

# of pages ▸ 6

WHEN RECORDED MAIL TO:

Curtis L. Brooks
1175 Palomar Dr.
Redwood City, Calif.

**GRANT OF EASEMENT**

No Consideration - No Tax Due

AGREEMENT, this 13 day of August , 1981,

between   Lloyd D. and Mary S. Einspahr

hereinafter referred to as Grantors, and

Curtis L. and Ethel Brooks

hereinafter referred to as Grantees.

**WITNESSETH:**

WHEREAS, Grantors are owners of certain real property herein referred to as the SERVIENT TENEMENT and described in EXHIBIT A, and

WHEREAS, Grantees are the buyers from the Grantors, and will at the time of the recordation of this document be the owners of that certain real property herein referred to as the DOMINANT TENEMENT and described in EXHIBIT B, and

WHEREAS, Grantors and Grantees desire to effect an easement for light, air and view in favor of the DOMINANT TENEMENT and to be located on the SERVIENT TENEMENT.

THEREFORE, IT IS AGREED:

(1)     For valuable consideration Grantors hereby grant to Grantees the easement herein described to be located on the SERVIENT TENEMENT.

(2)     The easement granted herein is appurtenant to the DOMINANT TENEMENT and shall run with the land.

(3)     The easement shall be on and over that strip

AARONSON, DICKERSON & LANZONE
A PROFESSIONAL CORPORATION
1001 LAUREL STREET
SAN CARLOS, CALIFORNIA
TELEPHONE 593-5117

RECORDER'S OFFICE SAN MATEO COUNTY

-1-

AR 0238

of land on the Northwesterly property line, being the property
line between the SERVIENT and the DOMINANT TENEMENTS, and shall
extend parallel to the said common property line for a width
of 35 feet.

(4)    The easement shall be to protect the light,
air and view of the DOMINANT TENEMENT over the SERVIENT
TENEMENT, and to assure this, the use of the said 35 ft. wide
easement strip by the SERVIENT TENEMENT shall be limited as
follows:  There shall not be constructed or built or maintained
therein any building, structure or fence, nor any tree or
shrub or other plant or vegetation grown on or maintained therein
such that its height exceeds the level of the DOMINANT TENEMENT
at the said common property line.  Further, there shall be no
building or planting with a height of more than three (3) feet
within ten (10) feet of the mutual boundary line between
the properties;  and further, there shall be no building or
planting of any kind within the first five (5) feet of the
aforesaid mutual property line excepting the landscaping which
exists as of the date of this Agreement, provided that the
Dominant Tenement shall be solely responsible for the maintenance
and expense of said landscaping within said 5 ft. strip.

(5)    This easement and restriction of use of the
SERVIENT TENEMENT shall only apply in the said 35 ft. wide
easement strip and not on the balance of the SERVIENT TENEMENT.

(6)    This instrument contains the entire agreement
of the parties.

-2-

AARONSON, DICKERSON & LANDZNE
A PROFESSIONAL CORPORATION
1904 LAUREL STREET
SAN CARLOS, CALIFORNIA
TELEPHONE 593-2117

(7)    In the event of any litigation over this agreement or its enforcement, the prevailing party shall receive attorneys fees and costs.

(8)    This instrument shall bind and inure to the benefit of the respective heirs, representatives and successors in interest and assigns of the parties hereto.

IN WITNESS WHEREOF, the parties hereto attest as follows:

SERVIENT TENEMENT

By: _Lloyd D. Eisenpreis_

By: _Mary S. Eisenpreis_

DOMINANT TENEMENT

By: _Otto L. Brash_

By: _Ethel R. Brash_

777634AS

FOUNDERS TITLE COMPANY

Aug 14  10 40 AM '81

MARVIN CHURCH RECORDER
SAN MATEO COUNTY
OFFICIAL RECORDS

-3-

AARONSON, DICKERSON & LANDONE
A PROFESSIONAL CORPORATION
1944 LAUREL STREET
SAN CARLOS, CALIFORNIA
TELEPHONE 593-3117

RECORDER'S OFFICE SAN MATEO COUNTY

AR 0240

STATE OF CALIFORNIA }ss.

County of San Mateo

On this 13th day of August in the year one thousand nine hundred and eighty-one before me, _____, a Notary Public in and for the

County of _____ State of California, residing therein,

duly commissioned and sworn personally appeared Curtis F. Brooks, Esther F. Brooks, Lloyd D. Gillpatrick & Mary E. Gillpatrick

known to me to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my official seal in the County of San Mateo the day and year in this certificate first above written.

Beverly A. W. Harrell

Notary Public in and for the _____ County of _____
State of California.
My Commission Expires _____

BEVERLY A. W. HARRELL
NOTARY PUBLIC
SACRAMENTO COUNTY, CALIFORNIA
My Commission Expires April 15, 1985

THE UTILITY LINE FORM No. 90-800 —Acknowledgment—General.

---

STATE OF CALIFORNIA,

County of _____ }ss.

On This _____ day of _____ A. D., 19____, before me,

a Notary Public in and for said County and State, personally appeared _____ known to me to be the

of the _____

the Corporation that executed the within Instrument, known to me to be the person who executed the within Instrument, on behalf of the Corporation, therein named, and acknowledged to me that such Corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____
Notary Public in and for said County and State.

THE UTILITY LINE FORM No. 90-310 ACKNOWLEDGMENT — CORPORATION

-3-

AR 0241



AR 0242



AR 0243



SAN

DRIVE

CARL

PEBBLE DR.

