# ATTACHMENT G

Date:        November 7, 2007

To:          Zoning Hearing Officer
             Michael Schaller, Project Planner
             San Mateo County Planning & Building Department
             455 County Center, 2nd Floor
             Redwood City, California 94063

From:        Chris Durand, NSA Wireless, Inc
             Steven J. Christenson, NSA Wireless, Inc.
             Agent for the Applicant, Sprint/Nextel

Subject:     Executive Summary: Consideration of a Use Permit renewal to allow the
             continued operation of a cellular communications facility consisting of
             two (2) 13-foot tall monopoles and one (1) equipment enclosure
             measuring 18 feet by 15 feet located in the rear yard of the residential
             property located at 1175 Palomar Drive in the unincorporated Palomar
             Park area of San Mateo County. (Appeal by the permit holder from the
             decision of the Planning Commission and continued from the Board of
             Supervisors until the November 6, 2007 hearing calendar to grant the
             appeal from the decision from Zoning Hearing Officer and revoke the Use
             Permit.)

             County File No.: PLN2000-00497 (Sprint/Nextel)

*1) In order to adequately illustrate the affect of removing the Palomar
cell site (SF33XC598) from Sprint's network, could you please provide
a coverage map that shows existing coverage, minus the Palomar site.
Also, please include a legend on the map that describes what the
various colors mean.*
**Our Sprint/Nextel RF Engineer, Mr. Chris Cubanske completed your
request and is attached to this e-mail.**

*2) Do the coverage maps show signal strength for all carriers or does
it show JUST Sprint's network?*
**The signal strength depicts only the Sprint/Nextel Network.  Other
carrier's propagation is proprietary.**

*3) Is the cell site at the Cal Water tank above Big Canyon Park
(SF74XC217) part of the Sprint network or does it belong to a
different company? Do you know what coverage it provides (regardless of
whether it belongs to Sprint)?*
**According to our records the Sprint/Nextel site (SF74xc217) is not part
of the Sprint network.  The site has not been constructed, is not On-**

**AR 0325**

Air and has not been approved for funding by Sprint as a new search
ring. No, I do not know what coverage it would have provided.

*4) Cingular has a micro-site, located on a telephone pole, on Edgewood*
*Road. Was a similar alternative considered by Sprint?*
The Joint Pole Association (JPA) site on the telephone pole on Edgewood
Road is a Cingular micro-cell.  The Cingular micro-cell covers the same
area on Edgewood Road as the B sector on the Sprint/Nextel pole on Mr.
Brook's property.  It Cingular micro-cell in conjunction with the
Cingular sector <u>also</u> located on Mr. Brook's property which hands off to
the site located on the PG&E tower east of Highway 280.  The
Sprint/Nextel is a three sector site on the Brook's property and
provides better coverage than the Cingular alternative due to the fact
that micro-cells can not handle as much traffic as a conventional
macro-cell. The alternative was not considered do to the high traffic
volume along Edgewood Road.

*5) The previous coverage map provided for the Palomar cell site*
*(SF33XC598) shows a lot of good to average coverage for the area*
*around the cell site located at Sequoia Hospital (FS04XC088). However,*
*the coverage maps provided for the three alternatives indicate poor to*
*no coverage from this site. Please explain the discrepancy.*
The coverage maps recently provided showed a hypothetical without the
Brook's property coverage included.  You requested coverage of
alternatives if this site was to be revoked.  We provided RF coverage
from three prospective alternative sites, The Church of Jesus Christ of
Latter Day Saints, the Clifford School and the Fire Station/Medical
Center not the entire network as-is.  Propagation maps are typically
created to show the total impact of the proposed facility versus
existing coverage.  The original propagation maps are true depictions
of coverage with and without the Brook's property facility, there is no
contradiction.

*6) Were alternative locations within the S.F. Water/Hetch Hetchy*
*pipeline easement explored?*
The Hetch/Hetchy pipeline was not considered as alternatives for
coverage along Edgewood Road.  The topography of the roadway itself
restricts total coverage throughout.  A monopole would need to be
placed within the pipeline easement to support appropriate coverage.
The reason that Cingular, Inc. went on the south side of the Edgewood
was to cover more of the road in both the easterly and westerly
directions.  As you are aware, the San Francisquito Creek Joint Powers
Authority (SFCJPA) has authority over the creek.  Because the creek
flows through two counties and five municipalities, it is deeply
entwined in both political complexity and watershed management issues.

