7.    The installation shall be removed in its entirety at that time when this technology becomes obsolete or this facility is no longer needed.

        *Compliance with Condition?* Yes. The installation has not been removed since technology is not yet obsolete and the facility is still needed.

        *Recommend to Retain Condition?* Yes.

8.    The applicant shall submit an erosion control plan which implements best management practices to prevent erosion and sedimentation during the entire construction process prior to building permit issuance. The plan shall include, but is not limited to: (1) installation of silt blankets and fiber rolls below all areas of earth clearing, (2) covering of surcharges for protection from rain and wind erosion, and (3) replanting all disturbed areas immediately upon completion of construction with indigenous vegetation.

        *Compliance with Condition?* Yes. This was confirmed as having been met when the initial building permit for the facility was issued.

        *Recommend to Retain Condition?* Yes. The building permit is still in an "issued" status and has not been finalized.

9.    During project construction, the applicant shall, pursuant to Section 5022 of the San Mateo County Ordinance Code, minimize the transport and discharge of stormwater runoff from the construction site into storm drain systems and water bodies by:

        a.    Disposing of removed soil in a County-approved landfill, or by spreading the soil in the immediate vicinity employing the above erosion control techniques at a depth not to exceed 6 inches in height.

        b.    Stabilizing all denuded areas and maintaining erosion control measures continuously between October 15 and April 15.

        c.    Removing spoils promptly and avoiding stockpiling of fill materials, when rain is forecast. If rain threatens, stockpiled soils and other materials shall be covered with a tarp or other waterproof material.

        d.    Storing, handling, and disposing of construction materials and wastes so as to avoid their entry to the storm drain system or water body.

        e.    Avoiding cleaning, fueling or maintaining vehicles on-site, except in an area designated to contain and treat runoff.

        f.    The applicant shall revegetate construction areas with native plant

**AR 0573**

materials (trees, shrubs, and/or groundcover), which are compatible with the surrounding vegetation and are suitable to the climate, soil, and ecological characteristics of the area.

*Compliance with Condition?* Yes. This was confirmed as having been met when the initial building permit was issued.

*Recommend to Retain Condition?* Yes. The building permit is still in an "issued" status and has not been finalized.

California Department of Forestry

10.    Maintain around and adjacent to such buildings or structures a fuelbreak/firebreak made by removing and clearing away flammable vegetation for a minimum distance of 30 feet. Remove that dead or dying portion of any tree which extends over the any structure.

*Compliance with Condition?* Yes.

*Recommend to Retain Condition?* Yes.

11.    All buildings and structures must have an address posted in such a location and in such a manner that it can be easily seen while traveling in both directions on the main road day or night. Numerals shall be contrasting in color to their background and shall be no less than 4 inches in height, and have a minimum stroke of 3/4 inch.

*Compliance with Condition?* Yes.

*Recommend to Retain Condition?* Yes.

12.    All proposed enclosed structures on the site shall be equipped with an approved FM 200 fire protection system or equivalent. Plans and calculations must be submitted to the San Mateo County Building Inspection Section for review and approval by the County Fire Department.

*Compliance with Condition?* Yes.

*Recommend to Retain Condition?* Yes, but modified to: All proposed enclosed structures on the site shall be equipped with an approved FM 200 fire protection system or equivalent which shall be maintained for the duration of the use permit.

13.    Access must be provided from the street to the access gate at the proposed

**AR 0574**

site. The access must be provided in such a manner that emergency crews can get emergency medical equipment and fire fighting equipment to the scene.

*Compliance with Condition?* Yes. This condition was met at the time of initial building permit for the facility and was confirmed by a site visit on September 22, 2006.

*Recommend to Retain Condition?* Yes.

14. The proposed wood fencing is not desirable in this area because of the fire hazard. A metal fence with slats would be more desirable solution to protect the facility.

*Compliance with Condition?* Yes. This was confirmed as having been met when the initial building permit for the facility and was confirmed by a site visit on September 22, 2006.

*Recommend to Retain Condition?* Yes, but modified to: The metal fence with slats shall be maintained to protect this facility.

15. A Knox Box is required at the entry gate to allow emergency personnel access to the site in case of an emergency. Contact the County Fire Department at 650/573-3846 for details.

*Compliance with Condition?* Yes. No entry gate prevents entrance to the property. The site is open and accessible at all times.

*Recommend to Retain Condition?* Yes, but modified to: The project site shall remain accessible at all times. If an entry gate is installed, then a Knox Box is required at the entry gate to allow emergency personnel access to the site in case of an emergency. Contact the County Fire Department at 650/573-3846 for details.

16. A final inspection will be required before the site can be put into use. All project conditions which result in the issuance of a building permit will be required to be completed at that time.

*Compliance with Condition?* Yes. County Fire has finalized its responsibility for the building permit on June 21, 2001.

*Recommend to Retain Condition?* No.

17. A more in-depth plan review will be conducted at the time a building permit is applied for. This has been a preliminary review and additional conditions may be placed on the project at the building permit application stage.

**AR 0575**

*Compliance with Condition?* Yes.

*Recommend to Retain Condition?* No.

H.   CONFORMANCE WITH USE PERMIT FINDINGS

In order to continue the operation of this facility, the following use permit findings are necessary:

1.   **Find that the establishment, maintenance and/or conducting of the use will not, under the circumstances of the particular case, be detrimental to the public welfare or injurious to property or improvements in said neighborhood.**

The impacts from the continued operation of this facility, subject to the recommended conditions of approval, will be minimal. County staff has received no complaints regarding interference with household appliances or communications equipment resulting from the antennas.

Because the facility is unmanned and only requires periodic service visits, continued operation of the facility should not generate additional traffic, noise, or intensity of use of the property.

2.   **Find that the use is necessary for the public health, safety, convenience, or welfare.**

The use is for telecommunication services. The FCC has established the desirability and need for wireless communications facilities to enable communication between mobile units and the existing wire-dependent telephone system. This facility contributes to an enhanced wireless network for increased clarity, range, and system capacity, and therefore is a benefit to both public and private users. The wireless network is considered necessary for public health, safety, convenience, and welfare, particularly in the case of a large-scale natural disaster, such as an earthquake or wildland fire. No adverse effects to public health and safety would result from the continued operation of this facility.

**FISCAL IMPACT**

None.

**ATTACHMENTS**

A.   Recommended Findings for Permit Revocation

**AR 0576**

B.  Appellant's Letter of Appeal
C.  Location and Vicinity Map
D.  Site Plan
E.  Alternative Recommended Findings and Conditions of Approval
F.  Alternative's Study (prepared by NSA Wireless)
G.  Supplemental Information from NSA Wireless


LG:MJS:fc – MJSR1283_WFU.DOC


Attachment A

COUNTY OF SAN MATEO
PLANNING AND BUILDING DEPARTMENT

**RECOMMENDED FINDINGS AND REQUIRED ACTION**

Permit File Number: PLN 2000-00497          Board Meeting Date: December 18, 2007

Prepared By:    Michael Schaller, Senior Planner    For Adoption By: Board of Supervisors


**RECOMMENDED FINDINGS**

Regarding the Use Permit Renewal, Find:

1.  That the permit holder, Sprint Spectrum L.P., has failed to comply in a timely manner with conditions of approval established in 2000. Specifically, Sprint failed to install required landscaping and relocate a misplaced pole prior to expiration of the original use permit. Sprint Spectrum L.P. also failed to submit a request for permit renewal prior to the expiration date of the original permit.

2.  That the permit holder, Sprint Spectrum L.P., failed to show that alternative sites or a combination of sites would be unable to achieve adequate coverage for the customers for whom it provides cellular services.


**REQUIRED ACTION**

The permit holder, Sprint Spectrum L.P., must obtain a demolition permit within 60 days of this decision and remove the facility in its entirety within 30 days of issuance of the demolition permit.

