JOHN J. FLYNN III (SBN 76419)
BENJAMIN Z. RUBIN (SBN 249630)
NOSSAMAN LLP
18101 Von Karman Avenue, Suite 1800
Irvine, California 92612-0177
Telephone:  (949) 833-7800
Facsimile:   (949) 833-7878
jflynn@nossaman.com

Attorneys for Plaintiffs
SPRINT SPECTRUM L.P., a Delaware limited partnership;
SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware
limited partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. C 08-00342 CW<br><br>Hon. Claudia Wilken<br>Courtroom 2<br><br>**STIPULATION TO STAY ACTION FOR SIXTY (60) DAYS TO FACILITATE SETTLEMENT DISCUSSIONS**<br><br>[Concurrently filed with Proposed Order] |

286412_2.DOC

JOINT STIPULATION TO STAY ACTION FOR SIXTY (60) DAYS TO FACILITATE SETTLEMENT DISCUSSIONS

1  WHEREAS, on or about January 17, 2008, Plaintiffs Sprint Spectrum L.P.
2  and Sprint Spectrum Realty Company, L.P. (collectively "Sprint") filed the above entitled
3  action; and
4  WHEREAS, on or about May 29, 2008, Sprint filed a First Amended
5  Complaint; and
6  WHEREAS, on or about June 9, 2008, defendants County of San Mateo,
7  Board of Supervisors for the County of San Mateo, Mark Church, Jerry Hill, Rich
8  Gordon, Rose Gibson, and Adrienne Tissier (collectively the "County") filed an answer
9  in the above entitled matter, and thereafter filed the Administrative Record on July 21st;
10 and
11 WHEREAS, on or about June 19, 2008, the Court held a Case Management
12 Conference and thereafter issued a Scheduling Order setting August 21, 2008 as the
13 deadline for the parties to participate in a Magistrate Judge settlement conference and for
14 Sprint to file an opening brief on a Rule 56 motion, and a further briefing schedule
15 thereafter, with October 2, 2008 as the date for a follow-up case management conference
16 and for hearing on the motion and any cross-motions; and
17 WHEREAS, since the issuance of the Scheduling Order, the parties have had
18 settlement discussions in earnest; and
19 WHEREAS, the parties believe there is a substantial possibility of settlement
20 that warrants further discussion, with a view to achieving and avoiding the further
21 expense of litigation, and the unnecessary investment of judicial resources, but that some
22 potential resolutions being evaluated, though not yet determined to be feasible or
23 acceptable to either party, may involve coordination with non-parties to the litigation, and
24 in any event will require authority from the Board of Supervisors in a noticed meeting;
25 and
26 WHEREAS, Deputy County Counsel and counsel of record for defendants,
27 Timothy J. Fox, has been required to take a brief paternity leave as the result of the
28 preterm birth of twins;

NOW, THEREFORE, it is hereby stipulated by and between Sprint and the County, through their respective counsel, and subject to the approval of the Court, as follows:

1. This action, as well as all applicable deadlines and hearing dates may be stayed for approximately sixty (60) days, with the specific deadlines and hearing dates to be set as it may please the Court.

2. That this Joint Stipulation may be executed in counterparts. All counterparts when executed shall constitute one document notwithstanding that all of the parties are not a signatory to the original or the same counterpart.

Dated: August 8, 2008        SAN MATEO COUNTY COUNSEL

By:____/s/_____
         Timothy J. Fox, Deputy County Counsel

Attorneys for Defendants


Dated: August 8, 2008        NOSSAMAN LLP

By:____/s/_____
         John J. Flynn III

Attorneys for Plaintiffs
.

JOHN J. FLYNN III (SBN 76419)
NOSSAMAN LLP
18101 Von Karman Avenue, Suite 1800
Irvine, California 92612-0177
Telephone:  (949) 833-7800
Facsimile:   (949) 833-7878
jflynn@nossaman.com

Attorneys for Plaintiffs
SPRINT SPECTRUM L.P., a Delaware limited partnership;
SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. C 08-00342 CW<br><br>Hon. Claudia Wilken<br>Courtroom 2<br><br>**[PROPOSED] ORDER STAYING ACTION FOR SIXTY (60) DAYS** |

286421_1.DOC

1 | Based on the stipulation of the parties, the Court stays the above action for sixty (60) days. The Court will issue a revised Scheduling Order in light of the stay.

IT IS SO ORDERED.

DATED:

                                                Hon. CLAUDIA WILKEN
                                                United States District Judge