JOHN J. FLYNN III (SBN 76419)
NOSSAMAN LLP
18101 Von Karman Avenue, Suite 1800
Irvine, California 92612-0177
Telephone: (949) 833-7800
Facsimile: (949) 833-7878
jflynn@nossaman.com

Attorneys for Plaintiffs
SPRINT SPECTRUM L.P., a Delaware limited partnership;
SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. C 08-00342 CW<br><br>Hon. Claudia Wilken<br>Courtroom 2<br><br>**ORDER STAYING ACTION FOR SIXTY (60) DAYS** |

OC_IMAN_286421_1

[PROPOSED] ORDER STAYING ACTION FOR SIXTY (60) DAYS

1     Based on the stipulation of the parties, the Court stays the above action for sixty (60) days.  **The case dispositive motion hearing date and the case management conference are continued to December 4, 2008, @ 2:00 p.m.**

    IT IS SO ORDERED.

DATED: 8/11/08

*[signature]*

Hon. CLAUDIA WILKEN
United States District Judge