1  JOHN J. FLYNN III (SBN 76419)
   BENJAMIN Z. RUBIN (SBN 249630)
2  NOSSAMAN LLP
   18101 Von Karman Avenue, Suite 1800
3  Irvine, California 92612-0177
   Telephone:  (949) 833-7800
4  Facsimile:   (949) 833-7878
   jflynn@nossaman.com
5
   Attorneys for Plaintiffs
6  SPRINT SPECTRUM L.P., a Delaware limited partnership;
   SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware
7  limited partnership

8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership, | Case No. C 08-00342 CW |
| 13                         Plaintiffs, | Hon. Claudia Wilken<br>Courtroom 2 |
| 14         vs. | **STIPULATION TO CONTINUE BRIEFING DATES TO CORRESPOND WITH COURT ORDER STAYING ACTION FOR SIXTY (60) DAYS** |
| 16  COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive. | [Concurrently filed with Proposed Order] |
| 25                         Defendants. | |

286572_1.DOC

1  WHEREAS, on or about January 17, 2008, Plaintiffs Sprint Spectrum L.P. and Sprint Spectrum Realty Company, L.P. (collectively "Sprint") filed the above entitled action; and

2  WHEREAS, on or about May 29, 2008, Sprint filed a First Amended Complaint; and

3  WHEREAS, on or about June 9, 2008, defendants County of San Mateo, Board of Supervisors for the County of San Mateo, Mark Church, Jerry Hill, Rich Gordon, Rose Gibson, and Adrienne Tissier (collectively the "County") filed an answer in the above entitled matter, and thereafter filed the Administrative Record on July 21st; and

4  WHEREAS, on or about June 19, 2008, the Court held a Case Management Conference and thereafter issued a Scheduling Order setting August 21, 2008 as the deadline for Sprint to file an opening brief on a Rule 56 motion, September 4, 2008 as the deadline for the County to file an opposition and any cross motion, September 11, 2008 as the deadline for Sprint to file a reply/opposition to cross motion, September 18, 2008 as the deadline for the County to file a surreply, and October 2, 2008 as the date for a follow-up case management conference and for hearing on the motion and any cross-motion; and

5  WHEREAS, on August 8, 2008, the parties filed a Stipulation to Stay Action for Sixty (60) Days to Facilitate Settlement Discussions;

6  WHEREAS, on August 11, 2008, the Court stayed the action for sixty (60) days, noting in its Order that the dispositive motion hearing date and the case management conference are continued to December 4, 2008 at 2:00 p.m.;

NOW, THEREFORE, it is hereby stipulated by and between Sprint and the County, through their respective counsel, and subject to the approval of the Court, as follows:

1.  That the briefing dates for a dispositive motion be continued as follows:  October 23, 2008 as the deadline for Sprint to file an opening brief, November

6, 2008 as the deadline for the County to file an opposition and any cross motion, November 13, 2008 as the deadline for Sprint to file a reply/opposition to cross motion, and November 20, 2008 as the deadline for the County to file a surreply.

    2.    That this Stipulation may be executed in counterparts. All counterparts when executed shall constitute one document notwithstanding that all of the parties are not a signatory to the original or the same counterpart.

Dated: August 14, 2008    SAN MATEO COUNTY COUNSEL

By:____/s/_____
    Timothy J. Fox, Deputy County Counsel

Attorneys for Defendants

Dated: August 14, 2008    NOSSAMAN LLP

By:____/s/_____
    John J. Flynn III

Attorneys for Plaintiffs
.

1  JOHN J. FLYNN III (SBN 76419)
   NOSSAMAN LLP
2  18101 Von Karman Avenue, Suite 1800
   Irvine, California 92612-0177
3  Telephone:  (949) 833-7800
   Facsimile:   (949) 833-7878
4  jflynn@nossaman.com

5  Attorneys for Plaintiffs
   SPRINT SPECTRUM L.P., a Delaware limited partnership;
6  SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware
   limited partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership, <br><br>            Plaintiffs, <br><br>    vs. <br><br>COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive. <br><br>            Defendants. | Case No. C 08-00342 CW <br><br>Hon. Claudia Wilken <br>Courtroom 2 <br><br>**[PROPOSED] ORDER CONTINUING BRIEFING DATES TO CORRESPOND WITH COURT ORDER STAYING ACTION FOR SIXTY (60) DAYS** |

286573_1.DOC

Based on the stipulation of the parties, the Court continues the briefing dates for a dispositive motion as follows: October 23, 2008 as the deadline for Sprint to file an opening brief; November 6, 2008 as the deadline for the County to file an opposition and any cross motion; November 13, 2008 as the deadline for Sprint to file a reply/opposition to cross motion; and November 20, 2008 as the deadline for the County to file a surreply.

IT IS SO ORDERED.

DATED:

Hon. CLAUDIA WILKEN
United States District Judge