JOHN J. FLYNN III (SBN 76419)
NOSSAMAN LLP
18101 Von Karman Avenue, Suite 1800
Irvine, California 92612-0177
Telephone: (949) 833-7800
Facsimile: (949) 833-7878
jflynn@nossaman.com

Attorneys for Plaintiffs
SPRINT SPECTRUM L.P., a Delaware limited partnership;
SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive.<br><br>  Defendants. | Case No. C 08-00342 CW<br><br>Hon. Claudia Wilken<br>Courtroom 2<br><br>**ORDER CONTINUING BRIEFING DATES TO CORRESPOND WITH COURT ORDER STAYING ACTION FOR SIXTY (60) DAYS** |

Proposed Order to Continue Briefing Dates.doc

[PROPOSED] ORDER CONTINUING BREIFING DATES TO CORRESPOND WITH COURT ORDER STAYING ACTION FOR SIXTY (60) DAYS

1 | Based on the stipulation of the parties, the Court continues the briefing dates for a
2 | dispositive motion as follows: October 23, 2008 as the deadline for Sprint to file an
3 | opening brief; November 6, 2008 as the deadline for the County to file an opposition and
4 | any cross motion; November 13, 2008 as the deadline for Sprint to file a reply/opposition
5 | to cross motion; and November 20, 2008 as the deadline for the County to file a surreply.

7 | IT IS SO ORDERED.

9 | DATED: 8/27/08

*[signature]*

Hon. CLAUDIA WILKEN
United States District Judge

- 1 -
[PROPOSED] ORDER CONTINUING BREIFING DATES TO CORRESPOND WITH COURT ORDER STAYING ACTION FOR SIXTY (60) DAYS