JOHN J. FLYNN III (SBN 76419)
BENJAMIN Z. RUBIN (SBN 249630)
NOSSAMAN LLP
18101 Von Karman Avenue, Suite 1800
Irvine, California 92612-0177
Telephone:  (949) 833-7800
Facsimile:   (949) 833-7878
jflynn@nossaman.com

Attorneys for Plaintiffs
SPRINT SPECTRUM L.P., a Delaware limited partnership;
SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware
limited partnership

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive. <br><br> Defendants. | Case No. C 08-00342 CW <br><br> Hon. Claudia Wilken <br> Courtroom 2 <br><br> **ORDER CONTINUING BRIEFING DATES, DISPOSITIVE MOTION HEARING DATE, AND DATE FOR FOLLOW-UP CASE MANAGEMENT CONFERENCE** |

Proposed Order

[PROPOSED] ORDER CONTINUING BRIEFING DATES, DISPOSITIVE MOTION HEARING DATE, AND DATE FOR FOLLOW-UP CASE MANAGEMENT CONFERENCE

1     Based on the stipulation of the parties, the Court continues the briefing dates for a

2  dispositive motion as follows:  November 20, 2008 as the deadline for Sprint to file an

3  opening brief; December 4, 2008 as the deadline for the County to file an opposition and

4  any cross motion; December 11, 2008 as the deadline for Sprint to file a reply/opposition

5  to cross motion; and December 18, 2008 as the deadline for the County to file a surreply.

6     Further the Court continues the dispositive motion hearing date and the follow-up

7  case management conference to January 8, 2009 at 2:00 p.m.

8

9     IT IS SO ORDERED.

10

11  DATED:  10/14/08

12

13                                           _____

14                                           Hon. CLAUDIA WILKEN
                                             United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING BRIEFING DATES, DISPOSITIVE MOTION HEARING DATE, AND DATE
FOR FOLLOW-UP CASE MANAGEMENT CONFERENCE