1 JOHN J. FLYNN III (SBN 76419)
BENJAMIN Z. RUBIN (SBN 249630)
2 NOSSAMAN LLP
18101 Von Karman Avenue, Suite 1800
3 Irvine, California 92612-0177
Telephone:  (949) 833-7800
4 Facsimile:   (949) 833-7878
jflynn@nossaman.com

5 Attorneys for Plaintiffs
SPRINT SPECTRUM L.P., a Delaware limited partnership;
6 SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware
limited partnership
7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership, | Case No. C 08-00342 CW |
| Plaintiffs, | Hon. Claudia Wilken<br>Courtroom 2 |
| vs. | **ORDER CONTINUING BRIEFING DATES, DISPOSITIVE MOTION HEARING DATE, AND DATE FOR FOLLOW-UP CASE MANAGEMENT CONFERENCE AS MODIFIED** |
| COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive. | |
| Defendants. | |

OC_IMAN_288327_1.DOC

[PROPOSED] ORDER CONTINUING BRIEFING DATES, DISPOSITIVE MOTION HEARING DATE, AND DATE
FOR FOLLOW-UP CASE MANAGEMENT CONFERENCE

1  Based on the stipulation of the parties, the Court continues the briefing dates for a
2  dispositive motion as follows: January 5, 2009 as the deadline for Sprint to file an
3  opening brief; January 19, 2009 as the deadline for the County to file an opposition and
4  any cross motion; January 26, 2009 as the deadline for Sprint to file a reply/opposition to
5  cross motion; and February 2, 2009 as the deadline for the County to file a surreply.

6  Further the Court continues the dispositive motion hearing date and the follow-up
7  case management conference to **February 19, 2009 at 2:00 p.m**.

9  IT IS SO ORDERED.

11  DATED: 11/10/08

Hon. CLAUDIA WILKEN
United States District Judge

- 1 -

[PROPOSED] ORDER CONTINUING BRIEFING DATES, DISPOSITIVE MOTION HEARING DATE, AND DATE
FOR FOLLOW-UP CASE MANAGEMENT CONFERENCE