1  JOHN J. FLYNN III (SBN 76419)
   BENJAMIN Z. RUBIN (SBN 249630)
2  NOSSAMAN LLP
   18101 Von Karman Avenue, Suite 1800
3  Irvine, California 92612-0177
   Telephone:  (949) 833-7800
4  Facsimile:   (949) 833-7878
   jflynn@nossaman.com
5
   Attorneys for Plaintiffs
6  SPRINT SPECTRUM L.P., a Delaware limited partnership;
   SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware
7  limited partnership

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | SPRINT SPECTRUM L.P., a Delaware        | Case No. C 08-00342 CW
   | limited partnership; SPRINT SPECTRUM
12 | REALTY COMPANY, L.P., a Delaware
   | limited partnership,
13 |                                         | Hon. Claudia Wilken
   |                                         | Courtroom 2
14 |        Plaintiffs,
   |                                         | **ORDER CONTINUING BRIEFING**
15 |   vs.                                   | **DATES, DISPOSITIVE MOTION**
   |                                         | **HEARING DATE, AND DATE FOR**
16 | COUNTY OF SAN MATEO; BOARD OF           | **FOLLOW-UP CASE MANAGEMENT**
   | SUPERVISORS FOR THE COUNTY OF           | **CONFERENCE**
17 | SAN MATEO, its governing body; MARK
   | CHURCH, in his official capacity as Board
18 | Member of the Board of Supervisors for
   | the County of San Mateo; JERRY HILL, in
19 | his official capacity as Board Member of
   | the Board of Supervisors for the County of
20 | San Mateo; RICH GORDON, in his
   | official capacity as Board Member of the
21 | Board of Supervisors for the of the County
   | of San Mateo; ROSE GIBSON, in her
22 | official capacity as Board Member of the
   | Board of Supervisors for the County of San
23 | Mateo; ADRIENNE TISSIER, in her
   | official capacity as Board Member of the
24 | Board of Supervisors for the County of San
   | Mateo; and DOES 1-10, inclusive.
25
           Defendants.
26

27

28

Proposed Order

[PROPOSED] ORDER CONTINUING BRIEFING DATES, DISPOSITIVE MOTION HEARING DATE, AND DATE
FOR FOLLOW-UP CASE MANAGEMENT CONFERENCE

1  Based on the stipulation of the parties, the Court continues the briefing dates for a
2  dispositive motion as follows:  April 6, 2009 as the deadline for Sprint to file an opening
3  brief; April 20, 2009 as the deadline for the County to file an opposition and any cross
4  motion; April 27, 2009 as the deadline for Sprint to file a reply/opposition to cross
5  motion; and May 4, 2009 as the deadline for the County to file a surreply.
6  Further the Court continues the dispositive motion hearing date and the follow-up
7  case management conference to May 28, 2009 at 2:00 p.m.
8  IT IS SO ORDERED.
9
10 Dated: 1/7/09
11                                                                 Hon. Claudia Wilken
12                                                                 United States District Judge

- 1 -
[PROPOSED] ORDER CONTINUING BRIEFING DATES, DISPOSITIVE MOTION HEARING DATE, AND DATE
FOR FOLLOW-UP CASE MANAGEMENT CONFERENCE