1  JOHN J. FLYNN III (SBN 76419)
   BENJAMIN Z. RUBIN (SBN 249630)
2  NOSSAMAN LLP
   18101 Von Karman Avenue, Suite 1800
3  Irvine, California 92612-0177
   Telephone:  (949) 833-7800
4  Facsimile:   (949) 833-7878
   jflynn@nossaman.com
5
   Attorneys for Plaintiffs
6  SPRINT SPECTRUM L.P., a Delaware limited partnership;
   SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware
7  limited partnership

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership, | Case No. C 08-00342 CW |
|---|---|
|   | Hon. Claudia Wilken |
|   | Courtroom 2 |
| Plaintiffs, | **ORDER CONTINUING BRIEFING DATES, DISPOSITIVE MOTION HEARING DATE, AND DATE FOR FOLLOW-UP CASE MANAGEMENT CONFERENCE** |
| vs. |   |
| COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive. |   |
| Defendants. |   |

San Mateo Proposed Order

[PROPOSED] ORDER CONTINUING BRIEFING DATES, DISPOSITIVE MOTION HEARING DATE, AND DATE FOR FOLLOW-UP CASE MANAGEMENT CONFERENCE

1 | Based on the stipulation of the parties, the Court continues the briefing dates for a dispositive motion as follows: June 15, 2009 as the deadline for Sprint to file an opening brief; June 29, 2009 as the deadline for the County to file an opposition and any cross motion; July 7, 2009 as the deadline for Sprint to file a reply/opposition to cross motion; and July 14, 2009 as the deadline for the County to file a surreply.

Further the Court continues the dispositive motion hearing date and the follow-up case management conference to August 6, 2009 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 3/31/09

*Claudia Wilken*

Hon. Claudia Wilken
United States District Judge

- 1 -
[PROPOSED] ORDER CONTINUING BRIEFING DATES, DISPOSITIVE MOTION HEARING DATE, AND DATE FOR FOLLOW-UP CASE MANAGEMENT CONFERENCE