MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: Timothy Fox, Deputy (SBN 190084)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4456
Facsimile:  (650) 363-4034

Attorneys for Defendants COUNTY OF SAN MATEO *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership,<br><br>           Plaintiffs,<br>     vs.<br><br>COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive.<br><br>           Defendants. | Case No. C 08-00342 CW<br>Hon. Claudia Wilken<br>Courtroom 2<br><br>[PROPOSED] ORDER CONTINUING BRIEFING DATES, DISPOSITIVE MOTION HEARING DATE, AND DATE FOR FOLLOW-UP CASE MANAGEMENT CONFERENCE |

1  Based on the stipulation of the parties, the Court continues the briefing dates for a dispositive
2  motion as follows: October 30, 2009 as the deadline for Sprint to file an opening brief, November 13,
3  2009 as the deadline for the County to file an opposition and any cross motion, December 1, 2009 as the
4  deadline for Sprint to file a reply/opposition to cross motion (if any), and December 10, 2009 as the
5  deadline for the County to file a reply on the cross-motion (if any).
6  
7  Further, the Court continues the follow-up case management conference to December 17, 2009 at
8  2:00 p.m.
9  IT IS SO ORDERED.
10  Dated: __September 14, 2009__
11  
12  
13  
14  \\cco-fp\Shared\LITIGATE\S_CASES\Sprint Spectrum L.P\Pleadings\sprint spectrum stip 08052009.doc

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Claudia Wilken]