IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM, et al., | No. 08-00342 CW |
|     Plaintiffs, | |
|   v. | |
| COUNTY OF SAN MATEO, et al., | |
|     Defendants. | |
| SPRINT SPECTRUM, LP, et al., | No. 09-05022 CW |
|     Plaintiffs, | |
|   v. | ORDER FOR CONSOLIDATION |
| COUNTY OF SAN MATEO, et al., | |
|     Defendants. | |

    The action numbers listed above are related cases within the meaning of Civil L.R. 3-12. Pursuant to Fed. R. Civ. P. 42(a) and the stipulation of parties, these cases are hereby consolidated into Civil Action No. C-08-00342 CW for all proceedings before this Court. Plaintiffs shall file a consolidated amended complaint in C-08-00342 CW on or before November 3, 2009. If Defendants have responded to the original complaints, they need not file a new

1 response.

2     This Order is entered without prejudice to the rights of any
3 party to apply for severance of any claim or action, for good cause
4 shown.

5     IT IS SO ORDERED.

7 Dated <u>October 28, 2009</u>    CLAUDIA WILKEN
    United States District Judge