1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership,

Case No. C 08-00342 CW

Hon. Claudia Wilken
Courtroom 2

Plaintiffs,

vs.

**ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive.

[LOCAL RULES 3-12, 7-11]

Defendants.

c08-0342.sched.ord

1    The above case having been related and consolidated with *Sprint Spectrum L.P., et*

2    *al. v. County of San Mateo, et al.*, Case No. 09-05022 SBA,

3    IT IS HEREBY ORDERED THAT:

4    After preparation of the administrative record, the parties will submit to the Court a

5    proposed briefing schedule for cross-motions for summary judgment or partial summary

6    judgment, along with a proposed hearing date for the cross-motions.

7    The case management conference currently set for December 17, 2009 at 2:00

8    p.m. shall be held on April 13, 2010 at 2:00 p.m.

9    IT IS SO ORDERED.

10       10/29/08

11   Dated: _____          _____

12                                            Hon. Claudia Wilken
                                              United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE RELATED CASES