UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive.<br><br>　　　　　Defendants. | Case No. 4:08-00342 CW<br><br>Hon. Claudia Wilken<br>Courtroom 2<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

OC_IMAN_299879_1 (2)

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  Based on the stipulation of the parties, the Court continues the Case Management
2  Conference currently set for June 22, 2010 at 2:00 p.m. to September 7, 2010 at 2:00 p.m.
3  A joint Case Management Statement will be due one week prior to the conference.
4  IT IS SO ORDERED.

6  Dated: **6/21/2010**

                Hon. Claudia Wilken
                United States District Judge