IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN MATEO,<br><br>　　　　Defendant.<br>_____/ | No. C 08-0342 CW<br>　　　C 11-0056 CW<br><br>ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE |

　　IT IS HEREBY ORDERED that the above-captioned case is referred to Magistrate Judge Laporte for a settlement conference to be held as close to May 20, 2011, as is convenient to the Magistrate Judge's calendar.  The prior referral is vacated.

DATED: 4/27/2011

_____      CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE

cc:  Sue; EDL; MEJ