**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPRINT SPECTRUM L.P., et al.,

        Plaintiffs,

    v.

COUNTY OF SAN MATEO, et al.

        Defendants.

_____/

No. C-08-0342 CW (EDL)
C-11-0056 CW (EDL)

**ORDER REGARDING ATTENDANCE AT SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    This Order confirms that, as previously required, all parties, including the individual members of the Board of Supervisors for the County of San Mateo named as Defendants in this action, must personally attend the Settlement Conference before this Court on May 20, 2011.

Dated: May 13, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge