**United States District Court**
For the Northern District of California

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5    SPRINT SPECTRUM, L.P., a Delaware          No. C 08-00342 CW
     Limited Partnership; SPRINT SPECTRUM
6    REALTY COMPANY, L.P., a Delaware           ORDER REGARDING
     Limited Partnership,                       STIPULATION, Docket
7                                               No. 83, and SETTING
                                                DEADLINES
8               Plaintiffs,

9         v.

10   COUNTY OF SAN MATEO COUNTY, et al.,

11              Defendants.
     _____/

12

13

14   SPRINT SPECTRUM, L.P., a Delaware          No. C 11-00056 CW
     Limited Partnership; SPRINT SPECTRUM
15   REALTY COMPANY, L.P., a Delaware
     Limited Partnership,
16
                Plaintiffs,
17
          v.
18
     COUNTY OF SAN MATEO COUNTY, et al.,
19
                Defendants.
20   _____/

21

22        On July 20, 2011, the parties in the present action submitted

23   a stipulation to continue dates set at a case management

24   conference.  Docket No. 83.  There are no pending dates in this

25   case to continue.  The dates counsel seek to reset were set in

26   Sprint Spectrum, L.P. v. County of San Mateo, et al., C 11-00056

27   CW, which is related to this action, C 08-00342 CW, but not

28   consolidated with it.  The present action, C 08-00342 CW, was

United States District Court
For the Northern District of California

1  consolidated with <u>Sprint Spectrum, L.P. v. County of San Mateo</u>, C

2  09-05022 CW, but that case was administratively closed on October

3  28, 2009.

4        The same deadlines shall apply to this action and <u>Sprint</u>

5  <u>Spectrum, L.P. v. County of San Mateo, et al.</u>, C 11-00056 CW.

6  Accordingly, for both cases, as the parties have requested in their

7  stipulation, discovery cutoff is set for October 24, 2011.

8  Plaintiff's opening brief for any case-dispositive motion is due by

9  December 5, 2011.  Defendants' opposition and any cross-motion,

10 contained within a single brief, are due December 19, 2011.

11 Plaintiff's reply and opposition to any cross-motion, contained in

12 a single brief, are due January 6, 2012.  Defendants' reply is due

13 January 16, 2012.  A further case management conference will be

14 held on Thursday, January 31, 2012 at 2:00 pm, whether or not

15 dispositive motions are filed.

16       IT IS SO ORDERED.

17

Dated August 3, 2011

18                                     _____
                                      CLAUDIA WILKEN
                                      United States District Judge

19

20

21

22

23

24

25

26

27

28                                    2