JOHN J. FLYNN III (SBN 76419)
BENJAMIN Z. RUBIN (SBN 249630)
NOSSAMAN LLP
18101 Von Karman Avenue, Suite 1800
Irvine, California 92612-0177
Telephone:  (949) 833-7800
Facsimile:   (949) 833-7878
jflynn@nossaman.com

Attorneys for Plaintiffs
SPRINT SPECTRUM L.P.; SPRINT SPECTRUM REALTY COMPANY, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership,<br><br>          Plaintiffs,<br><br>     vs.<br><br>COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive. | Case No. C 11-00056 CW<br><br>[Related to Case No. C 08-00342 CW]<br><br>**ORDER RE CONTINUING DATES** |

|   |   |
|---|---|
|   Defendants. |   |

Based on the stipulation of the parties, the Court continues the October 24, 2011 discovery cutoff to February 21, 2012; the December 5, 2011 deadline for Sprint's opening brief to April 2, 2012; the December 19, 2011 deadline for County's opposition/cross motion (contained within a single brief) to April 16, 2012; the January 6, 2012 deadline for Sprint's reply/opposition to cross motion (contained within a single brief) to April 30, 2012; the January 16, 2012 deadline for County's reply to May 9, 2012; **motions will be heard on Thursday, May 24, 2012 at 2:00 p.m.**; and the further case management conference currently set for January 31, 2012 at 2:00 p.m. to May **24,** 2012 at 2:00 p.m.  Further, these same deadlines shall apply to this action and *Sprint Spectrum, L.P., et al. v. County of San Mateo, et al.*, Case No. 08-00342 CW.

Dated:   **9/12/2011**

Hon. CLAUDIA WILKEN
United States District Judge

- 2 -
ORDER RE CONTINUING DATES