**United States District Court**
For the Northern District of California

1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7

8    SPRINT SPECTRUM

                Plaintiff(s),                    No. 08-00342 CW (EDL)
9                                                    09-05022 CW (EDL)
                                                     11-0056 CW (EDL)
10

         v.                                      ORDER
11

     COUNTY OF SAN MATEO, et al.
12

                Defendants.
13   _____/

14

15        TO ALL PARTIES AND COUNSEL OF RECORD:

16   YOU ARE NOTIFIED THAT a further joint status report is due no later than December 15, 2011.

17

18        **IT IS SO ORDERED.**

19

20   Dated: October 12, 2011                    _____
                                                 ELIZABETH D. LAPORTE
21                                               United States Magistrate Judge

22

23

24

25

26

27

28