1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  SPRINT SPECTRUM L.P., a Delaware limited partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware limited partnership, | Case No. C 08-00342 CW |
| 12 | [Consolidated With Case No. C 09-05022 CW; Related to Case No. 11:00056 CW] |
| 13            Plaintiffs, | |
| 14       vs. | |
| 15  COUNTY OF SAN MATEO; BOARD OF SUPERVISORS FOR THE COUNTY OF SAN MATEO, its governing body; MARK CHURCH, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; JERRY HILL, in his official capacity as Board Member of the Board of Supervisors for the County of San Mateo; RICH GORDON, in his official capacity as Board Member of the Board of Supervisors for the of the County of San Mateo; ROSE GIBSON, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; ADRIENNE TISSIER, in her official capacity as Board Member of the Board of Supervisors for the County of San Mateo; and DOES 1-10, inclusive. | ~~[PROPOSED]~~ ORDER RE CONTINUING DATES |
| 25            Defendants. | |
| 27  AND RELATED CASE. | |

334777_1.DOC                                                              C 08-00342 CW

ORDER CONTINUING DATES

1     Based on the stipulation of the parties, the Court continues the February 25, 2013 discovery cutoff to March 25, 2013; the April 29, 2013 deadline for Sprint's opening brief to May 27, 2013; the May 13, 2013 deadline for County's opposition/cross motion (contained within a single brief) to June 10, 2013; the May 27, 2013 deadline for Sprint's reply/opposition to cross motion (contained within a single brief) to June 24, 2013; the June 10, 2013 deadline for County's reply to July 8, 2013; and the case management conference currently set for June 27, 2013 at 2:00 p.m. to July 25, 2013 at 2:00 p.m. **The motions will also be heard on Thursday, July 25, 2013 at 2:00 p.m.** Further, these same deadlines shall apply to this action and *Sprint Spectrum, L.P., et al. v. County of San Mateo, et al.*, Case No. 11-0056 CW.

Dated: 4/12/2013

_____
Hon. CLAUDIA WILKEN
United States District Judge

334777_1.DOC      - 1 -      C 08-00342 CW
ORDER CONTINUING DATES