IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM L.P. and SPRINT SPECTRUM REALTY CO.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 08-0342 CW<br>No. C 11-0056 CW<br><br>PROPOSED INJUNCTION |

　　Plaintiffs Sprint Spectrum L.P. and Sprint Spectrum Realty Company, L.P. (collectively, Sprint) brought these related actions under the Telecommunications Act of 1996 (TCA), 47 U.S.C. § 332, against Defendants County of San Mateo and its Board of Supervisors. On December 4, 2013, this Court granted Sprint's motions for partial summary judgment in both actions.

　　Accordingly, the Court hereby orders Defendants to approve Sprint's application for a use permit under section 6500 of the San Mateo County Zoning Regulations to continue operating its telecommunications facility at 1175 Palomar Drive, Redwood City, California. The use permit, which shall apply retroactively, will have an effective issuance date of September 15, 2009, and an expiration date of September 15, 2019, pursuant to the recommendations in the Board of Supervisors' August 2009 staff report. See Case No. 11-0056, Docket No. 32-15, at AR 658.

Nothing in this order shall preclude the County from requiring Sprint to comply with applicable safety provisions set forth in the County's Building, Electrical, and Fire Codes.

IT IS SO ORDERED.

Dated: _____
CLAUDIA WILKEN
United States District Judge

2