1" NON ACCESS STRIP

N 47°33'28" E   343.5

N 48°05'E   132'   61.62'

PARCEL A

(1)

(6)

(1)

(1)

OF

1175 Palomar Dr
051 -416 -004

(18)
PARCEL 1

416

(4)

PARCEL 1

22.90

(3)

(2)

N 62°54'12" E
91.92

61.59'

35'  EASE.

215.36'

N 48°05'E
163'

X

(5)

PARCEL 1

N 5°33'E
63.27'

(4)

PARCEL 2

PARCEL 1

(4)

PALOMAR

PARCEL B

051 -416 -050

PARCEL 1

(19)

(1)

(6)

EASE.

417

PARCEL 2

(20)

R-1/S-10

(7)

S 86°55'30" W

Bk.51
pg. (44)

(1) PARCEL MAP VOL. 30/40

(2) PARCEL MAP VOL. 50/16

(3) PARCEL MAP VOL. 49/58-59

(4) PARCEL MAP VOL.

AR 0244

S 60°16' W



CP-7
FND. 3/4" IP

CP-6
NAIL/SHNR

PRIVATE

APN: 051-416-001
RESIDENTIAL

WOOD FENCE

POWER
CABINET

WOODEN
RETAINING
WALL

ASPHALT
DRIVEWAY

TREE
HT. 54.8'±

**Condition 5 tree
planting area**

FENCE

TREE
HT. 24.7'±

CONC. SLAB

TREE
HT. 38.2'±

TREE
HT. 22.2'±

P-4
1" IP
13451

TREE
HT. 21.2'±

537.0

CP-10

EXIST. ANT.
HT. 12.6'±

EXIST.
EQUIP.

EXIST. ANT.
HT. 17.1'±

537.8

CP-1
SPIKE

N41°55'09"W
116.93'

TREE
HT. 18.7'±

TREE
HT. 33.1'±

TREE

538.1

540.0

544.8

544.7

539.7

539.3

539.9

539.5

12's SATELLITE DISH
HT. 11.5'±

TREE
HT. 36.0'±

TREE
HT. 28.4'±

GRASS

GUY
ANCHOR

ELEC.
VAULT

CP-1

GUY
ANCHOR

PP W/TRANSFORMER
HT. 39.3'±

GUY
ANCHOR

EXIST. ANT.
HT. 13.6'±

538.7

TREE
HT. 20.8'±

**1175 PALOMAR
DRIVE
APN:
051-416-004**

539.2

539.8

S42°25'26"W
215.56'

CP-2
SPIKE

TREE
HT. 23.8'±

TOP OF BANK

APN: 051-4
RESID

*051-416-050*

*Sprint equipment*

AR 0245

3/11/03 PLN2000-00497

Met with Miruni regarding



*************** -COMM.    'RNAL- ***************** DATE MAR-02-20   **** TIME 12:18 *** P.01

MODE = MEMORY TRANSMISSION              START=MAR-02 12:14    END=MAR-02 12:18

FILE NO.= 217

STN NO.   COM   ABBR NO.   STATION NAME/TEL.NO.   PAGES   DURATION

001    OK    ⋇    93634034              012/012 00:03'17"

                                          -PLANNING & BUILDING    -

*********************************** -650 363 4849    - **** -    650 363 4849- ********

**Planning and Building Division**
455 County Center, 2nd Floor
Redwood City, CA 94063
Phone: 650/ 599-7217
Fax: 650/ 363-4849

**County of San Mateo
Environmental Services Agency**

# Fax

| **To:** | Miruni | **From:** | Olivia Boo |
|---|---|---|---|
| **Fax:** | 363-4034 | **Pages to follow:** |  |
| **Phone:** | 363-1960 | **Date:** | 3/2/2004 |
| **Re:** | Sprint PLN2000-00497 | **CC:** | |

**REDACTED**

AR 0247



Board of Supervisors
Rose Jacobs Gibson
Richard S. Gordon
Mary Griffin
Jerry Hill
Michael D. Nevin

Planning Administrator
Terry L. Burnes

Planning and Building Division

# County of San Mateo

Mail Drop PLN122 · 455 County Center · 2nd Floor · Redwood City
California 94063 · Telephone 650/363-4161 · Fax 650/363-4849

Please reply to:     **Stephanie Willsey**
**(650) 363-1829**

November 2, 2000

**FILE COPY**

Sprint
Talin Aghazarian
480 Davis Court
San Francisco, CA 94111

      **Subject:**     **PLN2000-00497**
      **Location:**   **1175 Palomar Drive, Redwood City**
      **APN:**         **051-416-040**

On November 2, 2000, the Zoning Hearing Officer considered your request of a Use Permit, pursuant to Section 6500 of the San Mateo County Zoning Regulations, to allow the placement of two monopoles (each 13 feet tall) and one equipment cabinet enclosure, located at 1175 Palomar Drive in the unincorporated Palomar Park.

No individuals present wished to hear or speak on this item. Based on the information provided by staff, the Zoning hearing Officer made the following findings appropriate for this project and approved this project subject to the following conditions:

## FINDINGS

For the Environmental Review, Found:

1.   That this project is exempt from environmental review pursuant to the California Environmental Quality Act (CEQA), Section 15303, Class 3, relating to construction of new small structures

For the Use Permit, Found:

2.   That the establishment, maintenance, and conducting of the proposed use will not, under the circumstances of the particular case, result in a significant adverse impact, or be detrimental to the public welfare or injurious to property or improvements in said neighborhood.