**AR 0326**

041

Issues of jurisdiction, flooding, sedimentation, and vegetation need
constant evaluation.  Based on these determining factors the pipeline
would not be a viable alternative candidate.

I hope that this satisfies the questions of your November 1, 2007 e-
mail.  If you have any further questions or comments, please feel free
in contacting me at 530-368-0730.

Sincerely,

Steven J. Christenson
NSA Wireless, Inc.

Cc:Chris Durand, NSA Wireless, Inc.

**AR 0327**

042



AR 0328



Coverage with SF33XC598

SIGNAL LEVEL

Good Coverage
Min signal level for typical in bldg use

AverageCoverage
Min signal level for typical in car use

Poor Coverage
Min signal level for typical on street use

AR 0329

## SAN MATEO COUNTY BOARD OF SUPERVISORS

## NOTICE OF PUBLIC HEARING

NOTICE IS HEREBY GIVEN that the San Mateo County Board of Supervisors will hold a public hearing to consider an appeal of Use Permit Renewal, pursuant to Section 6500 of the County Zoning Regulations, to allow the continued operation of a cellular communications facility consisting of two 13-foot tall monopoles and one equipment enclosure measuring 18 feet by 15 feet located in the rear yard of the residential property located at 1175 Palomar Drive in the unincorporated Palomar Park area of San Mateo County. (Appeal by the permit holder from decision of the Planning Commission to grant the appeal from the decision of the Zoning Hearing Officer and deny the renewal of the use permit.)

The application file number is PLN 2000-00497. The applicant is Sprint Spectrum, L.P. The appellant is NSA Wireless (Steve Christenson). The project is located at 1175 Palomar Drive, Palomar Park.

The Assessor's Parcel Number is 051-416-040.

The application was filed on February 23, 2006.

PROJECT FILE

The hearing will be held as follows:

|  | DATE: | December 18, 2007 |
|---|---|---|
|  | TIME: | 10:00 A.M. |
|  | PLACE: | Board of Supervisors Chambers<br>Hall of Justice and Records<br>400 County Center<br>Redwood City, California |

The meeting will be open to the public and anyone interested may appear and be heard on this matter. Consent items are typically approved without discussion unless a request is made to discuss the item on the regular agenda. All inquiries should be directed to Michael Schaller, Project Planner, Planning Department, 650/363-1849.

John Maltbie, County Manager/Clerk of the Board
400 County Center, Redwood City, CA 94063
650/363-4123

MJS:fc – MJSR1346_WFP.DOC

AR 0330

Review No.6934

## AFFIDAVIT OF PUBLICATION

## HALF MOON BAY REVIEW
AND PESCADERO PEBBLE



STATE OF CALIFORNIA } ss.

County of San Mateo

The undersigned declares: That at all times hereinafter mentioned, affiant was a citizen of the United States, over the age of eighteen years, and a resident of said County, and was at and during all said times the principal clerk of the printer and publisher of **HALF MOON BAY REVIEW and Pescadero Pebble**, a newspaper of general circulation printed and published weekly in the county of San Mateo, State of California, that the said **HALF MOON BAY REVIEW and Pescadero Pebble** is and was at all times herein mentioned, a newspaper of general circulation as the term is defined by Sections 6000 and following of the Government Code of the State of California, and, as provided by said sections, is published for the dissemination of local or telegraphic news and intelligence of a general character, having a bona fide subscription list of paying subscribers, and is not devoted to the interests, or published for the entertainment or instruction of a particular class, profession, trade, calling, race or denomination, or for the entertainment or instruction of any number of such classes, professions, trades, callings, races or denominations; that at all times said newspaper had been established, printed and published in said County and State at regular intervals for more than one year preceding the first publication of the notice therein mentioned, that said notice was set in type no smaller than nonpareil and was preceded with words printed in black face type not smaller than nonpareil, describing and expressing in general terms, the purport and character of the notice intended to be given; that the

### NOTICE OF PUBLIC HEARING
San Mateo County Board of Supervisors
December 18, 2007. 10:00am

of which the annexed is a printed copy, was published and printed in said news-paper at least **1 week** commencing on the **12th** day of **December, 2007** and ending on the **12th** day of **December, 2007**.

I declare under penalty of perjury that the foregoing is true and correct.

...................................................................