**AR 0577**

LG:MJS:fc – MJSR1283_WFU.DOC

AR  0578

Attachment A

COUNTY OF SAN MATEO
PLANNING AND BUILDING DEPARTMENT

## RECOMMENDED FINDINGS AND REQUIRED ACTION

Permit File Number:  PLN 2000-00497          Board Meeting Date:  December 18, 2007

Prepared By:  Michael Schaller, Senior          For Adoption By:  Board of Supervisors
Planner

## RECOMMENDED FINDINGS

Regarding the Use Permit Renewal, Find:

1.   That the permit holder, Sprint Spectrum L.P., has failed to comply in a timely
     manner with conditions of approval established in 2000.  Specifically, Sprint failed
     to install required landscaping and relocate a misplaced pole prior to expiration of
     the original use permit.  Sprint Spectrum L.P. also failed to submit a request for
     permit renewal prior to the expiration date of the original permit.

2.   That the permit holder, Sprint Spectrum L.P., failed to show that alternative sites or
     a combination of sites would be unable to achieve adequate coverage for the
     customers for whom it provides cellular services.

## REQUIRED ACTION

The permit holder, Sprint Spectrum L.P., must obtain a demolition permit within 60 days
of this decision and remove the facility in its entirety within 30 days of issuance of the
demolition permit.

16

**AR  0579**

# Application for Appeal

☐ To the Planning Commission
☒ To the Board of Supervisors

## 1. Appellant Information

Name: T. Monroe Cochran

Address: 2527 Camino Ramon, St. 305
San Ramon, Ca.

Phone, W: 530-383-0589 H: 925-244-1890

Zip: 94583

## 2. Appeal Information

Permit Numbers involved: PLN-2000-00497

I have read and understood the attached information regarding appeal process and alternatives.

☒ yes          ☐ no

I hereby appeal the decision of the:

☐ Staff or Planning Director
☐ Zoning Hearing Officer
☐ Design Review Committee
☒ Planning Commission

made on June 13 20 07 to approve/deny the above-listed permit applications.

Appellant's Signature:

T Monroe Cochran

Date: 6/19/2007

## 3. Basis for Appeal

Planning staff will prepare a report based on your appeal. In order to facilitate this, your precise objections are needed. For example: Do you wish the decision reversed? If so, why? Do you object to certain conditions of approval? If so, then which conditions and why?

I wish the decision of the planning commission reversed because the commission had recomendations from the planning department before it which upheld all requirements of approval for the renewal of an existing use permit. This permit allowed Sprint PCS to build and operate a very critical cellular communications facility on property located at 1175 Palomar Dr. Redwood City Ca. This location had an existing PACBELL/CINGULAR/AT&T facility allveady, and Sprint showed the necessity of using this location to provide service to an area where service was poor or non-existant.

ATTACHMENT B

0 1 7

AR 0580



ATTACHMENT C

San Mateo County Board of Supervisors' Meeting

Applicant:

File Numbers:



**Vicinity Map**

**San Mateo County Board of Supervisors' Meeting**

Owner/Applicant: Sprint

File Numbers:    PLN 2000-00497

ATTACHMENT C

PROJECT PARCEL



# Enlarged Site Plan

## ATTACHMENT D

### San Mateo County Board of Supervisors' Meeting

Owner/Applicant: **Sprint**

File Numbers: **PLN 2000-00497**

AR 0583

020



**Landscape Site Plan**

ATTACHMENT D

San Mateo County Board of Supervisors' Meeting

Owner/Applicant: **Sprint**

File Numbers: **PLN 2000-00497**

AR 0584

Attachment E

COUNTY OF SAN MATEO
PLANNING AND BUILDING DEPARTMENT

## ALTERNATIVE RECOMMENDED FINDINGS AND CONDITIONS OF APPROVAL

Permit File Number:  PLN 2000-00497           Board Meeting Date:  December 18, 2007

Prepared By:   Michael Schaller, Senior          For Adoption By:  Board of Supervisors
                         Planner

## ALTERNATIVE RECOMMENDED FINDINGS

For the Environmental Review, Find:

1.   That this project is exempt from environmental review pursuant to the California
     Environmental Quality Act (CEQA), Section 15301, Class 1, relating to operation
     or permitting of existing private structures or facilities involving no expansion of
     use.

For the Use Permit, Find:

2.   That the establishment, maintenance, and conducting of the proposed use will not,
     under the circumstances of the particular case, result in a significant adverse
     impact, or be detrimental to the public welfare or injurious to property or improve-
     ments in said neighborhood.  The impacts from the continued operation of this
     facility, subject to the recommended conditions of approval, will be minimal.
     County staff has received no complaints regarding interference with household
     appliances or communications equipment resulting from the antennas.  Because
     the facility is unmanned and only requires periodic service visits, continued
     operation of the facility should not generate additional traffic, noise, or intensity of
     use of the property.

3.   That the approval of this cellular telecommunications addition is necessary for the
     public health, safety, convenience or welfare.  The use is for telecommunication
     services.  The FCC has established the desirability and need for wireless com-
     munications facilities to enable communication between mobile units and the
     existing wire-dependent telephone system.  This facility contributes to an
     enhanced wireless network for increased clarity, range, and system capacity, and
     therefore is a benefit to both public and private users.  The wireless network is
     considered necessary for public health, safety, convenience, and welfare,
     particularly in the case of a large-scale natural disaster, such as an earthquake or
     wildland fire.  No adverse effects to public health and safety will result from the
     continued operation of this facility.

1

022

**AR 0585**

## ALTERNATIVE RECOMMENDED CONDITIONS OF APPROVAL

Planning Department

1.  This approval applies only to the proposal as described in this report and plans and documents submitted to the Planning Department on July 14, 2000. Minor adjustments to the project in the course of applying for building permits may be approved by the Community Development Director if they are consistent with the intent of and in substantial conformance with this approval.

2.  The applicant shall complete all aspects of the open building permit (BLD 2000-01628), including relocation of the antenna pole, within four (4) months of use permit renewal.

3.  This use permit shall be valid for a 10-year period and shall expire on December 18, 2017. The applicant shall file for a renewal of this permit six months prior to the expiration with the County Planning and Building Department, if continuation of this use is desired. Any modifications to this facility will require a use permit amendment. If an amendment is requested, the applicant shall submit the necessary documents and fees for consideration at a public hearing.

4.  The monopoles and antennas shall be repainted in the originally approved and painted color, "enviro-green." Metal fencing with green plastic slats shall be maintained in good condition. Any proposed change to the color shall be reviewed and approved by the Planning Department prior to painting. Any new color proposed shall blend with the character of the site and the vegetation in the vicinity.

5.  Construction hours shall be Monday through Friday 7:00 a.m. to 6:00 p.m., Saturday 9:00 a.m. to 5:00 p.m., and no construction will be allowed on Sundays or national holidays.

6.  Noise levels produced by the proposed construction activity shall not exceed 80-dBA level at any one moment.

7.  The installation shall be removed in its entirety at that time when this technology becomes obsolete or this facility is no longer needed.

8.  The applicant shall submit an erosion control plan which implements best management practices to prevent erosion and sedimentation during the entire construction process prior to building permit issuance. The plan shall include, but is not limited to: (1) installation of silt blankets and fiber rolls below all areas of earth clearing, (2) covering of surcharges for protection from rain and wind erosion, and (3) replanting all disturbed areas immediately upon completion of construction with indigenous vegetation.

**AR 0586**

028

9.   During project construction, the applicant shall, pursuant to Section 5022 of the San Mateo County Ordinance Code, minimize the transport and discharge of stormwater runoff from the construction site into storm drain systems and water bodies by:

    a.   Disposing of removed soil in a County-approved landfill, or by spreading the soil in the immediate vicinity employing the above erosion control techniques at a depth not to exceed 6 inches in height.

    b.   Stabilizing all denuded areas and maintaining erosion control measures continuously between October 15 and April 15.

    c.   Removing spoils promptly and avoiding stockpiling of fill materials when rain is forecast.  If rain threatens, stockpiled soils and other materials shall be covered with a tarp or other waterproof material.

    d.   Storing, handling, and disposing of construction materials and wastes so as to avoid their entry to the storm drain system or water body.

    e.   Avoiding cleaning, fueling or maintaining vehicles on-site, except in an area designated to contain and treat runoff.

    f.   The applicant shall revegetate construction areas with native plant materials (trees, shrubs, and/or groundcover), which are compatible with the surrounding vegetation and are suitable to the climate, soil, and ecological characteristics of the area.

California Department of Forestry

10.  Maintain around and adjacent to such buildings or structures, a fuelbreak/firebreak made by removing and clearing away flammable vegetation for a minimum distance of 30 feet.  Remove that dead or dying portion of any tree which extends over any structure.