**AR 0248**

Sprint
Talin Aghazarian
November 2, 2000
Page 2

3.    That the approval of this cellular telecommunications addition is necessary for the public health, safety, convenience or welfare.

## CONDITIONS OF APPROVAL

### Planning Division

1.    This approval applies only to the proposal as described in this report and plans and documents submitted to the Planning Division on July 14, 2000. Minor adjustments to the project in the course of applying for building permits may be approved by the Planning Director if they are consistent with the intent of, and in substantial conformance with this approval.

2.    The applicant shall obtain a building permit and develop in accordance with the approved plans.

3.    This Use Permit shall be valid for a five-year period and shall expire on November 2, 2005. The applicant shall file for a renewal of this permit six months prior to the expiration with the County Planning and Building Division, if continuation of this use is desired.

4.    The monopoles, antennas, and fencing shall be painted the same "enviro-green" color as the existing Pacific Bell equipment cabinet. A color sample shall be submitted to the Planning Counter prior to building permit issuance. The applicant shall include the file/case number with all color samples. Color verification by a building inspector shall occur in the field after the applicant has painted the equipment an approved color, but before the applicant schedules a final inspection.

5.    Construction hours shall be Monday through Friday 7:00 a.m. to 6:00 p.m., Saturday 9:00 a.m. to 5:00 p.m., and no construction will be allowed on Sundays or national holidays.

6.    Noise levels produced by the proposed construction activity shall not exceed 80-dBA level at any one moment.

7.    The installation shall be removed in its entirety at that time when this technology becomes obsolete or this facility is no longer needed.

8.    The applicant shall submit an erosion control plan which implements best management practices to prevent erosion and sedimentation during the entire construction process prior to building permit issuance. This plan shall include, but is not limited to (1) installation of silt blankets and fiber rolls below all areas of earth clearing, (2) covering of surcharges for

**AR 0249**

Sprint
Talin Aghazarian
November 2, 2000
Page 3

protection from rain and wind erosion, and (3) replanting all disturbed areas immediately upon completion of construction with indigenous vegetation.

9.  During project construction, the applicant shall, pursuant to Section 5022 of the San Mateo County Ordinance Code, minimize the transport and discharge of stormwater runoff from the construction site into storm drain systems and water bodies by:

    a.  Disposing of removed soil in a County approved landfill, or by spreading the soil in the immediate vicinity employing the above erosion control techniques at a depth not to exceed 6 inches in height.

    b.  Stabilizing all denuded areas and maintaining erosion control measures continuously between October 15 and April 15.

    c.  Removing spoils promptly, and avoiding stockpiling of fill materials, when rain is forecast. If rain threatens, stockpiled soils and other materials shall be covered with a tarp or other waterproof material.

    d.  Storing, handling, and disposing of construction materials and wastes so as to avoid their entry to the storm drain system or water body.

    e.  Avoiding cleaning, fueling or maintaining vehicles on-site, except in an area designated to contain and treat runoff.

    f.  The applicant shall revegetate construction areas with native plant materials (trees, shrubs, and/or ground cover) which are compatible with the surrounding vegetation and are suitable to the climate, soil, and ecological characteristics of the area.

## California Department of Forestry

10. Maintain around and adjacent to such buildings or structures a fuel-break/fire break made by removing and cleaning away flammable vegetation for a minimum distance of 30 feet. Remove that dead or dying portion of any tree which extends over the any structure.

11. All buildings and structures must have an address posted in such a location and in such a manner that it can be easily seen while traveling in both directions on the main road day or night. Numerals shall be contrasting in color to their background and shall be no less than 4 inches in height, and have a minimum stroke of 3/4 inch.

12. All proposed enclosed structures on the site shall be equipped with an approved FM 200 fire protection system or equivalent. Plans and calculations must be submitted to the San

Sprint
Talin Aghazarian
November 2, 2000
Page 4

Mateo County Building Inspection Section for review and approval by the County Fire Department.

13.    Access must be provided from the street to the access gate at the proposed site. The access must be provided in such a manner that emergency crews can get emergency medical equipment and fire fighting equipment to the scene.

14.    The proposed wood fencing is not desirable in this area because of the fire hazard. A metal fence with slats would be a more desirable solution to protect the facility.

15.    A Knox Box is required at the entry gate to allow emergency personnel access to the site in case of an emergency. Contact the County Fire Department at 650/573-3846 for details.

16.    A final inspection will be required before the site can be put into use. All project conditions which result in the issuance of a Building Permit will be required to be completed at that time.

17.    A more in-depth plan review will be conducted at the time a Building Permit is applied for. This has been a preliminary review and additional conditions may be placed on the project at the Building Permit application stage.