Dated at Half Moon Bay, California, this **12th** day of **December 2007.**

---

PROJECT FILE

**PUBLIC NOTICE          PUBLIC NOTICE**

## NOTICE OF PUBLIC HEARING

### SAN MATEO COUNTY BOARD OF SUPERVISORS
### NOTICE OF PUBLIC HEARING

NOTICE IS HEREBY GIVEN that the San Mateo County Board of Supervisors will hold a public hearing to consider a Use Permit Renewal pursuant to Section 6500 of the County Zoning Regulations, to allow the continued operation of a cellular communications facility consisting of two 13-foot tall monopoles and one equipment enclosure measuring 18 feet by 15 feet located in the rear yard of the residential property located at 1175 Palomar Drive in the unincorporated Palomar Park area of San Mateo County. (Appeal by the permit holder from decision of the Planning Commission to grant the appeal from the decision of the Zoning Hearing Officer and deny the renewal of the use permit.)

The application file number is PLN 2000-00497. The applicant is Sprint Spectrum, L.P. The appellant is NSA Wireless (Steve Christenson). The project is located at 1175 Palomar Drive, Palomar Park.

The Assessor's Parcel Number is 051-416-040.

The application was filed on February 23, 2006.

The hearing will be held as follows:

|  |  |
|---|---|
| DATE: | December 18, 2007 |
| TIME: | 10:00 A.M. |
| PLACE: | Board of Supervisors Chambers |
|  | Hall of Justice and Records |
|  | 400 County Center |
|  | Redwood City, California |

The meeting will be open to the public and anyone interested may appear and be heard on this matter. Consent items are typically approved without discussion unless a request is made to discuss the item on the regular agenda. All inquiries should be directed to Michael Schaller, Project Planner, Planning Department, 650/363-1849.

John Maltbie, County Manager/Clerk of the Board
400 County Center, Redwood City, CA 94063
650/363-4123

Published in the Half Moon Bay Review
December 12, 2007                                No. 693

AR 0331

November 17, 2007

San Mateo County Board of Supervisors
County Government Center
455 County Center, 2nd Floor
Redwood City, California 94063

VIA:  Hand Deliver to Board of Supervisors

> **PLN2000-00497 - Use Permit Renewal for Sprint/Nextel Cellular
> Communication Facility: APN: 051-416-040.  Located at 1175 Palomar
> Drive, Redwood City, CA 94062.  Sprint Site # SF33XC598**

On behalf of our client, Sprint/Nextel, the applicant for the above referenced project,
NSA Wireless, Inc. submits the following information:

We have contacted the Mormon Church at 1475 Edgewood Road, Redwood City, CA for
the purpose of locating a wireless facility on their property.

**The following representatives from the Mormon Church informed us that it is
Church policy not to allow wireless facilities on Mormon Church property:**

Alan Aubrey, Manager of Assets & Investments:      801-240-5877
Melinda Pierce, Property Manager:                  801-240-2929
Steve Sreeter, Property Manager of California Assets: 801-240-2929

Additionally, I have included a recent article from a local San Mateo County newspaper
announcing the launch of the SMC alert system whereby local resident can receive text
messages on their cell phones advising them of emergencies, disasters, Amber Alerts or
other important information.  Removal of the Sprint wireless facility in the Palomar area
within the County would prevent those subscribers from using this important service.

Thank you for your consideration.

Sincerely,

Chris Durand
NSA Wireless, Inc.
925-244-1890
Representative for Sprint/Nextel

AR 0332

## Query about keeping stables open after last race surprised some

**BY AARON KINNEY**
MEDIANEWS

A final season at Bay Meadows race track, which last week appeared secure, was thrown back into question Thursday at a meeting of the California Horse Racing Board's Strategic Planning Committee.

Representatives of the Northern California thoroughbred racing industry reached an agreement Sept. 10 that would allow for San Mateo's historic track to hold one last season of racing before it is demolished.

But a last-minute question about the conditions of that agreement now threatens to undo the pact, which laid out a racing schedule for Bay Meadows, Golden Gate Fields in Albany and the region's county fairs.

The question, raised by Board Member Jerome Moss at Thursday

# Alert system dialed in and ready to use

## Bulletins can be sent by e-mail, text

**BY SHAUN BISHOP**
DAILY NEWS STAFF WRITER

When the Big One hits, your cell phone will know about it.

That's the hope of San Mateo County's Office of Emergency Services, which officially rolled out its SMC Alert system on Thursday.