11.  All buildings and structures must have an address posted in such a location and in such a manner that it can be easily seen while traveling in both directions on the main road day or night.  Numerals shall be contrasting in color to their background and shall be no less than 4 inches in height, and have a minimum stroke of 3/4 inch.

12.  All proposed enclosed structures on the site shall be equipped with an approved FM 200 fire protection system or equivalent which shall be maintained for the duration of the use permit.

024

AR 0587

13.  Access must be provided from the street to the access gate at the proposed site. The access must be provided in such a manner that emergency crews can get emergency medical equipment and fire fighting equipment to the scene.

14.  The existing metal fence with slats shall be maintained to protect the facility.

15.  The project site shall remain accessible at all times.  If an entry gate is installed, then a Knox Box is required at the entry gate to allow emergency personnel access to the site in case of an emergency.  Contact the County Fire Department at 650/573-3846 for details.

025

4

**AR 0588**

ATTACHMENT F

# NSA Wireless, Inc.

*Site Acquisition • Planning • Political Advocacy • Construction Management*

Date:          October 10, 2007

To:            Zoning Hearing Officer
               Michael Schaller, Project Planner
               San Mateo County Planning & Building Department
               455 County Center, 2nd Floor
               Redwood City, California 94063

From:          Chris Durand, NSA Wireless, Inc
               Steven J. Christenson, NSA Wireless, Inc.
               Agent for the Applicant, Sprint/Nextel

Subject:       Executive Summary: Consideration of a Use Permit renewal to allow the
               continued operation of a cellular communications facility consisting of two (2)
               13-foot tall monopoles and one (1) equipment enclosure measuring 18 feet by 15
               feet located in the rear yard of the residential property located at 1175 Palomar
               Drive in the unincorporated Palomar Park area of San Mateo County. (Appeal by
               the permit holder from the decision of the Planning Commission and continued
               from the Board of Supervisors until the November 6, 2007 hearing calendar to
               grant the appeal from the decision from Zoning Hearing Officer and revoke the
               Use Permit.)

               County File No.: PLN2000-00497 (Sprint/Nextel)

## BACKGROUND

As stated in the letter dated October 4, 2007 from the Planning Commission Secretary, Rosario
Fernandez, the Board of Supervisors closed the public hearing and continued the item to
November 6, 2007. In continuing the item, the Board requested the representative for
Sprint/Nextel to provide an alternative site study for the project and directed staff to determine
the potential impacts from the removal of this cellular facility would have on public safety.

## CURRENT COVERAGE

The existing coverage maps with and without this site have been previously submitted to the
Planning Commission and staff. This map outlines the poor and average coverage that would
result if this existing telecommunications facility were to be removed. Sector A coverage would
be affected to the northwest from Appian Way to Hassler Road. The successfully completed
number of calls average 264 per day with the minutes of usage (MOU) on a daily basis from this
location of 680. Sector B provides contiguous coverage from the PG&E tower on Edgewood Rd
looking toward the west covering Highway 280. The average numbers of successfully
completed calls daily are 203. The daily minutes of usage are 625. Sector C provides
contiguous coverage along Edgewood Road to Cordilleras Road. The successfully completed

026

**AR 0589**

# NSA Wireless, Inc.

*Site Acquisition • Planning • Political Advocacy • Construction Management*

calls daily average 2,215. The minutes of usage are 5,462. The removal of this existing facility would impact residential emergency response in the Palomar Park area and all the commuter traffic along Edgewood Rd. In addition, there is an average of four (4) E-911 calls from this facility per month. Those are the most critical of calls that would not be able to be completed thereby delaying emergency response times to citizens in crisis.

## CHRONOLOGICAL EVENTS

| | |
|---|---|
| November 17, 2000-<br>June 26, 2001 | Use Permit for Sprint was approved by the Planning Department<br>Final Planning approval completed per county Case Activity<br>log for BLD-01628. |
| September 13, 2005 | Verizon Wireless provided county staff a letter stating that they would relocate the non-conforming Sprint antenna within their project as a condition of approval (PLN 2005-00306) on the same property. |
| February 23, 2006 | Application for CUP renewal filed with county. |
| February 27, 2006 | County extended the deadline for final review renewal notice. |
| March 13, 2006 | Application sent to an outside planning firm, Jennifer Cutler, MHA Environmental Consulting, Inc. for review and comment. |
| December 7, 2006 | First ZHO public hearing to consider the renewal of the Use Permit. The recommendation was to "Approve the use permit renewal, County File No. PLN2000-00497, by making the required findings and adopting the conditions of approval in Attachment A. A modification to Condition 3-requesting the Use Permit shall be extended to December 7, 2011. The item was continued to January 18, 2007 to allow sufficient time for the applicant to implement the approved landscaping plan that was previously required and for staff to confirm installation. |
| December 23, 2006 | Landscaping was completed per the approved plan. |
| January 18, 2007 | ZHO conditionally approves renewal of the Sprint Use Permit including relocation of the existing pole to appropriate location as noted on originally approved plans. |
| February 1, 2007 | Palomar homeowners file an appeal to the Planning Commission. |
| April 12, 2007 | Sprint relocated the misplaced pole under the existing Building Permit that was granted to originally construct the site monopole. |
| April 15, 2007 | The relocation of the non-conforming site was completed. |
| May 9, 2007 | First PC hearing. Planning Commission directs staff to prepare findings for revocation. It was the recommendation from the ZHO "that the Planning Commission deny appeal and uphold the decision of the Zoning Hearing Officer..." |
| May 23, 2007 | Second PC hearing. PC discusses the proposed findings for revocation; however, the Commission is unable to adopt the findings due to lack of support for denial from all three Commissioners present (only three Commissioners were present and the vote was 2-1) |
| June 13, 2007 | Third PC public hearing. PC adopts findings for revocation. |

# NSA Wireless, Inc.

*Site Acquisition • Planning • Political Advocacy • Construction Management*

| | |
|---|---|
| June 19, 2007 | Appeal to the Board of Supervisors filed by Sprint. |
| September 17, 2007 | Staff with direction from the PC drafts its Finding for Revocation |
| September 27, 2007 | NSA Wireless, Inc. acting agent on behalf of Sprint receives staff report county recommendations. |
| October 1, 2007 | Sprint requested a continuance to further evaluate and respond to the staff report. |
| October 2, 2007 | Board of Supervisors denies Sprint continuance request and holds the public hearing. |
| October 4, 2007 | Continuance until November 6, 2007. Applicant to provide and alternative site analysis, staff is to determine the potential impacts from the removal of this site upon public safety. |

## INTRODUCTION

Sprint CDMA service currently exists to the west at #17 PG&E tower located north of Edgewood Road at Highway 280. Coverage to the east is provided by a Sprint telecommunication site located at 170 Alameda De Las Pulgas. The site in question is positioned directly in-between these two sites and provides for successful call completion and hand-off in the volume and minutes of daily usage as previously stated. .On October 9, 2007, Chris Cubanske, RF Engineer for Sprint and the site acquisition staff from NSA Wireless, Inc. conducted field evaluations in search of alternative candidates that would provide the same level of service currently existing. The following alternative analysis is the results of our investigation.

## ALTERNATIVE ANALYSIS

Candidate One:
:

The Mormon Church located at Scenic Drive and 1475 Edgewood Rd. This is at the entrance to Palomar Park at Scenic Drive. The site is approximately 500 feet below the existing facility and would not be viable for the total coverage that the existing facility currently provides. It would serve as a replacement to Sector B covering mobile traffic on Edgewood Rd from Bennett Rd to Crestview Court. It has been our experience in the past that the Mormon Church is reluctant to negotiate with wireless telecommunications carriers for use of their facilities. This is the only non-residential candidate identified that would provide some replacement coverage along Edgewood Road.