Any interested party aggrieved by the determination of the Zoning Hearing Officer may appeal this decision to the Planning Commission within ten (10) working days from such date of determination. The appeal period for this project will end on **November 16, 2000, at 5:00 p.m.**

Very truly yours,

George Bergman
Zoning Hearing Officer

zhd1102k.3jm

cc:    Public Works Department                          Assessor's Office
       Building Inspection                              Curtis Brooks
       CDF                                              Palomar Park Owners
       City of San Carlos                               Alison Plattner
       City of Redwood City

**AR 0251**



**San Mateo County
Planning &
Building Division**
455 County Center
Redwood City
California 94063
Phone: 650 363-4161
Fax: 650 363-4849

# Case Activity Listing
## Case #: BLD2000-01628

| Activity | Description Notes | Date 1 | Date 2 | Date 3 | Disp | Done By | Updated By |
|---|---|---|---|---|---|---|---|
| BLDA020 | Receive application | | | 11/17/2000 | | MJP | 11/17/2000 MJP |
| BLDA095 | FEMA FLOOD ZONE CHECK<br><br>Zone "C" | 11/17/2000 | | 11/17/2000 | DONE | ELM | 11/17/2000 ELM |
| BLDA262 | Review by Fire (CDF)<br><br>11-17-00 DVC: See Conditions | 11/17/2000 | | 12/13/2000 | DONE | DVC | 1/3/2001 RWT |
| BLDA450 | Building plan check | | | 12/20/2000 | DONE | GPF | 12/20/2000 GPF |
| BLDA105 | (F) Print application form | | | 11/17/2000 | DONE | MJP | 11/17/2000 MJP |
| BLDA945 | Erosion Control Rev.-Office<br><br>11/30/2000-sew-Applicant submitted a VERY good erosion control plan.<br>11/17/2000-sew-Applicant must submit an ersoion control plan. | | | 11/30/2000 | DONE | SEW | 11/30/2000 SEW |
| BLDA950 | Erosion Control Rev.-Field | | | | | | 11/17/2000 SMB |
| BLDA200 | Review by Planning<br><br>11/30/2000-SEW-Applicant submitted erosion control plan and color samples.<br>11/17/2000-SEW-Prior to issuance of building permit the applicant must submit color samples that are "enviro green" and an erosion control plan (see action for erosion control below!).<br>11/17/00 ELM - The associated planning case for the use permit to allow this facility received final approval today. Route the plans to Stephanie for her review to ensure that these plans are consistent with what was approved and that all conditions of approval have been met. | 11/17/2000 | | 11/30/2000 | DONE | SEW | 11/30/2000 SEW |
| BLDA910 | *Height Verif. - Office*<br><br>N/A | | | 11/17/2000 | DONE | SEW | 11/17/2000 SMB |

**AR 0252**



## Case Activity Listing
### Case #: BLD2000-01628

| Activity | Description / Notes | Date 1 | Date 2 | Date 3 | Disp | Done By | Updated By |
|---|---|---|---|---|---|---|---|
| BLDA911 | *Height Verif. - Field* | | | 11/17/2000 | DONE | SEW | 11/17/2000 SMB |
| | N/A | | | | | | |
| BLDA520 | Resubmittal - Planning | 11/30/2000 | | 11/30/2000 | DONE | SEW | 11/30/2000 SEW |
| | 11/30/2000-SEW-Applicant submitted a VERY GOOD ersosion control plan and color samples. I placed the color samples in the Planning folder. | | | | | | |
| BLDA500 | (F) Print Resubmittal Appl. | | | 11/30/2000 | DONE | TXN | 11/30/2000 TXN |
| BLDA526 | Resubmittal - Fire | 11/30/2000 | | 12/13/2000 | DONE | DVC | 12/13/2000 V |
| | CDF | | | | | | |
| BLDA500 | (F) Print Resubmittal Appl. | | | 12/13/2000 | DONE | TXN | 12/13/2000 TXN |
| BLDA610 | (F) Send Owner Ready Notice | | | 12/21/2000 | DONE | TXN | 12/21/2000 TXN |
| BLDA650 | (F) Issue permit | 12/22/2000 | 12/22/2000 | 12/22/2000 | DONE | MJP | 12/22/2000 MJP |
| BLDB380 | Above Floor Electrical | 1/26/2001 | 1/30/2001 | 1/30/2001 | DONE | KPA | 1/30/2001 KPA |
| | GROUND RING APPROVED. | | | | | | |
| BLDA926 | **FINAL** - Fire | | | 6/21/2001 | DONE | DVC | 6/21/2001 MJP |
| | CDF | | | | | | |
| BLDB912 | BELOW FLOOR COMBINATION INSP. | 1/31/2001 | 2/5/2001 | 2/5/2001 | CANC | KPA | 2/5/2001 KPA |
| | Cancelled by phone. | | | | | | |

AR 0253

San Mateo County
Planning &
Building Division
455 County Center
Redwood City
California 94063
Phone: 650 363-4161
Fax: 650 363-4849