Using a county Web site, residents can sign up to get messages sent to cell phones or e-mail addresses about a variety of events in Peninsula cities and unincorporated areas.

Users can receive messages about things like earthquakes, major traffic accidents and Amber Alerts, but cities are also equipped to send out nonemergency bulletins about schools, weather forecasts or community events. The system allows users to choose the cities or types of information they want to know about.

In a disaster, "the most important thing besides rendering aid is to get information out," said Sheriff Greg Munks, who called the system an "exciting and powerful tool."

"It's long overdue," added Supervisor Adrienne Tissier.

The agency has been testing the system for about eight months and has about 1,650 users signed up so far, officials said.

Deciding which events to alert people about will be a balancing act, said Lt. Murray Randleman, director of the county's Office of Emergency Services and Homeland Security.

For example, officials likely will send out bulletins about major traffic tie-ups like the tractor-trailer crash that closed the San Mateo Bridge this week, but minor accidents

ALERT, page 10



# Risky surgery to separ

## First-time operation for hospital don

**BY KRISTINA PETERSON**
DAILY NEWS STAFF WRITER

Every time 2-year-old twins Yurelia and Fiorella Rocha-Arias try to reach for a toy, they fall over.

The conjoined twins from Costa Rica were born connected at the chest and abdomen. Their hearts are fused together and they share a liver. They cannot walk and their frames are now slightly bent.

But this fall, a team of physicians at Lucile Packard Children's Hospital will surgically separate the girls — the first time the hospital



On the Web

For information on the twins' progress, updates will be posted to:
http://twins.lpch.org

has performed the risky procedure in its 16 year history.

The entire operation is being provided free of charge to the family, with the doctors donating their time and expertise for an oper-

AR 0333



Are Looking
ooktacular

n and see our unique collection of
en gifts and decorations to make this
SPOOKY FUN!

nique personalized gifts
omplimentary gift wrapping

*Cranberry Scoop*

295 State Street
Downtown Los Altos
www.thecranberryscoop.com

VE UP TO
$0

TILITY BILL

energy bills
w furnace

tions • Tune-ups
irs • All makes
kes-
ant
ng Systems

FINANCING AVAILABLE
NO INTEREST/ NO PAYMENTS
For 6 or 12 months on approved credit

BONANZA
PLUMBING & AIR CONDITIONING

from

RHOIDS?

ective
on.

## ALERT
From page 1

won't go out so as not to bombard residents with messages — and potential charges for text messages.

"We want to keep it to when it's really emergency stuff," Randleman said.

There is also a portion of the system that sends messages to emergency responders. About 1,800 law enforcement and rescue employees have signed up for that service, officials said.

The county hopes to expand the system so that school districts can send out alerts.

The system is run by Arlington, Va.,-based company Roam Secure, which has designed systems for San Francisco and Marin County.

To sign up to get alerts, visit www.smcalert.info.

## TWINS
From page 1

and require at least 22 medical workers in the operating room, said Hartman, adding that each girl will have her own separate team of anesthesiologists, cardiologists, plastic surgeons and operating nurses.

One of the biggest questions going into the surgery is whether the girls' hearts, which are connected at their right atria, function together or on their own, said Dr. Frank Hanley, the hospital's chief of pediatric cardiothoracic surgery.

"Each girl has a separate, relatively completely formed heart. The challenge is to separate the common chamber so each one gets half," Hanley said.

Hartman said the liver will likely be less complicated because the twins basically have "two livers stuck together," each with its own entrances and exits.

But before the operation, the twins must first produce enough skin to cover the surgical incision on their abdomen. Four weeks

ago, doctors inserted three tissue expanders between the girls' muscle and skin. Each week, sterile salt water is injected into the expanders to stretch the skin by eight centimeters before the operation, according to information provided by the hospital. So far, the process has been successful, doctors said.

The girls arrived at the hospital in late July with their mother, Maria Elizabeth Arias, who has nine other children in San Jose,

But before the operation, the twins must first produce enough skin to cover the surgical incision on their abdomen. Four weeks ago, doctors inserted three tissue expanders between the girls' muscle and skin. Each week, sterile salt water is injected into the expanders to stretch the skin by eight centimeters before the operation, according to information provided by the hospital. So far, the process has been successful, doctors said.

Costa Rica.

The family was not available for questions, but in a prerecorded interview with an interpreter, Arias said that she found out her daughters were conjoined when she was three months pregnant and visited a doctor who performed an ultrasound.