Candidate Two:

The Medical building currently located on Edmonds Drive next to the Cal Fire County Engine House #18 (previously known as the California Department of Forestry). There is a penthouse structure with an existing unused flag pole that could act as a replacement for Sector C of the existing telecommunications facility. We do not believe that it would provide more than 25% coverage of Sector A. The height of the flag pole as it relates to the topography of the area would hand off to the PG&E tower #17 facilities located next to Highway 280 and Edgewood

# NSA Wireless, Inc.

*Site Acquisition • Planning • Political Advocacy • Construction Management*

Rd. In speaking with the Cal Fire employees, they informed us that their land line phone service is periodically interrupted leaving them to rely on wireless phone service. They also stated that their two-way radios do not work in the Medical Building next door-again leaving them to rely on wireless phone service. They would support a site at their facility to enhance cellular service, but this would not provide more than 25% that the existing site currently covers. This would also include a long lease timeframe as we would have to negotiate with the County of San Mateo for the use of their facility.

Candidate Three:

The existing joint utility pole located at the rear of the residential property located at 1175 Palomar Drive. Both Sector B and Sector C could be mounted above the existing utilities and painted to match the wood utility pole and would provide the same or better coverage than the existing facility provides. The process would require a JPA Agreement with Pacific Gas & Electric and AT&T, but could potentially reduce one visual element of the site by removing the 13 foot monopole near the south property line.

Candidate Four:

The Clifford K-8 school located at Scenic Drive. This is a single story building located at approximately the same elevation as Edgewood Road. A potential wireless site at the existing building height is not feasible. In consideration of the existing topography, we would need to elevate the site significantly with a light pole or other tower structure to provide 25% of the coverage of Sector A. The school would not be viable as a candidate for Sector B.

DISCUSSION TOPIC

Redwood City Daily News

The Newspaper article from the Redwood City Daily News dated September 21, 2007 written by Daily News Staff Writer Shaun Bishop titled "Alert System Dialed In and Ready for Use." The article states" When the Big One hits, your cell phone will know about it. That's the hope of the San Mateo County's Office of Emergency Services, which officially rolled out its SMC Alert system on Thursday. Using the county Web site, residents can sign up to get messages sent to cell phones or e-mail addresses about a variety of events in Peninsula cities and unincorporated areas. Users can receive messages about things like earthquakes, major traffic accidents and Amber Alerts...In a disaster, "the most important thing besides rendering aid is to get information out," said Sheriff Greg Munks, who called the system an "exciting and powerful tool." "It's long overdue," added Supervisor Adrienne Tissier. The agency has been testing the system for about eight months and has about 1,650 users signed up so far, officials said. The article continues on to state," There is also a portion of the system that sends messages to emergency responders. About 1,800 law enforcement and rescue employees have signed up for the service, officials said. The county hopes to expand the system so that school districts can send out alerts." See attached.

# NSA Wireless, Inc.

*Site Acquisition • Planning • Political Advocacy • Construction Management*

Cal Fire Web Page-(Fire Prevention and Planning)

About Communities at Risk

"To help protect people and their property from potential catastrophic wildfire, the national Fire Plan directs funding to be provided for projects designed to reduce the fire risks to communities. A fundamental step in achieving this goal was the identification of communities that are at high risk of damage by wildfire. These high risk communities identified within the wild land-urban interface, the area where homes and wild lands intermix, were published in the Federal Register in 2001. At the request of Congress, the Federal Register notice only listed those communities neighboring federal lands. The list represents the collaborative work of the 50 states and five federal agencies using a standardized process, whereby states were asked to submit all communities within their borders that met the criteria of structure at high risk from wildfire. Redwood City in the San Mateo County is listed, seventh down on page 3 of 18 of this Federal Register list. See attached.

Emergency Services Open Bidding

Under current state law there is Open Bidding for all telecommunications carriers to provide their services to Emergency Services Departments throughout the State of California. These contracts are designated for a certain period of time and then re-bid. Example: The current state wide provider for emergency services has been awarded to Verizon Wireless. Under the previous state contract, the service provider was Cingular Wireless. Deactivating or revoking E-911 emergency services with coverage that has been provided for six years will result in an unfair disadvantage to Sprint during the next open bidding session.

CONCLUSION

The Sprint site at 1175 Palomar Drive provides important wireless voice and data service and critical E-911 emergency calling capabilities to a major San Mateo County thoroughfare "Edgewood Road." This site also provides "good" in-building coverage to the Palomar Park and Crestview neighborhood. The nature of wireless technology is constantly evolving from mobile phone applications to data service; internet connections, air cards for laptop and home computers and the replacement of landline phone service. The average completed call volume for the two (2) sectors providing coverage (A and C) to the residential area exceeds 14,000 per month. The average completed call volume for the east facing sector servicing Edgewood Road exceeds 80,000 calls per month. While it is feasible to provide some level of replacement coverage along Edgewood Road with one or more of the alternative sites this Sector B has the highest traffic call usage and will be the most difficult to replace, it would be more feasible to replace the service coverage currently available in the residential areas.

Sprint respectfully requests that the Board of Supervisors carefully review the attached photographs and coverage maps attached to the alternative analysis, and personally visit the site to understand its uniqueness and minimal impact on the neighborhood.

030

AR 0593



Sprint PCS antenna not visible

AT&T antenna

Sprint PCS antenna not visible

View ①



Sprint PCS antennas not visible

AT&T antenna

AT&T antenna

Sprint PCS antenna not visible

View ②

Sprint

**Palomar**
1175 Palomar Drive
Redwood City, CA

10/10/07

031

Applied Imagination 510 914-0500

Panorama

Appled Imagination 510 914-0600

Medical Building

PG&E Tower site

(1) Looking East

(2) Looking Southeast

(3) Looking Southwest

Sprint

**Palomar**
1175 Palomar Drive
Redwood City, CA

10/10/07



Sprint PCS antenna not visible     AT&T antenna     Sprint PCS antenna

Sprint PCS antenna
AT&T antenna

View ③



Sprint PCS antenna

View ④

Sprint        Palomar
                    1175 Palomar Drive
10/10/07      Redwood City, CA

038  Applied Imagination 510 914-0500

AR 0596







Sprint

**Palomar**

Flyover

10/10/07

1175 Palomar Drive
Redwood City, CA

034    Applied Imagination 510 914-0500

AR 0597



Sprint

Palomar
1175 Palomar Drive
Redwood City, CA

10/10/07

035

Aerial Map

Applied Imagination 510 914-0500

AR  0598



Predicted Coverage With Existing CDMA Site FS04XC320
Located On PG&E Tower #17 at Edgewood Rd.&Hwy 280
And Hypothetical Site Located At Clifford School



Predicted Coverage With Existing CDMA Site FS04XC320
Located On PG&E Tower #17 at Edgewood Rd.&Hwy 280
And Hypothetical Site Located at The Fire Station/Medical Center

Predicted Coverage With Existing CDMA Site FS04XC320 Located On PG&E Tower #17 at Edgewood Rd.&Hwy 280 And Hyothetical Site Located at The Church Of Jesus Christ Of Latter Day Saints at 1475 Edgewood Rd

# ATTACHMENT G

Date:       November 7, 2007

To:         Zoning Hearing Officer
            Michael Schaller, Project Planner
            San Mateo County Planning & Building Department
            455 County Center, 2nd Floor
            Redwood City, California 94063

From:       Chris Durand, NSA Wireless, Inc
            Steven J. Christenson, NSA Wireless, Inc.
            Agent for the Applicant, Sprint/Nextel

Subject:    Executive Summary: Consideration of a Use Permit renewal to allow the
            continued operation of a cellular communications facility consisting of
            two (2) 13-foot tall monopoles and one (1) equipment enclosure
            measuring 18 feet by 15 feet located in the rear yard of the residential
            property located at 1175 Palomar Drive in the unincorporated Palomar
            Park area of San Mateo County. (Appeal by the permit holder from the
            decision of the Planning Commission and continued from the Board of
            Supervisors until the November 6, 2007 hearing calendar to grant the
            appeal from the decision from Zoning Hearing Officer and revoke the Use
            Permit.)

            County File No.: PLN2000-00497 (Sprint/Nextel)

1) In order to adequately illustrate the affect of removing the Palomar
cell site (SF33XC598) from Sprint's network, could you please provide
a coverage map that shows existing coverage, minus the Palomar site.
Also, please include a legend on the map that describes what the
various colors mean.
**Our Sprint/Nextel RF Engineer, Mr. Chris Cubanske completed your
request and is attached to this e-mail.**

2) Do the coverage maps show signal strength for all carriers or does
it show JUST Sprint's network?
**The signal strength depicts only the Sprint/Nextel Network. Other
carrier's propagation is proprietary.**

3) Is the cell site at the Cal Water tank above Big Canyon Park
(SF74XC217) part of the Sprint network or does it belong to a
different company? Do you know what coverage it provides (regardless of
whether it belongs to Sprint)?
**According to our records the Sprint/Nextel site (SF74xc217) is not part
of the Sprint network. The site has not been constructed, is not On-**

AR 0603                                                        040

Air and has not been approved for funding by Sprint as a new search ring. No, I do not know what coverage it would have provided.