3/2/2004
10:23:21AM

## Case Activity Listing
## Case #: BLD2000-01628

| Activity | Description Notes | Date 1 | Date 2 | Date 3 | Disp | Done By | Updated By |
|---|---|---|---|---|---|---|---|
| BLDB360 | Below Slab Electrical | 2/6/2001 | 2/8/2001 | 2/8/2001 | DONE | WJW | 2/8/2001 WJW |
| | Scheduled by a contractor via Hello! on 02/06/2001 at 13:59:32. Contact: . | | | | | | |
| BLDB110 | Foundation insp | 2/6/2001 | 2/9/2001 | 2/9/2001 | FAIL | BJW | 2/9/2001 WJW |
| | Scheduled by a contractor via Hello! on 02/06/2001 at 15:46:54. Contact: . 02/09/01 bjw Not ready | | | | | | |
| BLDB420 | Underground Utilities | 2/8/2001 | 2/8/2001 | 2/8/2001 | DONE | WJW | 2/8/2001 WJW |
| BLDB110 | Foundation insp | 2/9/2001 | 2/14/2001 | 2/12/2001 | CANC | TMS | 2/12/2001 TMS |
| | Scheduled by a contractor via Hello! on 02/09/2001 at 12:33:27. Contact: . 2-12-01-tms-Cancelled by Carlos Hernandez | | | | | | |
| BLDB097 | Misc. Inspection | 2/16/2001 | 2/16/2001 | 2/16/2001 | DONE | KPA | 2/16/2001 KPA |
| | slab approved. | | | | | | |
| BLDB097 | Misc. Inspection | 2/23/2001 | 2/27/2001 | 2/27/2001 | DONE | DFK | 2/27/2001 DFK |
| | SITE VISIT TO ISSUE STOP WORK NOTICE FOR ERECTING ANTENNEA IN WRONG POSITION. Scheduled by a contractor via Hello! on 02/23/2001 at 15:39:44. Contact: . | | | | | | |
| BLDB097 | Misc. Inspection | 2/27/2001 | 2/27/2001 | 2/27/2001 | DONE | DFK | 3/1/2001 KPA |
| | 2/26/01 DFK. SENT TO THIS SITE TO INVESTIGATE CLAIMS THAT THE ANTENNEA HAS BEEN SET TOO CLOSE TO THE NEIGHBOR'S PROPERTY LINE. ON SITE WITH SUPERVISOR AND REP FROM SPRINT. THE CONCRETE FOUNDATION SUPPORTING THE INCOMPLETE ANTENNEA POLE IS 16 FEET 7 INCHES FROM THE STRUCTURE SLAB. THE PLAN REQUIRES 5 FEET. SPOKE TO STEPHANIE WILLSEY. CONTRACTOR MUST COMPLY WITH PLAN. NO MORE THAN 5 FEET. LOOKING FOR CARD. SPOKE TO BILL CAMERON. HE SAYS POST A SWN AND INFORM CONTRACTOR TO RESOLVE ISSUE WITH PLANNING DEPT. | | | | | | |
| BLDA810 | STOP WORK NOTICE issued | | | 2/27/2001 | DONE | DFK | 2/27/2001 DFK |
| BLDA811 | CANCEL STOP WORK NOTICE | | | 3/2/2001 | DONE | DFK | 3/2/2001 DFK |

**AR 0254**

San Mateo County
Planning &
Building Division
455 County Center
Redwood City
California 94063
Phone: 650 363-4161
Fax: 650 363-4849

# Case Activity Listing
## Case #: BLD2000-01628

3/2/2004
10:23:21AM

| Activity | Description Notes | Date 1 | Date 2 | Date 3 | Disp | Done By | Updated By |
|----------|-------------------|--------|--------|--------|------|---------|------------|
| BLDB097 | Misc. Inspection | 3/2/2001 | 3/2/2001 | 3/2/2001 | DONE | DFK | 3/2/2001 DFK |

SPOKE TO STEPHANIE WILLSEY (PLNG) - SHE IS SATISFIED THAT THE MONOPOLE WILL BE MOVED TO ITS PROPER LOCATION AND WHEN THE STRAW ROLL (EROSION CONTROL) IS IN POSITION I WILL CANCEL THE STOP WORK NOTICE. ON SITE. STRAW ROLL IN POSITION. CONTRACTOR AND I DISCUSSED THE MOVEMENT OF THE MONOPOLE AND VERIFICATION OF THE SETBACKS ON THE SECOND MONOPOLE.

| Activity | Description Notes | Date 1 | Date 2 | Date 3 | Disp | Done By | Updated By |
|----------|-------------------|--------|--------|--------|------|---------|------------|
| BLDB097 | Misc. Inspection | 3/7/2001 | 3/7/2001 | 3/7/2001 | DONE | DFK | 3/7/2001 DFK |

POLE AND PAD RESET ACCORDING TO PLAN. ALL OK TO POUR.

| Activity | Description Notes | Date 1 | Date 2 | Date 3 | Disp | Done By | Updated By |
|----------|-------------------|--------|--------|--------|------|---------|------------|
| BLDA086 | Change Case Status to Issued | | | 3/20/2001 | DONE | WJC | 3/20/2001 WJC |
| BLDA920 | **FINAL** - Planning | | | | PEND | MDB | 2/11/2004 OSB |

2/10/04 osb-checking with Miruni that if the new owners should received a referral of the current landscaping plan.

1/28/04 osb-DeRodeff

9/4/03 oc-received comments from DeRodeff, forwarded to Dave for review.

8/12/03 ocs-per Miroo's notes below, I have forwarded plan to the neighbor as required and expect to hear back from Mr. DeRodeff within 2 weeks.

3/20/10-mdb-The applicant needs to submit a landscaping plan and implement the landscaping plan prior to final. Please review the plans with Steve DeRodeff (Ph: 367-7335) prior to approval of the landscaping plan.

| Activity | Description Notes | Date 1 | Date 2 | Date 3 | Disp | Done By | Updated By |
|----------|-------------------|--------|--------|--------|------|---------|------------|
| BLDA200 | Review by Planning | 3/23/2001 | | | PEND | DJH | 12/1/2003 OCS |

**AR 0255**

San Mateo County
Planning &
Building Division
455 County Center
Redwood City
California 94063
Phone: 650 363 4161
Fax 650 363 1849

**Case Activity Listing**
**Case #: BLD2000-01628**

3/2/2004
10:23:21AM

| Action | Description | Inspector | Date | RV Date | Plan | Pln ck | Resultant By |
|---|---|---|---|---|---|---|---|

## REDACTED

11/6/03 osb-spoke with Paul Maddux, Sprint. Updated him on my conversation with Curtis Brooks (see 11/4/03 notes below). Advised him that he and the Brooks need to work provide more details on the proposed landscaping plan. Regarding the location of the antenna, I will solicit feedback from County counsel. Current option, Sprint is willing to have a lease with SFPUC, 1)the easement underlying landowner , 2) relocated antenna as last option 3) or use permit amendment may be required since site was not built to approved plans or possibly Terry may approve minor change adminstratively.