"He said, 'Oh, Maria, there's two hearts — you're going to have twins!'" Arias said, but when she pointed out that twins

**SISTERS**, next page

## TRACK
From page 1

field," said Liebau, who had already left the meeting when Moss raised the issue. During the negotiation of next year's racing schedule, Bay Meadows agreed to keep its stables open for use by owners and trainers racing at other Northern California tracks, particularly Golden Gate Fields, so long as the facility remained a safe environment for horses.

But the committee could not satisfy its questions about that condition and what constitutes "safe." As a result, the body withdrew its unanimous decision from earlier in the meeting to rec-

ommend the schedule to the full board.

"It gets down to what is the intent of Bay Meadows with regard to keeping it open as a training facility," Board Chairman Richard Shapiro said following the meeting. "We're expecting them not to do anything out of the ordinary to create an unsafe condition for the horses."

Bay Meadows Land Co., which owns the track, plans to tear down the venue beginning as early as next fall and replace it with an 83-acre commercial and residential development. Members of the board are concerned that the construction process could put stress on the horses sta-

bled there.

Shapiro said the board wants a commitment that track operators will do everything in their control to prevent such unsafe conditions from arising.

Liebau said he'd made it clear that the track can't offer an "ironclad guarantee." Nor is there a guarantee that races will be held at all.

"We are in the process of reviewing the situation, and we'll try to come to a conclusion and make an announcement at the meeting next week," Liebau said. "The thing is in a state of flux, but I still anticipate that we will run next year."

The board will discuss the matter at its meeting Sept. 27.

AR 0334



PROJECT FILE

## COUNTY OF SAN MATEO
### Inter-Departmental Correspondence

### PLANNING AND BUILDING DEPARTMENT

|  |  |
|---|---|
| **DATE:** | October 22, 2007 |
| **BOARD MEETING DATE:** | November 6, 2007 |
| **SPECIAL NOTICE/HEARING:** | 10 days, within 300 feet |
| **VOTE REQUIRED:** | Majority |

**TO:**    Honorable Board of Supervisors

**FROM:**    Lisa Grote, Director of Community Development  *LG*

**SUBJECT:**    <u>REQUEST FOR CONTINUANCE</u>:  Public Hearing to consider an appeal for Sprint Spectrum L.P. Use Permit Renewal located at 1175 Palomar Drive.

### DISCUSSION

At the October 2, 2007 Board hearing, this item was continued so that staff could gather additional information regarding the role of this cell site within the E-911 network. Additionally, the Board requested the permit holder to submit an alternatives study. The applicant has submitted the information and staff requests additional time to review it in conformance with the Board's request and for compliance with the Telecommunications Act. Staff requests that this item be continued to December 18, 2007. Once staff has completed its analysis of the submitted alternatives study and prepared a supplemental staff report, this item will be re-agendized and re-noticed to all property owners within 300 feet of the project site and all other interested parties.

**AR 0335**

# NSA Wireless, Inc.
Site Acquisition • Planning • Construction Management • Site Modifications

Steven Christenson

2527 Camino Ramon                                    (530) 368-0730
Suite 305                                       Fax: (530) 823-5755
San Ramon, CA 94583            steven.christenson@nsawireless.com

# NSA Wireless, Inc.

*Site Acquisition • Planning • Political Advocacy • Construction Management*

Date:          October 10, 2007

To:            Zoning Hearing Officer
               Michael Schaller, Project Planner
               San Mateo County Planning & Building Department
               455 County Center, 2nd Floor
               Redwood City, California 94063

From:          Chris Durand, NSA Wireless, Inc
               Steven J. Christenson, NSA Wireless, Inc.
               Agent for the Applicant, Sprint/Nextel

Subject:       Executive Summary: Consideration of a Use Permit renewal to allow the
               continued operation of a cellular communications facility consisting of two (2)
               13-foot tall monopoles and one (1) equipment enclosure measuring 18 feet by 15
               feet located in the rear yard of the residential property located at 1175 Palomar
               Drive in the unincorporated Palomar Park area of San Mateo County. (Appeal by
               the permit holder from the decision of the Planning Commission and continued
               from the Board of Supervisors until the November 6, 2007 hearing calendar to
               grant the appeal from the decision from Zoning Hearing Officer and revoke the
               Use Permit.)