*4) Cingular has a micro-site, located on a telephone pole, on Edgewood Road. Was a similar alternative considered by Sprint?*
The Joint Pole Association (JPA) site on the telephone pole on Edgewood Road is a Cingular micro-cell. The Cingular micro-cell covers the same area on Edgewood Road as the B sector on the Sprint/Nextel pole on Mr. Brook's property. It Cingular micro-cell in conjunction with the Cingular sector <u>also</u> located on Mr. Brook's property which hands off to the site located on the PG&E tower east of Highway 280. The Sprint/Nextel is a three sector site on the Brook's property and provides better coverage than the Cingular alternative due to the fact that micro-cells can not handle as much traffic as a conventional macro-cell. The alternative was not considered do to the high traffic volume along Edgewood Road.

*5) The previous coverage map provided for the Palomar cell site (SF33XC598) shows a lot of good to average coverage for the area around the cell site located at Sequoia Hospital (FS04XC088). However, the coverage maps provided for the three alternatives indicate poor to no coverage from this site. Please explain the discrepancy.*
The coverage maps recently provided showed a hypothetical without the Brook's property coverage included. You requested coverage of alternatives if this site was to be revoked. We provided RF coverage from three prospective alternative sites, the Church of Jesus Christ of Latter Day Saints, the Clifford School and the Fire Station/Medical Center not the entire network as-is. Propagation maps are typically created to show the total impact of the proposed facility versus existing coverage. The original propagation maps are true depictions of coverage with and without the Brook's property facility, there is no contradiction.

*6) Were alternative locations within the S.F. Water/Hetch Hetchy pipeline easement explored?*
The Hetch/Hetchy pipeline was not considered as alternatives for coverage along Edgewood Road. The topography of the roadway itself restricts total coverage throughout. A monopole would need to be placed within the pipeline easement to support appropriate coverage. The reason that Cingular, Inc. went on the south side of the Edgewood was to cover more of the road in both the easterly and westerly directions. As you are aware, the San Francisquito Creek Joint Powers Authority (SFCJPA) has authority over the creek. Because the creek flows through two counties and five municipalities, it is deeply entwined in both political complexity and watershed management issues.

AR 0604

Issues of jurisdiction, flooding, sedimentation, and vegetation need
constant evaluation.  Based on these determining factors the pipeline
would not be a viable alternative candidate.

I hope that this satisfies the questions of your November 1, 2007 e-
mail.  If you have any further questions or comments, please feel free
in contacting me at 530-368-0730.

Sincerely,

Steven J. Christenson
NSA Wireless, Inc.

Cc:Chris Durand, NSA Wireless, Inc.





San Mateo County Board of Supervisors

MINUTES

| Board Members | County Manager/ |
|---|---|
| Mark Church | Clerk of the Board |
| Jerry Hill | John Maltbie |
| Richard S. Gordon | |
| Rose Jacobs Gibson | County Counsel |
| Adrienne Tissier | Tom Casey |

Hall of Justice and Records • 400 County Center • Redwood City • California 94063 • 650.363.4653 • Fax 650.599.1027

---

> **PLEASE NOTE THERE WILL BE NO MEETING OF THE BOARD OF SUPERVISORS ON DECEMBER 25, 2007 AND JANUARY 1, 2008**

---

**The meeting was called to order at 9:03 a.m.**

Tuesday, December 18, 2007

**PLEDGE OF ALLEGIANCE**

**ROLL CALL – Present: Supervisors Church, Hill, Gordon, Jacobs Gibson and Tissier**

**Absent: None**

1.    8:15 a.m.    CLOSED SESSION

      A) Conference with Legal Counsel – Existing Litigation

      *Chaney v. County of San Mateo*
      WCAB case

      **Settlement in the amount of $36,150, plus future medical cost.**

      *County of San Mateo v. State Board of Equalization et al.*
      San Francisco Superior Court Case No. CGC 07-459514

      B) Conference with Legal Counsel – Anticipated Litigation

      *Significant exposure to litigation pursuant to subdivision (b) of Government Code Section 54956.9*

      Two cases

      *Initiation of litigation pursuant to subdivision (c) of Government Code Section 54956.9*

**AR 0608**

Two cases

2.   9:00 a.m.   <u>REGULAR AGENDA</u> (SEE PAGE 5)
                 <u>CONSENT AGENDA</u> (SEE PAGE 6)
                 <u>GOVERNING BOARD</u> (SEE PAGE 14)
     All items on the consent agendas are approved by one roll call motion unless a
     request is made at the beginning of the meeting that an item be withdrawn or
     transferred to the regular agenda. Any item on the regular agenda may be transferred
     to the consent agenda.

     **Motion: Church / Second: Hill**

3.   9:00 a.m.   Presentation of the Employee of the Month for December 2007 to Dr.
                 Alan Louie, Supervising Adult Psychiatrist, Health Department (County
                 Manager)

                 **Speakers recognized by the President:**
                 John L. Maltbie, County Manager
                 Celia Moreno
                 John Herbert
                 Gale Bataille

4.   ORAL COMMUNICATIONS

     **Speakers recognized by the President:**
     Bruce Hamilton, HIP Housing, 346 S. Railroad Avenue, San Mateo 94401
     Louis Dillon, San Francisco 94122

# MATTERS SET FOR SPECIFIED TIME

5.   9:00 a.m.   End of the Year Report to the Board of Supervisors (Supervisor Rose
                 Jacobs Gibson)

6.   9:00 a.m.   Presentation of resolutions **(2716, 2717, 2718 and 2719)** honoring the
                 2007 Women in County Government Award recipients: (Supervisor Jerry
                 Hill)

                 A)   Sol Hafalia for Community Service

                 B)   Noris Larkin for Community Service

                 C)   Debora Anne McGlynn for Self-Development

**AR 0609**

D)    Lisa Farris for Public Service – Going the Extra Mile

**Speakers recognized by the President:**
Ana Martinez, Women in County Government

7.    9:00 a.m.    Who We Are and What We Do: Behavioral Health and Recovery Services
(Supervisor Rose Jacobs Gibson)

**Speakers recognized by the President:**
Louise Rogers

8.    9:15 a.m.    Hearing to consider a resolution authorizing a facility ground lease and
agreement with Northstar Power to design, engineer, construct, operate
and maintain a cogeneration system at the San Mateo County Health
Campus and to purchase energy produced by the system (Public Works)

A) Report and recommendation

B) Close hearing – **Motion: Gordon / Second: Church**

C) Adopt resolution **(069139) – Motion: Hill / Second: Gordon**

**Speakers recognized by the President:**
James Porter, Director, Public Works
Supervisor Jerry Hill, Board of Supervisors
John L. Maltbie, County Manager
Michael Murphy, County Counsel
Supervisor Rich Gordon, Board of Supervisors

9.    9:30 a.m.    Presentation on the Cañada College Strategic Plan by President Tom
Mohr (Supervisor Rose Jacobs Gibson)

**This item was continued to an unspecified date.**

10.    9:45 a.m.    Accept the report on San Mateo County's 2007 State Fair Exhibit (County
Manager)

11.    9:45 a.m.    Resolution **(2720)** honoring Central Elementary School upon its
recognition as a National Blue Ribbon School by the U.S. Department of
Education (Supervisor Jerry Hill)

**Motion: Hill / Second: Tissier**

**AR 0610**

12.    10:00 a.m.    Hearing to consider an appeal for a use permit renewal to allow the continued operation of a cellular communications facility consisting of two 13 foot tall monopoles and one equipment enclosure measuring 18 feet by 15 feet located in the rear yard of the residential property located at 1175 Palomar Drive, unincorporated Palomar Park (Applicant/Owner: Sprint Spectrum L.P., Curtis Brooks/Appellant: NSA Wireless, Sprint Spectrum L.P.) (Continued from the meeting of November 6, 2007) (Planning and Building)