11/4/03 osb-met with Curtis Brooks at counter, discussed status of project (see 9/23 notes below. Brooks would like to resolve landscaping problems. Brooks will submit a revised landscaping plan for pln approval. The issue that the antenna is crossing the property line still needs to be resolved by Sprint.

9/23/03 osb-Jim E. reviewed Sprints landscape proposal and asked
1) what is the spacing between the plants
2) the proposed trees are slow to mature. Pln would like to see trees that mature quickly.

8/12/03 ocs-per Miroo's notes from 3/20/01, I have forwarded plan to the neighbor as required and expect to hear back from Mr. DeRodeff within 2 weeks.

7/30/03 - ger - revegetation plan submitted at risk - route to Olivia
3/23/01 DJH - Applicant MUST submit revegetation plan showing trees for review & approval PRIOR to PLN sign-off & this job continuing.

| Action | Description | | Date | | | | Resultant |
|---|---|---|---|---|---|---|---|
| BLDA920 | **FINAL** - Planning | | 6/26/2001 | DONE | DXD | | 6/26/2001 DXD |

6/26/01 DXD Pictures of fence show green slats See next final by planning requires landscape plan and planting prior to final.

Prior to a final, the color of the fence must be verified to be approved green color.

| BLDX005 | (B) Expire 1st notice - CON | | 12/12/2001 | | | | 12/12/2001 VXD |
| | BATCH | | | | | | |
| BLDX001 | (B) Expire 1st notice - APL | | 12/12/2001 | | | | 12/12/2001 VXD |
| | BATCH | | | | | | |
| BLDX010 | (B) Expire 2nd Notice - APL | | 2/6/2003 | | | | 2/6/2003 VXD |
| | BATCH | | | | | | |
| BLDX015 | (B) Expire 2nd Notice - CON | | 2/6/2003 | | | | 2/6/2003 VXD |
| | BATCH | | | | | | |

**AR 0256**

**Case Activity Listing**
**Case #: BLD2000-01628**

San Mateo County
Planning &
Building Division
455 County Center
Redwood City
California 94063
Phone: 650 363-4161
Fax: 650 363-4849

3/2/2004
10:23:21AM

| Act. Code | Description / Note | Date1 | Date2 | Date3 | Disp | Done By | Updated By |
|---|---|---|---|---|---|---|---|
| BLDA700 | **(F) Print Revision Application** | | | 7/30/2003 | DONE | BCC | 7/30/2003 BCC |
| | Revision #3 | | | | | | |
| BLDB090 | **REVISION REQUIRED NO INSPECT.** | 7/30/2003 | | | | | 7/30/2003 BCC |
| | 7/30/03 Revision # 3  Note: Once issued, remove hold. | | | | | | |
| BLDA720 | **Revision - Planning** | 7/30/2003 | | | PEND | BCC | 8/12/2003 OCS |
| | 8/12/03 ocs-per Miroo's notes below, I have forwarded plan to the neighbor as required and expect to hear back from Mr. DeRodeff within 2 weeks. | | | | | | |
| | 7/30/03 - ger - revegetation plan submitted at risk - route to Olivia (Revision # 3) | | | | | | |
| BLDA350 | **Permit Reinstated** | | | 7/30/2003 | DONE | AZS | 7/30/2003 AZS |
| | 07-30-03 Expired permit fee paid by Sprint rep. | | | | | | |
| BLDA900 | **Underground Utilities *Office** | 12/1/2003 | | | | | 12/1/2003 OCS |
| BLDA200 | **Review by Planning** | 12/1/2003 | | 12/1/2003 | DONE | OSB | 12/1/2003 OCS |

**REDACTED**

| Act. Code | Description / Note | Date1 | Date2 | Date3 | Disp | Done By | Updated By |
|---|---|---|---|---|---|---|---|
| BLDX001 | **(B) Expire 1st notice - APL** | | | 12/1/2003 | | | 12/1/2003 VXD |
| | BATCH | | | | | | |
| BLDA350 | **Permit Reinstated** | | | 12/24/2003 | DONE | GMH | 12/24/2003 DKS |
| | 12/24/03 - Expired permit paid by CK# 1299 in the amount of $704.00 by Paul Maddox from NSA Wireless. | | | | | | |

**AR 0257**

Date:    20 August 2003
To:      Olivia Sun et al
From:    Stephan DeRodeff


Regarding:        Sprint PCS Landscape Plan for 1175 Palomar Dr., Redwood City

Olivia, my major concern with this plan is that it doesn't address any landscaping on the north and
northwest side of the side, between the site and my property. According to the last hearing I attended,
landscaping was specifically required between the antenna pole, directly north, within 5 feet, of the cell site
and my property.

Also, the network engineer who performed radiation measurements told me that the antenna should not be
pointed directly at my house, which it is. It should be aimed at the hills further west. I would need to see
both of these issues addressed before I would sign off on the proposed landscaping plan.