               County File No.: PLN2000-00497 (Sprint/Nextel)

## BACKGROUND

As stated in the letter dated October 4, 2007 from the Planning Commission Secretary, Rosario
Fernandez, the Board of Supervisors closed the public hearing and continued the item to
November 6, 2007. In continuing the item, the Board requested the representative for
Sprint/Nextel to provide an alternative site study for the project and directed staff to determine
the potential impacts from the removal of this cellular facility would have on public safety.

## CURRENT COVERAGE

The existing coverage maps with and without this site have been previously submitted to the
Planning Commission and staff. This map outlines the poor and average coverage that would
result if this existing telecommunications facility were to be removed. Sector A coverage would
be affected to the northwest from Appian Way to Hassler Road. The successfully completed
number of calls average 264 per day with the minutes of usage (MOU) on a daily basis from this
location of 680. Sector B provides contiguous coverage from the PG&E tower on Edgewood Rd
looking toward the west covering Highway 280. The average numbers of successfully
completed calls daily are 203. The daily minutes of usage is 625. Sector C provides
contiguous coverage along Edgewood Road to Cordilleras Road. The successfully completed

**AR 0337**

# NSA Wireless, Inc.

*Site Acquisition • Planning • Political Advocacy • Construction Management*

calls daily average 2,215. The minutes of usage are 5,462. The removal of this existing facility would impact residential emergency response in the Palomar Park area and all the commuter traffic along Edgewood Rd. In addition, there is an average of four (4) E-911 calls from this facility per month. Those are the most critical of calls that would not be able to be completed thereby delaying emergency response times to citizens in crisis.

## CHRONOLOGICAL EVENTS

| | |
|---|---|
| November 17, 2000- | Use Permit for Sprint was approved by the Planning Department |
| June 26, 2001 | Final Planning approval completed per county Case Activity log for BLD-01628. |
| September 13, 2005 | Verizon Wireless provided county staff a letter stating that they would relocate the non-conforming Sprint antenna within their project as a condition of approval (PLN 2005-00306) on the same property. |
| February 23, 2006 | Application for CUP renewal filed with county. |
| February 27, 2006 | County extended the deadline for final review renewal notice. |
| March 13, 2006 | Application sent to an outside planning firm, Jennifer Cutler, MHA Environmental Consulting, Inc. for review and comment. |
| December 7, 2006 | First ZHO public hearing to consider the renewal of the Use Permit. The recommendation was to "Approve the use permit renewal, County File No. PLN2000-00497, by making the required findings and adopting the conditions of approval in Attachment A. A modification to Condition 3-requesting the Use Permit shall be extended to December 7, 2011. The item was continued to January 18, 2007 to allow sufficient time for the applicant to implement the approved landscaping plan that was previously required and for staff to confirm installation. |
| December 23, 2006 | Landscaping was completed per the approved plan. |
| January 18, 2007 | ZHO conditionally approves renewal of the Sprint Use Permit including relocation of the existing pole to appropriate location as noted on originally approved plans. |
| February 1, 2007 | Palomar homeowners file an appeal to the Planning Commission. |
| April 12, 2007 | Sprint relocated the misplaced pole under the existing Building Permit that was granted to originally construct the site monopole. |
| April 15, 2007 | The relocation of the non-conforming site was completed. |
| May 9, 2007 | First PC hearing. Planning Commission directs staff to prepare findings for revocation. It was the recommendation from the ZHO "that the Planning Commission deny appeal and uphold the decision of the Zoning Hearing Officer…" |
| May 23, 2007 | Second PC hearing. PC discusses the proposed findings for revocation; however, the Commission is unable to adopt the findings due to lack of support for denial from all three Commissioners present (only three Commissioners were present and the vote was 2-1) |
| June 13, 2007 | Third PC public hearing. PC adopts findings for revocation. |

**AR 0338**

# NSA Wireless, Inc.

*Site Acquisition • Planning • Political Advocacy • Construction Management*

| | |
|---|---|
| June 19, 2007 | Appeal to the Board of Supervisors filed by Sprint. |
| September 17, 2007 | Staff with direction from the PC drafts its Finding for Revocation |
| September 27, 2007 | NSA Wireless, Inc. acting agent on behalf of Sprint receives staff report county recommendations. |
| October 1, 2007 | Sprint requested a continuance to further evaluate and respond to the staff report. |
| October 2, 2007 | Board of Supervisors denies Sprint continuance request and holds the public hearing. |
| October 4, 2007 | Continuance until November 6, 2007. Applicant to provide and alternative site analysis, staff is to determine the potential impacts from the removal of this site upon public safety. |