A) Report and recommendation

B) Close hearing – **Motion: Church / Second: Tissier**

C) Approve or **deny appeal – Motion: Tissier / Second: Hill**

**Speakers recognized by the President:**
Supervisor Rich Gordon, Board of Supervisors
Lisa Grote, Director, Planning and Building
Alicia Torre, 1354 Pebble Drive, San Carlos 94070
**Speakers recognized by the President (continued):**
Chris Durand, NSA Wireless, Inc.,
2527 Camino Ramon #305, San Ramon 94583
Ash Rageh, 12657 Alcosta Blvd., Suite 300, San Ramon 94583
Kurt Oppenheimer, 632 Palomar Drive, Redwood City 94062
Rich Landi, 178 South Palomar Drive, Palomar Park 94062
Leon Glahn, 1030 Palomar Drive, Palomar Park 94062
Sally Einspahr, 1165 Palomar Drive, Redwood City 94062
Supervisor Mark Church, Board of Supervisors
Supervisor Jerry Hill, Board of Supervisors
Michael Murphy, County Counsel
Supervisor Adrienne Tissier, Board of Supervisors

13.    10:15 a.m.    Hearing to consider an appeal to amend existing Coastal Development and Resource Management District-Coastal Zone Permits, pursuant to Sections 6328.4 and 6903 of the County Zoning Regulations, modification of a Surface Mining Permit and Reclamation Plan pursuant to Section 7703 of the County Ordinance Code and certification of a Mitigated Negative Declaration to allow the minor expansion of Pilarcitos Quarry located at 11700 San Mateo Road, unincorporated Half Moon Bay area (Applicant: West Coast Aggregates, Richard DeAtley/Owners: Gloria Babuin and Laura Devincienzi/Appellant: Kevin Lansing). This project is appealable to the California Coastal Commission. (Planning and Building)

A) Report and recommendation

**AR 0611**

B) Close hearing – **Motion: Hill / Second: Tissier**

C) Approve or **deny appeal** – **Motion: Hill / Second: Gordon**

**Absent: Church**

**<u>Speakers recognized by the President:</u>**
Lisa Grote, Director, Planning and Building
Supervisor Rich Gordon, Board of Supervisors
Supervisor Jerry Hill, Board of Supervisors
Kevin J. Lansing, 359 Filbert Street, Half Moon Bay 94019
Mac Carpenter, 1190 El Camino Real, Colma 94014
William Nack, 1153 Chess Drive, Foster City 94404
Daniel McElhinney, Caltrans, 111 Grand Avenue, Oakland

14.   10:30 a.m.   In connection with the San Mateo County FY 2006-07 STARS Awards:
                   (County Manager)
      A)   Resolution **(069140)** approving the STARS Award recipients and
           honorable mentions

           **Motion: Gordon / Second: Tissier**
           **Absent: Church**

      B)   Presentation of resolutions **(2721 and 2722)** honoring the STARS
           Award recipients

           **Motion: Hill / Second: Tissier**
           **Absent: Church**

      C)   Resolution **(069141)** authorizing a transfer in the amount of
           $56,500 to appropriate funds for the STARS Award (4/ths vote
           required)

           **<u>Speakers recognized by the President:</u>**
           Reyna Farrales, Deputy County Manager
           Peter Bassett, Human Resources
           Patrick Miles, Open Access EPA
           Sheriff Greg Munks, San Mateo County Sheriff's Office
           Trisha Sanchez, San Mateo County Sheriff's Office
           Tom Gallagher, San Mateo County Sheriff's Office

# AR 0612

15.    10:45 a.m.    Resolution **(069142)** approving a watershed protection outreach plan (Environmental Quality Committee: Supervisors Rich Gordon and Jerry Hill)

**Speakers recognized by the President:**
Supervisor Rich Gordon, Board of Supervisors
Walter Nelson, 2617 Alpine Road, Menlo Park 94025
Allan Schroeder, 100 Laughing Cow Road, Woodside 94062
Julie Scott, 4 Stowe Court, Menlo Park 94025
Oscar Firschein, 29 Stowe Lane, Menlo Park 94025
Donn Reisen, 2659 Alpine Road, Menlo Park 94025
Lennie Roberts, 339 La Cuesta, Portola Valley 94028
Jack Olsen, 765 Main Street, Half Moon Bay 94019
Supervisor Adrienne Tissier, Board of Supervisors

**Motion: Hill / Second: Tissier**
**Absent: Church**

# REGULAR AGENDA

## COUNTY COUNSEL

16.    Approve County Counsel's review process for proposed tax ballot measures

**This item was transferred to the Consent Agenda.**

## PARKS

17.    A)    Accept the report on Investigating Costs and Advantages of Private Management of the Coyote Point Marina Through a Long-Term Lease or Operating Agreement in response to the 2006-07 Grand Jury report

B)    Accept the recommendations contained herein related to that report
C)    Direct the County Manager to instruct the Directors of the Parks and Human Resources Departments to work with their staff to determine the organizational structure and classifications best suited to meet the business needs of the Marina

**This item was transferred to the Consent Agenda.**

## SHERIFF

18.    Resolution **(069143)** authorizing a non-binding Agreement of Cooperation with the California Department of Corrections and Rehabilitation to jointly plan for a state

**AR 0613**

constructed secure reentry program facility in conjunction with a new San Mateo County Jail designed to house and provide increased programming for adult offenders

**Speakers recognized by the President:**
Supervisor Rich Gordon, Board of Supervisors
Sheriff Greg Munks, San Mateo County Sheriff's Office

**Motion: Hill / Second: Gordon**
**Absent: Church**

19.   Accept the report and approve the reopening of and funding for the North County Correctional Facility to serve as a Sentenced Inmate, Re-entry Gender Responsive Program for Women for a term of 6 years or until the Maple Street Facilities Replacement Project is completed

      **This item was removed from the Agenda.**

## COUNTY MANAGER

20.   County Manager's report – **No report.**

## BOARD OF SUPERVISORS

21.   Board members' committee reports

## CONSENT AGENDA

22.   Approve the minutes for the meetings of October 16 and 30, 2007

## ASSESSOR-COUNTY CLERK-RECORDER

23.   Resolution **(069144)** authorizing the Chief Elections Officer to render specified election services to the Ravenswood City School District, San Mateo-Foster City Elementary School District, Sequoia Union High School District and the County of San Mateo in conjunction with the presidential primary election to be held on Tuesday, February 5, 2008

## BOARD OF SUPERVISORS

**AR 0614**

24.    Resolution **(069145)** supporting the Pacifica City Council's petition to the City and County of San Francisco to retain Sharp Park Golf Course as a public golf course (Supervisor Rich Gordon)

**This item was transferred to the Regular Agenda.**

**Speakers recognized by the President:**
Supervisor Rich Gordon, Board of Supervisors
Julie Lancelle, 224 Modoc Place, Pacifica 94044
Dave Diller, 964 Ridgeview Court, South San Francisco 94080

**Motion: Gordon / Second: Church**

25.    Recommendation for the appointment of Michael J. Cooney to the Parks and Recreation Commission representing District 5, term expiring January 3, 2009 (Supervisor Adrienne Tissier)

26.    Recommendation for the appointment of Teresa Guingona Ferrer to the Commission on Public Assisted Medical Care, term expiring January 1, 2011 (Supervisors Rose Jacobs Gibson and Adrienne Tissier)

27.    Ratification of a resolution **(2723)** honoring Councilman Ron Cox for his many years of service to the City of Foster City (Supervisor Jerry Hill)

28.    Ratification of a resolution **(2724)** honoring Councilman Marc Hershman for his many years of service to the City of Millbrae (Supervisor Mark Church)

29.    Ratification of a resolution **(2725)** honoring Councilwoman Nadia V. Holober for her many years of service to the City of Millbrae (Supervisor Mark Church)

30.    Ratification of a resolution **(2726)** honoring Councilwoman Linda T. Larson for her many years of service to the City of Millbrae (Supervisor Mark Church)

31.    Ratification of a resolution **(2727)** honoring Councilman Phillip E. Mathewson for his many years of service to the City of Belmont (Supervisor Jerry Hill)