RECEIVED

2003 AUG 26  P 4: 26

SAN MATEO COUNTY
PLANNING DIVISION

AR 0258

```
*************** -COMM.    NAL- *************** DATE FEB-11-20    **** TIME 15:11 *** P.01

        MODE = MEMORY TRANSMISSION              START=FEB-11 15:09    END=FEB-11 15:11

        FILE NO.= 062

    STN NO.    COM    ABBR NO.    STATION NAME/TEL.NO.    PAGES    DURATION

    001       OK     ☎           93634034              006/006   00:01'58"

                                                    -PLANNING & BUILDING    -

***************************** -650 363 4849    - ***** -      650 363 4849- *********
```

**Planning and Building Division**
455 County Center, 2nd Floor
Redwood City, CA 94063
Phone: 650/ 599-7217
Fax: 650/ 363-4849

**County of San Mateo**
**Environmental Services Agency**

# Fax

| To: | Miruni | From: | Olivia Boo |
|---|---|---|---|
| **Fax:** | 363-4034 | **Pages to follow:** | |
| **Phone:** | 363-1960 | **Date:** | 2/11/2004 |
| **Re:** | Sprint PLN2000-00497 | **CC:** | |

Hi Miruni,

**REDACTED**

San Mateo County
Planning &
Building Division
455 County Center
Redwood City
California 94063
Phone: 650 363-4161
Fax: 650 363-4849

| Activity | Description Notes | Date 1 | Date 2 | Date 3 | Disp | Done By | Updated By |
|---|---|---|---|---|---|---|---|
| BLDB097 | Misc. Inspection | 3/2/2001 | 3/2/2001 | 3/2/2001 | DONE | DFK | 3/2/2001 DFK |

SPOKE TO STEPHANIE WILLSEY (PLNG) - SHE IS SATISFIED THAT THE MONOPOLE WILL BE MOVED TO ITS PROPER LOCATION AND WHEN THE STRAW ROLL (EROSION CONTROL) IS IN POSITION I WILL CANCEL THE STOP WORK NOTICE. ON SITE. STRAW ROLL IN POSITION. CONTRACTOR AND I DISCUSSED THE MOVEMENT OF THE MONOPOLE AND VERIFICATION OF THE SETBACKS ON THE SECOND MONOPOLE.

| BLDB097 | Misc. Inspection | 3/7/2001 | 3/7/2001 | 3/7/2001 | DONE | DFK | 3/7/2001 DFK |

POLE AND PAD RESET ACCORDING TO PLAN. ALL OK TO POUR.

| BLDA086 | Change Case Status to Issued | | | 3/20/2001 | DONE | WJC | 3/20/2001 WJC |

| BLDA920 | **FINAL** - Planning | | | | PEND | MDB | 1/28/2004 OSB |

1/28/04 osb-DeRodeff

9/4/03 oc-received comments from DeRodeff, forwarded to Dave for review.

8/12/03 ocs-per Miroo's notes below, I have forwarded plan to the neighbor as required and expect to hear back from Mr. DeRodeff within 2 weeks.

3/20/10-mdb-The applicant needs to submit a landscaping plan and implement the landscaping plan prior to final. Please review the plans with Steve DeRodeff (Ph: 367-7335) prior to approval of the landscaping plan.

| BLDA200 | Review by Planning | 3/23/2001 | | | PEND | DJH | 12/1/2003 OCS |

**AR 0260**



San Mateo County
Planning &
Building Division
455 County Center
Redwood City
California 94063
Phone: 650-363-4161
Fax: 650-363-4849

**Case Activity Listing**
**Case #: BLD2000-01628**

2/10/2004
4:14:18PM

# REDACTED

11/6/03 osb-spoke with Paul Maddux, Sprint. Updated him on my conversation with Curtis Brooks (see 11/4/03 notes below). Advised him that he and the Brooks need to work provide more details on the proposed landscaping plan.

# REDACTED

11/4/03 osb-met with Curtis Brooks at counter, discussed status of project (see 9/23 notes below. Brooks would like to resolve landscaping problems. Brooks will submit a revised landscaping plan for pln approval. The issue that the antenna is crossing the property line still needs to be resolved by Sprint.

9/23/03 osb-Jim E. reviewed Sprints landscape proposal and asked
1) what is the spacing between the plants
2) the proposed trees are slow to mature. Pln would like to see trees that mature quickly.

8/12/03 ocs-per Miroo's notes from 3/20/01, I have forwarded plan to the neighbor as required and expect to hear back from Mr. DeRodeff within 2 weeks.

7/30/03 - ger - revegetation plan submitted at risk - route to Olivia
3/23/01 DJH - Applicant MUST submit revegetation plan showing trees for review & approval PRIOR to PLN sign-off & this job continuing.

| Activity | Description | | | | | | Done | Updated |
|---|---|---|---|---|---|---|---|---|
| BLDA920 | **FINAL** - Planning | | 6/26/2001 | | DONE | DXD | | 6/26/2001 DXD |

6/26/01 DXD Pictures of fence show green slats See next final by planning requires landscape plan and planting prior to final.