## INTRODUCTION

Sprint CDMA service currently exists to the west at #17 PG&E tower located north of Edgewood Road at Highway 280. Coverage to the east is provided by a Sprint telecommunication site located at 170 Alameda De Las Pulgas. The site in question is positioned directly in-between these two sites and provides for successful call completion and hand-off in the volume and minutes of daily usage as previously stated. .On October 9, 2007, Chris Cubanske, RF Engineer for Sprint and the site acquisition staff from NSA Wireless, Inc. conducted field evaluations in search of alternative candidates that would provide the same level of service currently existing. The following alternative analysis is the results of our investigation.

## ALTERNATIVE ANALYSIS

Candidate One:
:
The Mormon Church located at Scenic Drive and 1475 Edgewood Rd. This is at the entrance to Palomar Park at Scenic Drive. The site is approximately 500 feet below the existing facility and would not be viable for the total coverage that the existing facility currently provides. It would serve as a replacement to Sector B covering mobile traffic on Edgewood Rd from Bennett Rd to Crestview Court. It has been our experience in the past that the Mormon Church is reluctant to negotiate with wireless telecommunications carriers for use of their facilities. This is the only non-residential candidate identified that would provide some replacement coverage along Edgewood Road.

Candidate Two:

The Medical building currently located on Edmonds Drive next to the Cal Fire County Engine House #18 (previously known as the California Department of Forestry). There is a penthouse structure with an existing unused flag pole that could act as a replacement for Sector C of the existing telecommunications facility. We do not believe that it would provide more than 25% coverage of Sector A. The height of the flag pole as it relates to the topography of the area would hand off to the PG&E tower #17 facilities located next to Highway 280 and Edgewood

2527 Camino Ramon Suite 305, San Ramon CA 94583 (925) 244-1890 Fax (925) 355-0672

**AR 0339**

]

# NSA Wireless, Inc.

*Site Acquisition • Planning • Political Advocacy • Construction Management*

Rd. In speaking with the Cal Fire employees, they informed us that their land line phone service is periodically interrupted leaving them to rely on wireless phone service. They also stated that their two-way radios do not work in the Medical Building next door-again leaving them to rely on wireless phone service. They would support a site at their facility to enhance cellular service, but this would not provide more than 25% that the existing site currently covers. This would also include a long lease timeframe as we would have to negotiate with the County of San Mateo for the use of their facility.

Candidate Three:

The existing joint utility pole located at the rear of the residential property located at 1175 Palomar Drive. Both Sector B and Sector C could be mounted above the existing utilities and painted to match the wood utility pole and would provide the same or better coverage than the existing facility provides. The process would require a JPA Agreement with Pacific Gas & Electric and AT&T, but could potentially reduce one visual element of the site by removing the 13 foot monopole near the south property line.

Candidate Four:

The Clifford K-8 school located at Scenic Drive. This is a single story building located at approximately the same elevation as Edgewood Road. A potential wireless site at the existing building height is not feasible. In consideration of the existing topography, we would need to elevate the site significantly with a light pole or other tower structure to provide 25% of the coverage of Sector A. The school would not be viable as a candidate for Sector B.

DISCUSSION TOPIC

Redwood City Daily News

The Newspaper article from the Redwood City Daily News dated September 21, 2007 written by Daily News Staff Writer Shaun Bishop titled "Alert System Dialed In and Ready for Use." The article states" When the Big One hits, your cell phone will know about it. That's the hope of the San Mateo County's Office of Emergency Services, which officially rolled out its SMC Alert system on Thursday. Using the county Web site, residents can sign up to get messages sent to cell phones or e-mail addresses about a variety of events in Peninsula cities and unincorporated areas. Users can receive messages about things like earthquakes, major traffic accidents and Amber Alerts...In a disaster, "the most important thing besides rendering aid is to get information out," said Sheriff Greg Munks, who called the system an "exciting and powerful tool." "It's long overdue," added Supervisor Adrienne Tissier. The agency has been testing the system for about eight months and has about 1,650 users signed up so far, officials said. The article continues on to state," There is also a portion of the system that sends messages to emergency responders. About 1,800 law enforcement and rescue employees have signed up for the service, officials said. The county hopes to expand the system so that school districts can send out alerts." See attached.