32.    Ratification of a resolution **(2728)** honoring Councilman Dave Warden for his many years of service to the City of Belmont (Supervisor Jerry Hill)

33.    Ratification of a resolution **(2729)** honoring the Coastside Family Medical Center and Stanford Hospital and Clinics for assisting in the safeguarding of health and improving the quality of life on the San Mateo County Coast (Supervisor Rose Jacobs Gibson)

**AR 0615**

## COUNTY COUNSEL

34.  Introduction of an ordinance amending sections 1.030.020, 2.47.020, 3.38.040, 4.96.040, 5.144.010 and 6.08.050 of the San Mateo County Ordinance Code consisting of technical amendments and waiver of reading the ordinance in its entirety

**This item was continued to the meeting of January 8, 2008 for adoption.**

## COUNTY MANAGER

35.  Adoption of an ordinance **(04403)**:

A)  Repealing and replacing San Mateo County Ordinance Title 3 Chapter 3.84 Fire Protection Regulations and adopting the 2006 edition of the International Fire Code, as amended by the 2007 California Fire Code published by the International Fire Code Council, together with all appendix chapters and referenced standard

B)  Making certain findings of local conditions and amending Chapter 3.84 Fire Protection Regulations of Title 3 of the San Mateo County Ordinance Code, previously introduced on December 4, 2007 and waiver of reading the ordinance in its entirety

## DISTRICT ATTORNEY

36.  Resolution **(069146)**:

A)  Waiving the Request for Proposal process and authorizing a Subscription Plan Agreement, State/Local Government Subscription Plan Amendment and Addendum with LexisNexis for the provision of on-line subscription legal research services for FYs 2007-10, in the amount of $110,604, no Net County Cost

B)  Authorizing the District Attorney to execute subsequent amendments and minor modifications, in an amount not to exceed $25,000

## HEALTH

37.  Resolution **(069147)** authorizing:

A)  A flat rate agreement with Asian American Recovery Services, Inc. for the provision of community-based alcohol and other drug prevention services for the term of January 1, 2008 through June 30, 2009, in an amount not to exceed $225,000, $225,000 Net County Cost

**AR 0616**

      B)    The Director of the Health Department or her designee to execute subsequent amendments and minor modifications, in an amount not to exceed $25,000

38.    Resolution **(069148)** authorizing:

      A)    An agreement with Helios Healthcare, LLC for the provision of residential rehabilitation and long-term care services for FYs 2007-10, in an amount not to exceed $1,298,178, $77,918 Net County Cost

      B)    The Director of the Health Department or her designee to execute subsequent amendments and minor modifications, in an amount not to exceed $25,000

39.    Resolution **(069149)** authorizing an agreement with PetData, Inc. for the provision of animal licensing services for the term of January 1, 2008 through December 31, 2010, in an amount not to exceed $480,000, no Net County Cost

40.    Resolution **(069150)** authorizing an agreement with Ravenswood Family Health Center for the provision of mental health services for the term of December 1, 2007 through June 30, 2010, in an amount not to exceed $624,200, no Net County Cost

41.    Resolution **(069151)** authorizing an amendment to the agreement with American Medical Response West for the provision of phlebotomy services, extending the term through June 30, 2009, increasing the amount by $280,410 to $676,410, $156,000 Net County Cost

42.    Resolution **(069152)** authorizing amendments to the flat rate prevention agreements with Asian American Recovery Services, Inc., Bay Area Community Resources, El Centro de Libertad, Free At Last, Millbrae School District and Youth and Family Enrichment Services for the provision of alcohol and drug prevention services, extending the terms through June 30, 2008, increasing the total amount by $230,170 to $3,897,711, no Net County Cost

43.    Resolution **(069153)** authorizing an amendment to the agreement with Caminar for the provision of mental health and support services, increasing the amount by $266,005 to $6,791,820, no Net County Cost

44.    Resolution **(069154)** authorizing an amendment to the agreement with Pacific Health Consulting Group for facilitation and strategy development services, extending the term through June 30, 2008

45.    Resolution **(069155)** authorizing the Director of the Health Department to execute:

      A)    An Acceptance of Allocation Agreement with the California Department of Public Health, Tobacco Control Section for the Tobacco Prevention Program for FY 2007-08, in the amount of $150,000

**AR 0617**

      B)    All subsequent Acceptance of Allocation Agreements through June 30, 2010

46.    Resolution **(069156)** authorizing an acceptance of a grant award from the State Department of Public Health for tuberculosis prevention and control activities for FY 2007-08, in the amount of $281,028

47.    Resolution **(069157)** accepting a donation of a LiteGait-100MX from Variety, the Children's Charity, valued at $3,070

## HOUSING

48.    Resolution **(069158)**:

      A)    Approving a Supplemental Indenture of Trust

      B)    Authorizing the Director of the Department of Housing to execute, deliver and perform other actions in connection with the Pacific Oaks Apartments

## HUMAN RESOURCES

49.    Resolution **(069159)** authorizing:

      A)    An agreement with Workforce Medical Group for the provision of pre-placement and occupational health monitoring physical examinations and services to comply with Federal and State mandates for the term of January 1, 2008 through December 31, 2010, in an amount not to exceed $827,736, no Net County Cost

      B)    The Director of Human Resources or her designee to execute subsequent amendments and minor modifications, in an amount not to exceed $25,000

50.    Resolution **(069160)** waiving the Request for Proposal process and authorizing the Director of Human Resources, upon approval by County Counsel, to sign an agreement with Standard Life Insurance for the provision of life insurance, supplemental life insurance and short-term disability benefits for County employees for the term of January 1, 2008 through December 31, 2010

51.    Resolution **(069161)** waiving the Request for Proposal process and authorizing the Director of Human Resources, upon approval by County Counsel, to sign an amendment to the agreement with Aetna for the provision of health plan benefits to County employees, retirees and their dependents for the term of January 1, 2008 through December 31, 2008

**AR 0618**

52.    Resolution **(069162)** waiving the Request for Proposal process and authorizing the Director of Human Resources, upon approval by County Counsel, to sign an amendment to the agreement with Blue Shield for the provision of health plan benefits to County employees, retirees and their dependents for the term of January 1, 2008 through December 31, 2008

53.    Resolution **(069163)** waiving the Request for Proposal process and authorizing the Director of Human Resources, upon approval by County Counsel, to sign an amendment to the agreement with Kaiser for the provision of health plan benefits to County employees, retirees and their dependents for the term of January 1, 2008 through December 31, 2008

54.    Resolution **(069164)** waiving the Request for Proposal process and authorizing the Director of Human Resources, upon approval by County Counsel, to sign an amendment to the agreement with Pacificare – Secure Horizons for the provision of health plan benefits to County retirees and their dependents for the term of January 1, 2008 through December 31, 2008

55.    Adoption of an ordinance **(04404)** amending the salary ordinance and accepting the report on the total number of positions in the County, previously introduced on December 4, 2007 and waiver of reading the ordinance in its entirety

## HUMAN SERVICES

56.    Resolution **(069165)** authorizing an amendment to the agreement with Women's Recovery Association for the provision of treatment services for adolescent girls diagnosed with mental health and substance abuse problems at Tracey's Place of Hope, increasing the amount by $154,500 to $359,500

## INFORMATION SERVICES

57.    Resolution **(069166)**:

    A)    Waiving the Request for Proposal process and authorizing an amendment to the agreement with Michael Daly for the provision of consulting services on the Criminal Justice Information System, extending the term through December 31, 2008, increasing the amount by $166,400 to $332,800

    B)    Authorizing the Chief Information Officer or his designee to execute subsequent amendments and minor modifications, in an amount not to exceed $25,000

## PUBLIC SAFETY COMMUNICATIONS

**AR 0619**

58.     Resolution **(069167)** authorizing the Director of the Office of Public Safety Communications to acquire a new telephone system from Positron, Inc. from funds allotted by the State of California 911 Services, in the amount of $420,000

## PUBLIC WORKS

59.     Resolution **(069168)** approving specific road projects to be constructed by the Department of Public Works utilizing Proposition 1B bond monies and Road Fund for FY 2007-08