Prior to a final, the color of the fence must be verified to be approved green color.

| BLDX005 | (B) Expire 1st notice - CON | | 12/12/2001 | | | | | 12/12/2001 VXD |

BATCH

| BLDX001 | (B) Expire 1st notice - APL | | 12/12/2001 | | | | | 12/12/2001 VXD |

BATCH

| BLDX010 | (B) Expire 2nd Notice - APL | | 2/6/2003 | | | | | 2/6/2003 VXD |

BATCH

| BLDX015 | (B) Expire 2nd Notice - CON | | 2/6/2003 | | | | | 2/6/2003 VXD |

BATCH

**AR 0261**



2/10/2004
4:14:18PM

**Case Activity Listing**
**Case #: BLD2000-01628**

| Activity Notes | Description | Date 1 | Date 2 | Date 3 | Disp | Done By | Tickler By |
|---|---|---|---|---|---|---|---|
| BLDA700 | **(F) Print Revision Application** | | | 7/30/2003 | DONE | BCC | 7/30/2003 BCC |
| | Revision #3 | | | | | | |
| BLDB090 | **REVISION REQUIRED NO INSPECT.** | 7/30/2003 | | | | | 7/30/2003 BCC |
| | 7/30/03 Revision # 3  Note:  Once issued, remove hold. | | | | | | |
| BLDA720 | **Revision - Planning** | 7/30/2003 | | | PEND | BCC | 8/12/2003 OCS |
| | 8/12/03 ocs-per Miroo's notes below, I have forwarded plan to the neighbor as required and expect to hear back from Mr. DeRodeff within 2 weeks. | | | | | | |
| | 7/30/03 - ger - revegetation plan submitted at risk - route to Olivia (Revision # 3) | | | | | | |
| BLDA350 | **Permit Reinstated** | | | 7/30/2003 | DONE | AZS | 7/30/2003 AZS |
| | 07-30-03 Expired permit fee paid by Sprint rep. | | | | | | |
| BLDA900 | **Underground Utilities *Office** | 12/1/2003 | | | | | 12/1/2003 OCS |
| BLDA200 | **Review by Planning** | 12/1/2003 | 12/1/2003 | | DONE | OSB | 12/1/2003 OCS |

REDACTED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BLDX001 | **(B) Expire 1st notice - APL** | | 12/1/2003 | | | | 12/1/2003 VXD |
| | BATCH | | | | | | |
| BLDA350 | **Permit Reinstated** | | 12/24/2003 | | DONE | GMH | 12/24/2003 DKS |
| | 12/24/03 - Expired permit paid by CK# 1299 in the amount of $704.00 by Paul Maddox from NSA Wireless. | | | | | | |

**AR 0262**

| | |
|---|---|
| **From:** | Olivia Sun |
| **To:** | Miruni Soosaipillai |
| **Date:** | 11/18/2003 12:30:51 PM |
| **Subject:** | Thoughts on Sprint site at 1175 Palomar Park |

# REDACTED

**CC:**    Olivia Sun                    2 pages

AR 0263



AR 0264

TOTAL P.09

Dave

The attached letter is from Steve DeRodeff, apn 051-416-001, (please see attached map) Interested Party, for 2 cell sites that exist at 1175 Palomar Dr, Curtis Brooks property. There has been a history on this property …
DeRodeff has always brought up various issues for the property re the cell sites. My impression is he is simply not happy with the existence of them.

Ethel Brooks has been trying to pull a building permit to reroof her house recently. However, she has been held up due to Sprints lack of compliance and closure with an old building, bld2000-01628. Sprint never resolved pending issues 1) lack of landscaping, 2) relocated antenna site (it is

I requested a landscaping plan from sprint, and per Miroo's comments on the building case, forwarded the plan to Steve DeRodeff. He responded with the attached letter.

Re: the landscaping, I feel that I can easily request Sprint to install more landscaping on the north side of the property as needed.

Re: the direction of the antennas, I think to be fair we should address it. No one wants an antenna directed towards him or her. But it would take far more time to resolve this issue.

Please provide your thoughts.

*OCS*

*Jim - I spoke to Dave he …*

**AR 0265**

Date:    20 August 2003
To:      Olivia Sun et al
From:    Stephan DeRodeff


Regarding:     Sprint PCS Landscape Plan for 1175 Palomar Dr., Redwood City

Olivia, my major concern with this plan is that it doesn't address any landscaping on the north and
northwest side of the side, between the site and my property. According to the last hearing I attended,
landscaping was specifically required between the antenna pole, directly north, within 5 feet, of the cell site
and my property.

Also, the network engineer who performed radiation measurements told me that the antenna should not be
pointed directly at my house, which it is. It should be aimed at the hills further west. I would need to see
both of these issues addressed before I would sign off on the proposed landscaping plan.

RECEIVED

2003 AUG 26  P 4: 26

SAN MATEO COUNTY
PLANNING DIVISION

**AR 0266**



AR 0267

************ -COMM.    IRNAL- ******************* DATE NOV-18-200    *** TIME 13:13 *** P.01

MODE = MEMORY TRANSMISSION              START=NOV-18 13:12      END=NOV-18 13:13

FILE NO.= 008

STN NO.    COM    ABBR NO.    STATION NAME/TEL.NO.    PAGES    DURATION

001    OK    ☎    93634034    002/002 00:00'46"

-PLANNING & BUILDING    -

************************************ -650 363 4849    - **** -    650 363 4849- *********

| Olivia Sun - Thoughts on Sprint site at 1175 Palomar Park | Page 1 |

From:       Olivia Sun
To:         Miruni Soosaipillai
Date:       11/18/2003 12:30:51 PM
Subject:    Thoughts on Sprint site at 1175 Palomar Park

Hi Miruni,

REDACTED

AR 0268

**From:**      Miruni Soosaipillai
**To:**        Olivia Sun
**Date:**      11/24/2003 2:31:55 PM
**Subject:**   Re: Thoughts on Sprint site at 1175 Palomar Park

REDACTED