# NSA Wireless, Inc.

*Site Acquisition • Planning • Political Advocacy • Construction Management*

Cal Fire Web Page-(Fire Prevention and Planning)

About Communities at Risk

"To help protect people and their property from potential catastrophic wildfire, the national Fire Plan directs funding to be provided for projects designed to reduce the fire risks to communities. A fundamental step in achieving this goal was the identification of communities that are at high risk of damage by wildfire. These high risk communities identified within the wild land-urban interface, the area where homes and wild lands intermix, were published in the Federal Register in 2001. At the request of Congress, the Federal Register notice only listed those communities neighboring federal lands. The list represents the collaborative work of the 50 states and five federal agencies using a standardized process, whereby states were asked to submit all communities within their borders that met the criteria of structure at high risk from wildfire. Redwood City in the San Mateo County is listed, seventh down on page 3 of 18 of this Federal Register list. See attached.

Emergency Services Open Bidding

Under current state law there is Open Bidding for all telecommunications carriers to provide their services to Emergency Services Departments throughout the State of California. These contracts are designated for a certain period of time and then re-bid. Example: The current state wide provider for emergency services has been awarded to Verizon Wireless. Under the previous state contract, the service provider was Cingular Wireless. Deactivating or revoking E-911 emergency services with coverage that has been provided for six years will result in an unfair disadvantage to Sprint during the next open bidding session.

CONCLUSION

The Sprint site at 1175 Palomar Drive provides important wireless voice and data service and critical E-911 emergency calling capabilities to a major San Mateo County thoroughfare "Edgewood Road." This site also provides "good" in-building coverage to the Palomar Park and Crestview neighborhood. The nature of wireless technology is constantly evolving from mobile phone applications to data service; internet connections, air cards for laptop and home computers and the replacement of landline phone service. The average completed call volume for the two (2) sectors providing coverage (A and C) to the residential area exceeds 14,000 per month. The average completed call volume for the east facing sector servicing Edgewood Road exceeds 80,000 calls per month. While it is feasible to provide some level of replacement coverage along Edgewood Road with one or more of the alternative sites this Sector B has the highest traffic call usage and will be the most difficult to replace, it would be more feasible to replace the service coverage currently available in the residential areas.

Sprint respectfully requests that the Board of Supervisors carefully review the attached photographs and coverage maps attached to the alternative analysis, and personally visit the site to understand its uniqueness and minimal impact on the neighborhood.

**AR 0341**



Predicted Coverage With Existing CDMA Site FS04XC320
Located On PG&E Tower #17 at Edgewood Rd.&Hwy 280
And Hypothetical Site Located At Clifford School

AR 0342



Predicted Coverage With Existing CDMA Site FS04XC320
Located On PG&E Tower #17 at Edgewood Rd.&Hwy 280
And Hpyothetical Site Located at The Fire Station/Medical Center

AR 0343



Predicted Coverage With Existing CDMA Site FS04XC320
Located On PG&E Tower #17 at Edgewood Rd.&Hwy 280
And Hypothetical Site Located at The Church Of Jesus
Christ Of Latter Day Saints at 1475 Edgewood Rd

AR 0344



Panorama

Applied Imagination 510 914-0500

Medical Building

PG&E Tower site

① Looking East

② Looking Southeast

③ Looking Southwest

Sprint

**Palomar**

1175 Palomar Drive
Redwood City, CA

10/10/07

**AR 0345**



Sprint

**Palomar**

1175 Palomar Drive
Redwood City, CA

10/10/07

**AR 0346**

**Aerial Map**

Applied Imagination 510 914-0500

Sprint PCS antenna not visible

AT&T antenna

Sprint PCS antenna not visible

View ①

Sprint PCS antennas not visible

AT&T antenna

Sprint PCS antenna not visible

View ②

Sprint

**Palomar**
1175 Palomar Drive
Redwood City, CA

10/10/07

**AR 0347**

Applied Imagination 510 914-0500



Sprint PCS antenna not visible    AT&T antenna    Sprint PCS antenna

Sprint PCS antenna

AT&T antenna

View ③

Sprint PCS antenna

View ④

Sprint

**Palomar**
1175 Palomar Drive
Redwood City, CA

10/10/07

**AR 0348**

Applied Imagination 510 914-0500







Sprint ✈    **Palomar**                                        **AR  0349**          Flyover

1175 Palomar Drive
10/10/07          Redwood City, CA

Applied Imagination 510 914-0500