## SAN MATEO MEDICAL CENTER

60.     Resolution **(069169)** authorizing an agreement with GE Healthcare Technologies for the provision of interim preventive maintenance and service on BioMed and Diagnostic Imaging equipment at the San Mateo Medical Center and off-site clinics and facilities for the term of July 7, 2007 through December 17, 2007, in an amount not to exceed $250,000

61.     Resolution **(069170)** authorizing:

   A)    An agreement with GE Healthcare Technologies for the provision of preventive maintenance and service on BioMed and Diagnostic Imaging equipment at the San Mateo Medical Center and off-site clinics and facilities for the term of November 1, 2007 through October 31, 2012, in an amount not to exceed $4,368,792

   B)    The Chief Executive Officer of the San Mateo Medical Center or his designee to execute subsequent amendments and minor modifications, in an amount not to exceed $25,000

62.     Resolution **(069171)** authorizing an agreement with the Metropolitan Transportation Commission for the purchase of a small wheelchair accessible bus to expand the current transportation system at San Mateo Medical Center for the term of June 30, 2007 through June 30, 2010, in an amount not to exceed $111,000, no Net County Cost

63.     Resolution **(069172)** authorizing amendments to the agreements with AMN Healthcare, Inc., Arcadia Health Services, Inc., Cross Country TravCorps, Inc., Emerald Health Services, First Call Nursing Services, Health Talent, Medstaff, Pelican Resources Registry, Relief Nursing Services and UNI for the provision of nurse coverage where needed at the San Mateo Medical Center, increasing the amount by $2,675,000 to $6,505,000

64.     Resolution **(069173)** authorizing an amendment to the agreement with Bay Area Urology Group for the provision of urology services, increasing the amount by $22,194.12 to $579,820.64

**AR 0620**

65.    Resolution **(069174)** authorizing an amendment to the agreement with Pacific Footcare Podiatry Group, Inc. for the provision of podiatry services, extending the term through January 31, 2008, increasing the amount by $29,944.08 to $209,608.58

66.    Resolution **(069175)** authorizing an amendment to the agreement with Peninsula Pathologists Medical Group, Inc. for the provision of professional management, supervision, and physician and technician services in clinical and anatomical pathology, extending the term through December 31, 2007, increasing the amount by $289,195 to $1,793,179 and amending Exhibits A and B in their entirety

67.    A)    Resolution **(069176)** accepting a grant from the Grove Foundation to be used for the San Mateo County Adult Dental Program for FY 2007-08, in the amount of $25,000

       B)    Resolution **(069177)** authorizing a transfer in the amount of $25,000 to accept unanticipated revenue and appropriate new revenue to Regular Hour–Permanent Positions (4/5ths vote required)

68.    A)    Resolution **(069178)** accepting a grant from the San Mateo County Health Foundation to be used for the renovation of the Fair Oaks Children's Clinic for FY 2007-08, in the amount of $400,000

       B)    Resolution **(069179)** authorizing a transfer in the amount of $400,000 to accept unanticipated revenue and appropriate new revenue to Fixed Assets–Structure and Improvements (4/5ths vote required)

69.    A)    Resolution **(069180)** accepting a grant from the San Mateo County Health Foundation to be used for the expansion of the Ron Robinson Senior Care Center and relocation of the Departments of EKG/EEG and Respiratory Therapy for FY 2007-08, in the amount of $1,500,000

       B)    Resolution **(069181)** authorizing a transfer in the amount of $1,500,000 to accept unanticipated revenue and appropriate new revenue to Fixed Assets–Structure and Improvements (4/5ths vote required)

70.    A)    Resolution **(069182)**:

             1)    Accepting a grant from the Sequoia Union High School District (District) for the provision of health services to the District, in the amount of $90,000

             2)    Authorizing the approval of a Memorandum of Understanding with the District to implement the provisions of the grant for FY 2007-08

       B)    Resolution **(069183)** authorizing a transfer in the amount of $90,000 to accept

**AR 0621**

unanticipated revenue and appropriate new revenue to Salary and Benefits (4/5ths vote required)

71.    A)    Resolution **(069184)**:

       1)    Accepting a grant from the Silicon Valley Community Foundation to fund transportation between the San Mateo Medical Center and University of the Pacific School of Dentistry, in the amount of $40,000

       2)    Authorizing a grant agreement with the Silicon Valley Community Foundation to help provide comprehensive dental services to low income adults, twice weekly transportation services and develop an organizational work plan for sustained funding of the transportation program for FY 2007-08, in an amount not to exceed $40,000

   B)    Resolution **(069185)** authorizing a transfer in the amount of $40,000 to accept revenue and increase the appropriation limit in Salaries and Benefits, and Services and Supplies (4/5ths vote required)

**SHERIFF**

72.    Resolution **(069186)** approving the Countywide Vehicle Theft Task Force Budget for FY 2007-08, in the amount of $868,533 as recommended by the Vehicle Theft Task Force Advisory Board

73.    A)    Resolution **(069187)** authorizing the Sheriff to execute:

       1)    An agreement with the California Office of Emergency Services for supplemental funding under the 2007-08 Byrne Justice Assistance Grant Program to support the San Mateo County Narcotics Task Force's Drug Endangered Children program and other narcotics initiatives, in the amount of $87,856

       2)    All related documents necessary to administer the grant funds

   B)    Resolution **(069188)** authorizing a transfer in the amount of $87,856 to establish the grant budget and revenues (4/5ths vote required)

74.    Resolution **(069189)** authorizing a transfer in the amount of $187,920 from existing budgeted funds from the Gang Intelligence Unit to the State Project Safe Neighborhood Grant account

**TAX COLLECTOR-TREASURER/REVENUE SERVICES**

75.    A)    Resolution **(069190)** authorizing the abandonment of collection efforts and relief

**AR 0622**

of accountability for collection of costs, fines, fees and assessments, in the amount of $14,395,504.32

B) Resolution **(069191)** authorizing the abandonment of collection efforts and relief of accountability for collection of overpayments for welfare assistance, in the amount of $340,816.46

# GOVERNING BOARD

## CONSENT AGENDA

76.    Acting as the Board of Commissioners of the Housing Authority of the County of San Mateo, adopt Resolution No. 641-C **(069192)** approving a Security Policy as an appendix to the Admissions and Continued Occupancy Plan for the Housing Authority's Public Housing Program

77.    Acting as the Board of Commissioners of the Housing Authority of the County of San Mateo, adopt Resolution No. 642-C **(069193)** approving the revision of the Procurement Policy for the Housing Authority

78.    Acting as the Board of Commissioners of the Housing Authority of the County of San Mateo, adopt Resolution No. 643-C **(069194)** approving a Maintenance Plan for the Housing Authority's Public Housing Program

79.    Acting as the Board of Commissioners of the Housing Authority of the County of San Mateo, adopt Resolution No. 644-C **(069195)** approving a revised Flat Rent schedule for the Housing Authority's Public Housing Program

80.    Acting as the Governing Board of the Emerald Lake Heights Sewer Maintenance District, adopt a resolution **(069196)** authorizing the Director of Public Works to execute:

A) Agreements For Right of Entry and Release for the purpose of repairing and replacing sewer lines and repairing landslide areas adjacent to sewer lines in the unincorporated Emerald Lake Heights area

B) Notices, options, consents approvals and documents in connection with such agreements, including, but not limited to extension or termination of the agreements

81.    Acting as the Governing Board of the San Mateo County Flood Control District, adopt a resolution **(069197)**:

A) Authorizing the President of the Board to sign the Bay Area Flood Protection Agencies Association (BAFPAA) Charter, thereby approving the District's

**AR 0623**

participation in the BAFPAA for the purpose of collaboratively working with other Bay Area flood protection agencies to identify, prioritize and implement integrated regional flood protection projects/plans and to partner in applying for future grant funding through the Bay Area Integrated Regional Water Management Plan process

B)  Designating the Director of Public Works or his duly authorized representative to be the designated representative to BAFPAA on behalf of the District

C)  Authorizing the Director of Public Works to approve voluntary contributions for future BAFPAA projects, in an amount not to exceed $25,000 per fiscal year

**The meeting adjourned at 12:41 p.m. in memory of Maureen Ross and Mark Duino to reconvene on Tuesday, January 8, 2008 at 8:15 a.m. in Closed Session - Litigation and Personnel Matters, and thereafter for the regularly scheduled Board meeting.**

**AR 0624**